# EXHIBIT A

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 14694
**Invoice:** Sep 22, 2014
**Ship:** Sep 22, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
6785 SW ENTERPRIZE BLVD
ARCADIA FL 34269
DELIVERY NUMBER 59049911 / 9:30AM

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** GRS BROKERAGE, LLC |
| **Order:** Sep 02, 2014 | **Via:** | **Trailer lic:** **St:** |
| **Cust PO:** 7023622621 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 175.00 | 10,150.00 |
| INVOICE TOTAL: | | 58 | | | 10,150.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 14741
**Invoice:** Sep 10, 2014
**Ship:** Sep 10, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
2686 COMMERCE RD
MACCLENNY FL 32063
DELIVERY NUMBER

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** GRS BROKERAGE, LLC |
| **Order:** Sep 05, 2014 | **Via:** | **Trailer lic:** **St:** |
| **Cust PO:** 6099680921 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 180.00 | 10,440.00 |
| INVOICE TOTAL: | | 58 | | | 10,440.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 14960
**Invoice:** Sep 25, 2014
**Ship:**    Sep 25, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
6785 SW ENTERPRIZE BLVD
ARCADIA FL 34269
DELIVERY NUMBER 59453876 / 3:15AM

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** GRS BROKERAGE, LLC |
| **Order:** Sep 18, 2014 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 7023767811 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | | .00 |
| INVOICE TOTAL: | | 58 | | | .00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 14978
**Invoice:** Sep 22, 2014
**Ship:**    Sep 22, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
5600 STATE ROAD 544
WINTER HAVEN FL 33881
DELIVERY NUMBER

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Sep 22, 2014 | **Via:** | **Trailer lic:**        **St:** |
| **Cust PO:** 6071856661 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 185.00 | 10,730.00 |
| INVOICE TOTAL: | | 58 | | | 10,730.00 |

***Please return a copy of this invoice with your remittance - Thank You***
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 15154
**Invoice:** Oct 04, 2014
**Ship:**    Oct 04, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART DC 6056
591 APACHE TRAIL
TERRELL TX 75160
DELIVERY 59540568 / 8:30AM

| | | | | |
|---|---|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | | |
| **Order:** Sep 26, 2014 | **Via:** | **Trailer lic:** | **St:** | |
| **Cust PO:** 6056204461 | **Currency:** USD | **Broker:** | | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 550 | ctn | 15.00 | 8,250.00 |
| INVOICE TOTAL: | | 550 | | | 8,250.00 |

***Please return a copy of this invoice with your remittance - Thank You***
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 15155
**Invoice:** Oct 05, 2014
**Ship:** Oct 05, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1309 E HIGHWAY 24
MOBERLY MO 65270
DELIVERY NUMBER 59550498 / 7:00AM

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** GRS BROKERAGE, LLC |
| **Order:** Sep 26, 2014 | **Via:** | **Trailer lic:**        **St:** |
| **Cust PO:** 6077573831 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 550 | ctn | 16.00 | 8,800.00 |
| INVOICE TOTAL: | | 550 | | | 8,800.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 15342
**Invoice:** Oct 20, 2014
**Ship:** Oct 20, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
300 ENTERPRISE RD
JOHNSTOWN NY 12095
DELIVERY NUMBER

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Oct 15, 2014 | **Via:** | **Trailer lic:**        **St:** |
| **Cust PO:** 6096438491 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 245.00 | 14,210.00 |
| INVOICE TOTAL: | | 58 | | | 14,210.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 15376
**Invoice:** Oct 26, 2014
**Ship:** Oct 26, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
181 WALMART ROAD
BEDFORD PA 15522
DELIVERY

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Oct 21, 2014 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 6047554041 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 945 | ctn | 12.67 | 11,973.15 |
| INVOICE TOTAL: | | 945 | | | 11,973.15 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 15377
**Invoice:** Oct 26, 2014
**Ship:** Oct 26, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
239 GODDARD RD
LEWISTON ME 04240
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Oct 21, 2014 | **Via:** | **Trailer lic:**         **St:** |
| **Cust PO:** 7014762511 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 945 | ctn | 14.33 | 13,541.85 |
| INVOICE TOTAL: | | 945 | | | 13,541.85 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 15378
**Invoice:** Oct 26, 2014
**Ship:** Oct 26, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
300 ENTERPRISE RD
JOHNSTOWN NY 12095
DELIVERY NUMBER

