

# Invoice

| Date | Invoice # |
|---|---|
| 6/16/2014 | 62308 |

| Bill To |
|---|
| ABL FARMS INC |
| ATTENTION ACCOUNTS PAYABLE |
| 675 SEMINOLE AVENUE NORTHEAST |
| SUITE 103 |
| ATLANTA, GA 30307 |

| Ship To |
|---|
| ABL FARMS INC |
| 495 SHROUDER STREET |
| BROXTON, GEORGIA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | TALLY SHEET |
|---|---|---|---|---|---|---|
| SM1195 | Net 30 | LR | 6/17/2014 | TRUCK | BROXTON,GA | 71897 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 588 | Pallets | CUSTOMER JOB # 064-53452<br><br>48 X 40 WOODEN 4-WAY ENTRY RECONDITIONED PALLETS WITHOUT SPLICED STRINGERS<br><br>**CORRECTED INVOICE TO CHANGE PRICE DUE TO THE FACT THAT THIS SHIPMENT WAS DELIVERED RATHER THAN PICKED UP** | 7.35 | 4,321.80 |

**PLEASE REMIT TO:**
**MORGAN WOOD PRODUCTS INC.**
**P.O. BOX 177**
**POWELL, OHIO 43065-0177**

**WE APPRECIATE YOUR BUSINESS!**

| | | |
|---|---|---|
| INTEREST OF 1 1/2% PER MONTH (18% ANNUAL INTEREST RATE) WILL BE CHARGED FOR PAST DUE INVOICES BASED ON THE TERMS SHOWN ABOVE. | Total | $4,321.80 |

PHONE: 614-336-4000 | FAX: 614-336-7970 | E-MAIL: MORGANWOOD@SBCGLOBAL.NET
P.O. BOX 177, POWELL, OH 43065-0177



# Invoice

| Date | Invoice # |
|---|---|
| 5/20/2014 | 61560 |

**Bill To**
ABL FARMS INC
ATTENTION ACCOUNTS PAYABLE:
675 SEMINOLE AVE NE.
SUITE 103
ATLANTA, GA 30307

**Ship To**
ABL FARMS INC
3645 STATE ROAD 80 WEST
LABELLE, FLORIDA

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | TALLY SHEET |
|---|---|---|---|---|---|---|
| SM1184 | Net 30 | LR | 5/20/2014 | TRUCK | LABELLE,FLA | 77954 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 616 | Pallets | CUSTOMER JOB # 054-52741<br><br>48 X 40 WOODEN 4-WAY ENTRY RECONDITIONED PALLETS WITHOUT SPLICED STRINGERS | 7.00 | 4,312.00 |

**PLEASE REMIT TO:**
**MORGAN WOOD PRODUCTS INC.**
**P.O. BOX 177**
**POWELL, OHIO 43065-0177**

**WE APPRECIATE YOUR BUSINESS!**

INTEREST OF 1 1/2% PER MONTH (18% ANNUAL INTEREST RATE) WILL BE CHARGED FOR PAST DUE INVOICES BASED ON THE TERMS SHOWN ABOVE.

**Total** $4,312.00

PHONE: 614-336-4000 | FAX: 614-336-7970 | E-MAIL: MORGANWOOD@SBCGLOBAL.NET
P.O. BOX 177, POWELL, OH 43065-0177



# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2014 | 63761 |

| Bill To |
|---|
| ABL FARMS INC<br>ATTENTION ACCOUNTS PAYABLE:<br>675 SEMINOLE AVE NE.<br>SUITE 103<br>ATLANTA, GA 30307 |

| Ship To |
|---|
| ABL FARMS INC<br>VANCE PHILLIPS FARMS<br>LAUREL, DELAWARE |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | TALLY SHEET |
|---|---|---|---|---|---|---|
| KRISTEN 1 | Net 30 | LR | 8/7/2014 | TRUCK | LAUREL,DE | 69359 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 616 | Pallets | CUSTOMER JOB # 084-54841<br><br>48 X 40 WOODEN 4-WAY ENTRY RECONDITIONED PALLETS WITHOUT SPLICED STRINGERS | 7.25 | 4,466.00 |