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Oct 21, 2014 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6096483261 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 945 | ctn | 13.50 | 12,757.50 |
| INVOICE TOTAL: | | 945 | | | 12,757.50 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 15409
**Invoice:** Nov 10, 2014
**Ship:** Nov 10, 2014
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
680 VANCO MILL RD
HENDERSON NC 27537
DELIVERY NUMBER 60216097/ 7:45AM

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** GRS BROKERAGE, LLC |
| **Order:** Oct 26, 2014 | **Via:** | **Trailer lic:** **St:** |
| **Cust PO:** 6091749111 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 56 | bin | 217.00 | 12,152.00 |
| INVOICE TOTAL: | | 56 | | | 12,152.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 16219
**Invoice:** Feb 03, 2015
**Ship:** Feb 03, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
868 W PETERS RD
CASA GRANDE AZ 85193
DELIVERY NUMBER 61709595 / 4:15AM

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS | |
|---|---|---|---|
| **Order:** Feb 02, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7013431111 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 58 | bin | 201.00 | 11,658.00 |
| INVOICE TOTAL: | | 58 | | | 11,658.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 16352
**Invoice:** Feb 22, 2015
**Ship:**    Feb 22, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
655 UNISIA DR
MONROE GA 30655
DELIVERY NUMBER 62002173 / 8:30AM

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS |
| **Order:** Feb 15, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6055368481 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 60 | bin | 194.00 | 11,640.00 |
| INVOICE TOTAL: | | 60 | | | 11,640.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 16400
**Invoice:** Feb 28, 2015
**Ship:** Feb 28, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
843 STATE ROUTE 43
WINTERSVILLE OH 43952
US

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS |
| **Order:** Feb 28, 2015 | **Via:** | **Trailer lic:**      **St:** |
| **Cust PO:** 7017524901 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 58 | bin | | .00 |
| INVOICE TOTAL: | | 58 | | | .00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 16404
**Invoice:** Feb 28, 2015
**Ship:**    Feb 28, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1309 E HIGHWAY 24
MOBERLY MO 65270
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Feb 28, 2015 | **Via:** | **Trailer lic:**                St: |
| **Cust PO:** 6077904541 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 58 | bin | 210.00 | 12,180.00 |
| INVOICE TOTAL: | | 58 | | | 12,180.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 16451
**Invoice:** Mar 02, 2015
**Ship:**   Mar 02, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
843 STATE ROUTE 43
WINTERSVILLE OH 43952
US

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS |
| **Order:** Mar 28, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 7017539961 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 58 | bin | 200.00 | 11,600.00 |
| INVOICE TOTAL: | | 58 | | | 11,600.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 16558
**Invoice:** Mar 13, 2015
**Ship:** Mar 13, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
5100 S BROOKHART DR STE 100
HARRISONVILLE MO 64701
DELIVERY NUMBER

Page 1 of 1

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Mar 09, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 6065124171 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 205.00 | 11,890.00 |
| INVOICE TOTAL: | | 58 | | | 11,890.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 16693
**Invoice:** Mar 21, 2015
**Ship:** Mar 21, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
5100 S BROOKHART DR STE 100
HARRISONVILLE MO 64701
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Mar 16, 2015 | **Via:** | **Trailer lic:**    **St:** |
| **Cust PO:** 6065170141 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 58 | bin | 205.00 | 11,890.00 |
| INVOICE TOTAL: | | 58 | | | 11,890.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 16814
**Invoice:** Mar 23, 2015
**Ship:**   Mar 23, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
843 STATE ROUTE 43
WINTERSVILLE OH 43952
US

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Mar 23, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7017613021 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 57 | bin | 206.22 | 11,754.54 |
| INVOICE TOTAL: | | 57 | | | 11,754.54 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 16817
**Invoice:** Mar 23, 2015
**Ship:**  Mar 23, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1729 STATE ROAD 8
AUBURN IN 46706

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Mar 23, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 6074329731 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 57 | bin | 211.60 | 12,061.20 |
| INVOICE TOTAL: | | 57 | | | 12,061.20 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 16955
**Invoice:** Mar 26, 2015
**Ship:** Mar 26, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
655 UNISIA DR
MONROE GA 30655
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Mar 26, 2015 | **Via:** | **Trailer lic:**           **St:** |
| **Cust PO:** 6055649511 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 57 | bin | 193.00 | 11,001.00 |
| INVOICE TOTAL: | | 57 | | | 11,001.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 16956
**Invoice:** Mar 29, 2015
**Ship:**  Mar 29, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
843 STATE ROUTE 43
WINTERSVILLE OH 43952
US