**PLEASE REMIT TO:**
**MORGAN WOOD PRODUCTS INC.**
**P.O. BOX 177**
**POWELL, OHIO 43065-0177**

**WE APPRECIATE YOUR BUSINESS!**

| INTEREST OF 1 1/2% PER MONTH (18% ANNUAL INTEREST RATE) WILL BE CHARGED FOR PAST DUE INVOICES BASED ON THE TERMS SHOWN ABOVE. | **Total** | $4,466.00 |
|---|---|---|

PHONE: 614-336-4000 | FAX: 614-336-7970 | E-MAIL: MORGANWOOD@SBCGLOBAL.NET
P.O. BOX 177, POWELL, OH 43065-0177



# Invoice

| Date | Invoice # |
|---|---|
| 5/23/2014 | 61654 |

| Bill To |
|---|
| ABL FARMS INC |
| ATTENTION ACCOUNTS PAYABLE: |
| 675 SEMINOLE AVE NE. |
| SUITE 103 |
| ATLANTA, GA 30307 |

| Ship To |
|---|
| ABL FARMS INC |
| % M.S. BURGIN FARMS |
| 620 SOUTH 6TH AVENUE |
| WAUCHULA, FLORIDA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | TALLY SHEET |
|---|---|---|---|---|---|---|
| SM1168 | Net 30 | LR | 5/23/2014 | TRUCK | WAUCHULA,FLA | 77344 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | CUSTOMER JOB # 054-52835 | | |
| 616 | Pallets | 48 X 40 WOODEN 4-WAY ENTRY RECONDITIONED PALLETS WITH ONE SPLICED STRINGERS | 6.00 | 3,696.00 |

**PLEASE REMIT TO:**
**MORGAN WOOD PRODUCTS INC.**
**P.O. BOX 177**
**POWELL, OHIO 43065-0177**

**WE APPRECIATE YOUR BUSINESS!**

INTEREST OF 1 1/2% PER MONTH (18% ANNUAL INTEREST RATE) WILL BE CHARGED FOR PAST DUE INVOICES BASED ON THE TERMS SHOWN ABOVE.

| Total | $3,696.00 |
|---|---|

PHONE: 614-336-4000 | FAX: 614-336-7970 | E-MAIL: MORGANWOOD@SBCGLOBAL.NET
P.O. BOX 177, POWELL, OH 43065-0177



# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2014 | 61843 |

| Bill To |
|---|
| ABL FARMS INC |
| ATTENTION ACCOUNTS PAYABLE: |
| 675 SEMINOLE AVE NE. |
| SUITE 103 |
| ATLANTA, GA 30307 |

| Ship To |
|---|
| ABL FARMS INC |
| % M.S. BURGIN FARMS |
| 620 SOUTH 6TH AVENUE |
| WAUCHULA, FLORIDA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | TALLY SHEET |
|---|---|---|---|---|---|---|
| SM1188 | Net 30 | LR | 6/2/2014 | TRUCK | WAUCHULA,FLA | 77970 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 616 | Pallets | CUSTOMER JOB # 054-53046<br><br>48 X 40 WOODEN 4-WAY ENTRY RECONDITIONED PALLETS WITHOUT SPLICED STRINGERS | 7.00 | 4,312.00 |

**PLEASE REMIT TO:**
**MORGAN WOOD PRODUCTS INC.**
**P.O. BOX 177**
**POWELL, OHIO 43065-0177**

**WE APPRECIATE YOUR BUSINESS!**

INTEREST OF 1 1/2% PER MONTH (18% ANNUAL INTEREST RATE) WILL BE CHARGED FOR PAST DUE INVOICES BASED ON THE TERMS SHOWN ABOVE.

| Total | $4,312.00 |
|---|---|

PHONE: 614-336-4000 | FAX: 614-336-7970 | E-MAIL: MORGANWOOD@SBCGLOBAL.NET
P.O. BOX 177, POWELL, OH 43065-0177