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Mar 29, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 7017632061 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 57 | bin | 215.00 | 12,255.00 |
| INVOICE TOTAL: | | 57 | | | 12,255.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 17059
**Invoice:** Apr 11, 2015
**Ship:** Apr 11, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
655 UNISIA DR
MONROE GA 30655
DELIVERY NUMBER

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Apr 06, 2015 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** 6055700491 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 57 | bin | 193.00 | 11,001.00 |
| INVOICE TOTAL: | | 57 | | | 11,001.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 17060
**Invoice:** Apr 10, 2015
**Ship:**    Apr 10, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
655 UNISIA DR
MONROE GA 30655
DELIVERY NUMBER

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Apr 06, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 6055699611 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 57 | bin | 193.00 | 11,001.00 |
| INVOICE TOTAL: | | 57 | | | 11,001.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 17441
**Invoice:** Apr 25, 2015
**Ship:**    Apr 25, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
100 FISCHER PKWY
GAS CITY IN  46933
DELIVERY NUMBER

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
|---|---|---|---|
| **Order:** Apr 23, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7055871521 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery Mexico | Mexico | 240 | ctn | 16.15 | 3,876.00 |
| 6 Ct Pers Seedless Watermelons Good  Delivery Mexico | USA | 80 | ctn | 16.15 | 1,292.00 |
| INVOICE TOTAL: | | 320 | | | 5,168.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 17447
**Invoice:** Apr 24, 2015
**Ship:** Apr 24, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1729 STATE ROAD 8
AUBURN IN 46706

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Apr 23, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6074443041 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery Mexico | Mexico | 400 | ctn | 16.15 | 6,460.00 |
| INVOICE TOTAL: | | 400 | | | 6,460.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 17494
**Invoice:** Apr 25, 2015
**Ship:** Apr 25, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
680 VANCO MILL RD
HENDERSON NC 27537
DELIVERY NUMBER

Page 1 of 1

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Apr 25, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 6091435181 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery Mexico | Mexico | 510 | ctn | 15.50 | 7,905.00 |
| INVOICE TOTAL: | | 510 | | | 7,905.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 18062
**Invoice:** May 28, 2015
**Ship:**  May 28, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
10695 JAMES MADISON HWY
GORDONSVILLE VA 22942
DELIVERY NUMBER

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS | |
|---|---|---|---|
| **Order:** May 28, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7016290511 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 35 Ct Seeded Watermelons Good  Delivery USA | USA | 55 | bin | 160.00 | 8,800.00 |
| INVOICE TOTAL: | | 55 | | | 8,800.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 18626
**Invoice:** Jun 24, 2015
**Ship:** Jun 24, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
680 VANCO MILL RD
HENDERSON NC 27537
DELIVERY NUMBER

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS |
| **Order:** Jun 22, 2015 | **Via:** | **Trailer lic:** **St:** |
| **Cust PO:** 6091641281 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 36 Ct Seedless Watermelons Good  Delivery USA | USA | 52 | bin | 150.00 | 7,800.00 |
| INVOICE TOTAL: | | 52 | | | 7,800.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19201
**Invoice:** Jul 18, 2015
**Ship:**　　Jul 18, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1400 CHILLICOTHE ROAD
WASHINGTON COURTHOUSE OH 43160
DELIVERY NUMBER 64552945 3:15AM

Page 1 of 1

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** Customer Truck. | |
| --- | --- | --- | --- |
| **Order:** Jul 13, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7012323851 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 232.00 | 13,456.00 |
| INVOICE TOTAL: | | 58 | | | 13,456.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19226
**Invoice:** Jul 18, 2015
**Ship:**  Jul 18, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1400 CHILLICOTHE ROAD
WASHINGTON COURTHOUSE OH 43160
DELIVERY NUMBER 64592935 5:00AM

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** Customer Truck. |
| **Order:** Jul 13, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 7012323921 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 232.00 | 13,456.00 |
| INVOICE TOTAL: | | 58 | | | 13,456.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19264
**Invoice:** Jul 18, 2015
**Ship:**    Jul 18, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1400 CHILLICOTHE ROAD
WASHINGTON COURTHOUSE OH 43160
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 18, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 7012323691 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 174.00 | 10,092.00 |
| INVOICE TOTAL: | | 58 | | | 10,092.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 19294
**Invoice:** Jul 15, 2015
**Ship:** Jul 15, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
2686 COMMERCE RD
MACCLENNY FL 32063
DELIVERY NUMBER

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 15, 2015 | **Via:** | **Trailer lic:**     **St:** |
| **Cust PO:** 6099459071 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 56 | bin | 190.00 | 10,640.00 |
| INVOICE TOTAL: | | 56 | | | 10,640.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19308
**Invoice:** Jul 15, 2015
**Ship:**   Jul 15, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
300 AIRPORT BUSINESS PARK DR.
SHELBYVILLE  TN 37160
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 15, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6062346131 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 208.00 | 12,064.00 |
| INVOICE TOTAL: | | 58 | | | 12,064.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19317
**Invoice:** Jul 17, 2015
**Ship:**    Jul 17, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
300 AIRPORT BUSINESS PARK DR.
SHELBYVILLE  TN 37160
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 15, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6062346221 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 56 | bin | 208.00 | 11,648.00 |
| INVOICE TOTAL: | | 56 | | | 11,648.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19335
**Invoice:** Jul 19, 2015
**Ship:**   Jul 19, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1005 SARA G LOTT BLVD
BRUNDIDGE AL 36010

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 15, 2015 | **Via:** | **Trailer lic:**         **St:** |
| **Cust PO:** 7019984771 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 200.00 | 11,600.00 |
| INVOICE TOTAL: | | 58 | | | 11,600.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 19355
**Invoice:** Jul 22, 2015
**Ship:**  Jul 22, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
2686 COMMERCE RD
MACCLENNY FL 32063
DELIVERY NUMBER

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Jul 15, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 6099458941 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 55 | bin | 190.00 | 10,450.00 |
| INVOICE TOTAL: | | 55 | | | 10,450.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19357
**Invoice:** Jul 22, 2015
**Ship:**   Jul 22, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
300 AIRPORT BUSINESS PARK DR.
SHELBYVILLE  TN 37160
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 15, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6062346121 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 56 | bin | 208.00 | 11,648.00 |
| INVOICE TOTAL: | | 56 | | | 11,648.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19418
**Invoice:** Jul 23, 2015
**Ship:**   Jul 23, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
655 UNISIA DR
MONROE GA 30655
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 17, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6055661721 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 225.00 | 13,050.00 |
| INVOICE TOTAL: | | 58 | | | 13,050.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19494
**Invoice:** Jul 25, 2015
**Ship:**   Jul 25, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
1005 SARA G LOTT BLVD
BRUNDIDGE AL 36010

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Jul 21, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7019109921 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 56 | bin | 210.00 | 11,760.00 |
| INVOICE TOTAL: | | 56 | | | 11,760.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 19495
**Invoice:** Jul 25, 2015
**Ship:** Jul 25, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
6785 SW ENTERPRIZE BLVD
ARCADIA FL 34269
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 21, 2015 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** 7023713551 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 56 | bin | 218.00 | 12,208.00 |
| INVOICE TOTAL: | | 56 | | | 12,208.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 19534
**Invoice:** Jul 30, 2015
**Ship:** Jul 30, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
100 FISCHER PKWY
GAS CITY IN 46933
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Jul 21, 2015 | **Via:** | **Trailer lic:**        **St:** |
| **Cust PO:** 7055308811 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 220.00 | 12,760.00 |
| INVOICE TOTAL: | | 58 | | | 12,760.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 19565
**Invoice:** Jul 31, 2015
**Ship:** Jul 31, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
100 FISCHER PKWY
GAS CITY IN 46933
DELIVERY NUMBER

| | | | | |
|---|---|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | | |
| **Order:** Jul 21, 2015 | **Via:** | **Trailer lic:** | | **St:** |
| **Cust PO:** 7055308821 | **Currency:** USD | **Broker:** | | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 215.00 | 12,470.00 |
| INVOICE TOTAL: | | 58 | | | 12,470.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19566
**Invoice:** Jul 31, 2015
**Ship:**    Jul 31, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
3701 Russell Dyche Memorial Hwy
London KY 40741
US

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Jul 21, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 6097326241 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 60 | bin | 230.00 | 13,800.00 |
| INVOICE TOTAL: | | 60 | | | 13,800.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19572
**Invoice:** Aug 01, 2015
**Ship:**  Aug 01, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
100 FISCHER PKWY
GAS CITY IN  46933
DELIVERY NUMBER

Page 1 of 1

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Jul 21, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7055309001 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 215.00 | 12,470.00 |
| INVOICE TOTAL: | | 58 | | | 12,470.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19599
**Invoice:** Aug 04, 2015
**Ship:**    Aug 04, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
5600 STATE ROAD 544
WINTER HAVEN FL 33881
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS |
| **Order:** Jul 21, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6071214911 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery | USA | 58 | bin | 210.00 | 12,180.00 |
| INVOICE TOTAL: | | 58 | | | 12,180.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19728
**Invoice:** Aug 01, 2015
**Ship:**    Aug 01, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
300 ENTERPRISE RD
JOHNSTOWN NY 12095
DELIVERY NUMBER

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Aug 01, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 6096113171 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 900 | ctn | 12.59 | 11,331.00 |
| INVOICE TOTAL: | | 900 | | | 11,331.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19772
**Invoice:** Aug 04, 2015
**Ship:**    Aug 04, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
239 GODDARD RD
LEWISTON ME 04240
DELIVERY NUMBER

Page 1 of 1

| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Aug 04, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 7014745271 | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 54 | bin | 160.00 | 8,640.00 |
| INVOICE TOTAL: | | 54 | | | 8,640.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 19782
**Invoice:** Aug 04, 2015
**Ship:**　　Aug 04, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
　　　　655 UNISIA DRIVE
　　　　MONROE GA 30655

**Ship To:** WAL-MART DC 6064
　　　　3470 WINDMILL DRIVE
　　　　CLEBURNE TX 72033

Page 1 of 1

| Sale Terms: DEL | Salesperson: Danny Letsinger | Carrier: | |
| Order: Aug 04, 2015 | Via: | Trailer lic: | St: |
| Cust PO: 6064467721 | Currency: USD | Broker: | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 155.00 | 8,990.00 |
| INVOICE TOTAL: | | 58 | | | 8,990.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# INVOICE

**Invoice #:** 19788
**Invoice:** Aug 04, 2015
**Ship:** Aug 04, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART DC 6064
3470 WINDMILL DRIVE
CLEBURNE TX 72033

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Aug 04, 2015 | **Via:** | **Trailer lic:**   **St:** |
| **Cust PO:** 6064467731 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 45 Ct Seedless Watermelons Good  Delivery USA | USA | 58 | bin | 155.00 | 8,990.00 |
| INVOICE TOTAL: | | 58 | | | 8,990.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19930
**Invoice:** Aug 19, 2015
**Ship:** Aug 19, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
239 GODDARD RD
LEWISTON ME 04240
DELIVERY NUMBER 5AM / 65397606

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** OVERLAND XPRESS |
| **Order:** Aug 19, 2015 | **Via:** | **Trailer lic:**     **St:** |
| **Cust PO:** 7014790351 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 945 | ctn | 12.98 | 12,266.10 |
| INVOICE TOTAL: | | 945 | | | 12,266.10 |

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19973
**Invoice:** Aug 26, 2015
**Ship:**  Aug 26, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
390 HIGHRIDE PARK RD
POTTSVILLE PA 17901
DELIVERY NUMBER

| | | |
|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** |
| **Order:** Aug 26, 2015 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 7030607421 | **Currency:** USD | **Broker:** |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 6 Ct Pers Seedless Watermelons Good  Delivery USA | USA | 640 | ctn | 11.98 | 7,667.20 |
| INVOICE TOTAL: | | 640 | | | 7,667.20 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 20027
**Invoice:** Aug 01, 2015
**Ship:**     Aug 01, 2015
**Pay Terms:** 10 Days

**Sold To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:** WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

| | | | |
|---|---|---|---|
| **Sale Terms:** DEL | **Salesperson:** Danny Letsinger | **Carrier:** | |
| **Order:** Aug 01, 2015 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** DEMO CLAIM | **Currency:** USD | **Broker:** | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| Repacking Charges | | | | 23,724.52 | 23,724.52 |
| INVOICE TOTAL: | | | | | 23,724.52 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.