

## Nationwide Transportation

### Company Information

| | |
|---|---|
| Federal ID #: | 36-3098086 |
| MC #: | 153705 |
| IL ICC #: | 54103MC |
| USDOT #: | 190412 |
| D&B #: | 005378872 |
| Blue Book #: | 10884 |

### Insurance Information

HNI Truck Group LLC
1621 Colonial Parkway
Inverness, IL.60067
Contact: Ron Nunes
Phone: 847-330-5000
Fax:    630-705-1075

### Banking Information

West Suburban Bank
711 S. Westmore Ave.
Lombard, IL.60148
Contact: Greg Young
Phone: 630-652-2314
Fax:    630-629-0279

**SATURN FREIGHT SYSTEMS** is a logistics provider with over 30 years in the transportation industry. SFS provides nationwide service on all size shipments allowing us to be your single source provider.

We offer personalized quality service at competitive prices with one goal in mind, that being **"Commitment to Excellence"**. We are committed to being the best multi-faceted shipping company in the field with total customer service, in-depth industry knowledge, and excellent reliability, communications, and service quality.

As a nationwide third-party logistics company, SFS offers shippers a wide range of transportation solutions. Being a asset based company enables us to have greater flexibility to meet market demands.

SFS has a large database of thousands of carriers contracted to us.

All of our services are designed to build a lasting relationship and to meet the challenge of satisfying all your shipping goals so that you always look good to your customers.



## *STRESS FREE SHIPPING*

Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, Illinois 60188

Phone:   630.221.0400
Fax:     630.221.4010
Website: www.sfsd.com

Rev: Oct/2011



## New Customer Information

### Company

Company Name: ABL Farms

Mailing Address: 309 Johnson Road Suite 160

City, State, Zip: Forest Park, GA

Contact Person: Danny Letsinger

Phone #: 404 608 1112   Fax #: 404 506 9847

Email: dannyletsinger@gmail.com

Federal ID: 27 3557218   D & B Number: 022719312

Company Website: _____

Maximum Load Value (circle one):   $0 - $50K   $51K - $100K   $101K - $150K
$151K - $200K   $201K - $250K   Over $250K

### Bill To (If Different)

Company Name: ABL Farms

Mailing Address: 309 Johnson Road Suite 160

City, State, Zip: Forest Park, GA

Contact Person: Danny Letsinger

Phone #: 404 608 1112   Fax #: 404 506 9847

Email: dannyletsinger@gmail.com

Year Business Started: 2009

Estimated Loads per Week: 60

### Accounts Payable Information

A/P Contact: Danny Letsinger

A/P Email: dannyletsinger@gmail.com

A/P Phone #: 404 - 608 - 1112

A/P Fax #: 404 - 506 - 9847

### Bank Information

Bank Name: _____

Contact Person: _____

Checking Account #: _____

Phone Number: _____

### Trade References

| Company Name | Address | Phone Number | Fax Number | Contact Person |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

Please complete and sign all three pages of the credit application and return to:
Saturn Freight Systems Inc, Credit Department, FAX: 630-614-7579 or EMAIL: ceggers@sfsd.com

Page 1 of 3

Rev: Oct/2011



## Terms and Conditions

The undersigned ("Purchaser") agrees that all purchases made by Purchaser from Saturn Freight Systems Inc or any of its subsidiaries and affiliated entities ("SFS") are subject to the following terms and conditions.

1. All information on this application's true and correct. SFS is authorized to make such credit investigations as it sees fit including contacting trade references and banks and obtaining credit reports. My company and I authorize all trade references, banks and credit reporting agencies to disclose to SFS any and all information concerning the financial and credit history of the applicant.

2. All amounts due for services purchased from SFS are payable within 30 days from the invoice date. Purchaser acknowledges that such amounts are not payable in installments, but are payable in full as stated herein.

3. All amounts due to SFS are payable in accordance with the payment terms of 30 days from the invoice date. If any amount due SFS is not paid in accordance with such payment terms, a delinquency charge shall be added to the sum due, which charge shall equal the amount obtained by multiplying the delinquent balance by the lesser of (a) one and one-half percent (15%) per month or (b) the maximum lawful rate permitted to be charged under the applicable state's law.

4 Purchaser shall pay SFS a bad check fee in the amount of $50.00 for all checks returned unpaid by Purchaser's bank.

5. In the event the account is turned over to an attorney or other agency for collection, or suit is brought on same, or the same is collected through any judicial proceeding whatsoever, Purchaser shall pay all collection costs, reasonable attorneys' fees and court costs incurred by SFS.

6. Purchaser shall notify SFS by certified mail of any change of ownership of Purchaser. Purchaser warrants to SFS that all financial information furnished for the purpose of obtaining credit is true correct and complete in all material respects, and Purchaser authorizes SFS to investigate all references furnished pertaining to the credit and financial responsibility of Purchaser.

7. Purchaser understands that SFS is a transportation broker who will arrange their freight to be transported by a third party motor carrier. Purchaser understands and agrees that SFS cannot fill out the Bills of Lading nor be listed on the Bills of Lading as the delivering carrier.

8. Purchaser understands that motor carriers under contract with SFS are required to maintain cargo loss and damage liability insurance in the amount of $100,000.00 per shipment. Please sign below acknowledging that loads valued in excess of $100,000 will not be tendered without giving written notification to allow SFS and the contracted carrier the opportunity to arrange for increased insurance limits. Failure to provide written notice will result in your loads not being insured to the extent the value exceeds $100,000.00.

9. The Illinois state courts located in Du Page County, shall have exclusive and irrevocable jurisdiction and shall be the exclusive venue with respect to any claim, counterclaim, or dispute arising in connection with any transactions, loads, or other business between SFS and Purchaser.

## Authorized Company Representative (Purchaser)

Company: __ABL Farms__

Date: __06 / 28 / 12__

Signature: ____

Print Name: __Danny Letsinger__

Title: __Owner__

Please complete and sign all three pages of the credit application and return to:
Saturn Freight Systems Inc, Credit Department, FAX: 630-614-7579 or EMAIL: ceggers@sfsd.com

Rev: Oct/2011



SATURN FREIGHT SYSTEMS, INC.
CAROL STREAM, IL
800-323-0481

## Billing Specifications    (To be filled out by Accounts Payable Contact)

1. Are original Bills of Lading required with invoice to process payment? _____Yes  _X_ No

2. Do you prefer invoices to be? _____Mailed  _____Emailed  _X_ Faxed

   ❖ If mailed, please provide mailing address for invoices: _____

   ❖ If emailed, please provide A/P email address for invoices: _____

   ❖ If faxed, please provide A/P fax number for invoices: __404-506-9487__

Do you reimburse for Unloading Charges plus any applicable fees?    _X_ Yes    _____No

Do you require prior authorization for Detention Charges?    _X_ Yes    _____No

Please add any additional billing requirements / instructions below:

Please provide signed copies of the Bill of
Ladings with each invoice.

_____

_____

_____

_____

## Authorized Company Representative

Company Name: ABL Farms

A/P Contact Name: Danny Letsinger

Signature: _____

Title: Owner

Date: 06 / 28 / 12

Please complete and sign all three pages of the credit application and return to:
Saturn Freight Systems Inc, Credit Department, FAX: 630-614-7579 or EMAIL: ceggers@sfsd.com

Page 3 of 3

Rev: Oct/2011



**SATURN** FREIGHT SYSTEMS INC
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 12/31/2014 | 135153 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
Dannys Melon Shed
1815 US Hwy 41N
Cordele, GA 31015
USA

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 11/25/2014 | 105629 | | LSG133 | | 15709 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Produce - | 40000 | 2,300.00 | 2,300.00 |

For questions concerning this invoice, please call:
Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com

**Total Charges:** $2,300.00

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

AMS# 15966

**Sold To:**
JIM RASH INC.
1130 OLD BARTOW RD.
LAKE WALES FL 33859-3707

**Ship To:**
Kroger
1239 Oakleigh Dr.
Atlanta GA 30344

**Order No: 15709**
**Order:** Tue 11, 2014
**Ship:** Sat 11, 2014
**Pay Terms:** 21 Days
**Sale Terms:** DEL

| Cust PO: NEED | Salesperson: Danny Letsinger | Quantity: | 58 |
| Delivery: | Carrier: Saturn Freight Systems, Inc. | Weight: | 41760 |

| Description | Product of | Quantity | UOM |
| --- | --- | --- | --- |
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | 58 bin   57 | |
| | Total: | 58   57 | |

Rec'd Linda walker 11-26-14

Date: 11/25/14

Name of Driver: MARLO

Trailer Plate #: F8062M FL

Cell Phone #: 786-616.5915

Name on Truck: QTA TRANS

Broker Name: SATURN

Received By: MARIO



FREIGHT SYSTEMS, INC.

**410 Kimberly Drive**
**Carol Stream, IL 60188**

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 2/4/2015 | 135746 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
Caito Food Service Inc
3120 N Post Rd
Indianapolis, IN 46226
USA

| Ship Date 12/29/2014 | Load Number 106211 | Drivers Name | Unit Number KOH265 | Order Number | PO Number 15930 | Terms Net 30 Days |
|---|---|---|---|---|---|---|

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Watermelon | 40000 | 6,600.00 | 6,600.00 |

| For questions concerning this invoice, please call: Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com | Total Charges: | $6,600.00 |
|---|---|---|

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Ship To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Order No:** 15930
**Ship:** Dec 24, 2014

| Cust PO: 846522 | Salesperson: Danny Letsinger | Broker: | Quantity: | 60 |
|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | Pallets: | 60 |
| Via: | Trailer Lic: St: | | Weight: | 43200 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| **Shipper: ABL FARMS, INC**     **Location: MAIN** | **Phone: 404 608 1112** | | **Pickup #:** | |
| 45 Ct Seedless Watermelons Good Delivery Mexico | 60 | bin | 60 | 43200 |

FLAT RATE 6600.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

Dec 29, 2014 14:33:37



## ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Ship To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Order No: 15930**
**Order:** Tue 12, 2014
**Ship:** Wed 12, 2014
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 846522 | Salesperson: Danny Letsinger | Quantity: | 60 |
| Delivery: | Carrier: | Weight: | 43200 |

| √ ct    Description | Product of | Quantity | UOM |
|---|---|---|---|
| ⚡ Ct Seedless Watermelons Good Delivery Mexico | Mexico | 588 | 60 bin 4t/s |
| 4ct | Total: | 60 | |

Rcvd → 588              38,975

Revd under protest for
Hallow heart & open seed cavity

$\int -\theta t$
1-2-15

55°

| Date: | 12/30/14 |
|---|---|

Name of Driver: alex Tamez

Trailer Plate #: 158533 A MaiNE

Cell Phone #: 956-205-3017

Dec 29, 2014 13:25:08

Name on Truck: Tex atlanta

Broker Name: _____

Received By: Alex ____

Page 1 of 1



**SATURN** FREIGHT SYSTEMS, INC.
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 2/5/2015 | 135767 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 12/29/2014 | 106207 | | MAA353 | | PU# 1702181 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Watermelon | 40000 | 5,700.00 | 5,700.00 |

| For questions concerning this invoice, please call: Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com | Total Charges: | $5,700.00 |
|---|---|---|

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No:** 15824
**Ship:** Dec 24, 2014

| Cust PO: 224819 | Salesperson: Danny Letsinger | | Broker: | Quantity: | 60 |
|---|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | | Pallets: | 60 |
| Via: | Trailer Lic: | St: | | Weight: | 43200 |

| Description | | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|---|
| **Shipper: ABL FARMS, INC** | **Location: MAIN** | **Phone: 404 608 1112** | | **Pickup #:** | |
| 45 Ct Seedless Watermelons Good Delivery USA | | 60 | bin | 60 | 43200 |

FLAT RATE 5700.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No: 15774**
**Order:** Mon 12, 2014
**Ship:** Fri 12, 2014
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 224715 Delivery: | Salesperson: Danny Letsinger Carrier: Saturn Freight Systems, Inc. | Quantity: | 60 |
| | | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
| --- | --- | --- | --- |
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | ~~60~~ bin | |
| | Total: | ~~60~~ | Protest |

57 BINS Received
12-15-14

**Date:** 12/12/2014

**Name of Driver:** M Singh

**Trailer Plate #:** _____

**Cell Phone #:** 559 801 8934

**Name on Truck:** Toorific Logistics Inc

**Broker Name:** Saturn Freight

**Received By:** _____

| TRUCK | | | STRAIGHT BILL OF LADING | SHIPPER'S NO. |
|---|---|---|---|---|
| TRAILER | 4JY5614 CA | | FOR EXEMPT COMMODITIES | CARRIER'S NO. 10:35 |

**STRAIGHT BILL OF LADING**
FOR EXEMPT COMMODITIES
Original Non-negotiable

TERRIFIC LOG     SP: KI THOMPSON

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

| DATE 12/11/14 | TO: (name and address of consignee) ABL FARMS, INC ATLANTA    GA 30306 | FROM: (name and address of shipper) GIUMARRA OF NOGALES |
|---|---|---|
| Destination: ATLANTA GA | 00830 ABL FARMS, INC ATLANTA    GA 30306 | Loaded at: (Specify location of cooler, packing house; field, etc.) GIUMARRA MARIPOSA |

Stop-off instruction: P.O. Number: DANNY
Trk Broker :

Truck Broker, if any: (name and address)

Motor Carrier Arranged for by. . . . . . . . . CONSIGNEE ☐    SHIPPER ☐

| No. Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid / COLLECT | CHARGES TO BE PAID BY |
|---|---|---|---|---|---|
| 28 | SEEDLESS WATERMELON B8 8 (NP) NATURE'S P PRODUCT OF MEXICO | NET WT: 19077 | | | |
| 29 | SEEDLESS WATERMELON G8 30 (NP) NATURE'S P PRODUCT OF MEXICO | NET WT: 18823 | | | ☐ Shipper ☐ Receiver |
| 57 | TOTAL CASES | TOTAL NET WT: 37900 | | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY
TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH
THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS.
_____Carrier Initials

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of

$ _____

(Signature of Consignor)

**REFRIGERATION INSTRUCTIONS:**
Recorder In Truck ☐ Yes ☐ No   Serial No. _____

Pulp Temperature When Loaded [ ]   Del'd [ ]

Temperature Range To Be Maintained   ☐ low   ☐ high

| | Date | Time |
|---|---|---|
| Loading started | | |
| Loading completed | | |
| To be delivered before | | |

SHIPPER GIUMARRA OF NOGALES
ADDRESS 837 E. Frontage Road
PER _____
TRUCK BROKER _____
PER _____
MOTOR CARRIER TERRIFIC LOG
Driver _____   Lic. No. _____

**SPECIAL INSTRUCTIONS:**
The requirements of 19 U.S.C. 1304 and 19 CRF Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

**TELEPHONE RECEIVER EVERY MORNING:**

Phone Collect: _____
   (area code)     (number)

**CONSIGNEE'S RECEIPT**
Received above perishable property in good order, except as noted:

Date _____   Signed: _____



**FREIGHT SYSTEMS. INC**
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 2/12/2015 | 135926 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
Wal-mart DC 6096
300 Enterprise Road
Johnstown, New York 12095
USA

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 11/22/2014 | 105583 | | KOH142 | | 15653 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Produce - | 40000 | 6,500.00 | 6,500.00 |

| For questions concerning this invoice, please call: | Total Charges: | $6,500.00 |
|---|---|---|
| Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com | | |

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com



# ABL Farms, Inc.
675 Seminole Ave, Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:**
WAL-MART STORES INC.
300 ENTERPRISE RD
JOHNSTOWN NY 12095
DELIVERY NUMBER 60437880 /
8:30AM

**Order No: 15653**
**Order:** Tue 11, 2014
**Ship:** Fri 11, 2014
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 6096725401 | Salesperson: Danny Letsinger | | Quantity: | 58 |
| Delivery: Nov 25, 2014 | Carrier: Saturn Freight Systems, Inc. | | Weight: | 40600 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 60 Ct Seedless Watermelons Good  Delivery Mexico | Mexico | 58 bin | |
| | Total: | 58  — | ( short |

```
W A I   i n s i / i
I J ·   · , i i · i i
Tax Id  X(1)41b188
ivery        60437880
300 Enterprise Rd.
. ohnstown, NY 12095  ·

· ·    11-26-2014 04:53
     V             000011

  32           $50.00
               $50.00
```

```
DC 6096
PO# 2096 72540
FREIGHT BILL RECEIVED IN FULL
TRLR# 15
TOT CS REC 57           O
TOT PLTS 57             8
TOTAL CASES  REJECTED  R
REASON  A
REC#     216
REC'D BY
DRV HELPED UNLOAD:  Y        N
```

Date: _____

Name of Driver: _____          Name on Truck: _____

Trailer Plate #: _____          Broker Name: _____

Cell Phone #: _____          Received By: _____

Nov 21, 2014 15:12:00                                        Page 1 of 1

**Trailer Control Record**

🏠 **Home**    📄 **Report**

**TRAILER CONTROL RECORD: 822185**

**DC#: DC 6098**

| 15 | GRSG | 60437880 | 11/26/2014 08:30 | 11/26/2014 03:02 |
|---|---|---|---|---|
| TRAILER# | CARRIER | DELIVERY# | APPT TIME | ARRIVAL D/T |

### ARRIVAL INFORMATION

| INBOUND SEAL#: 032582 | | SEALED AT GATE: N | | INTACT: Y |
|---|---|---|---|---|
| AP ASSOCIATE: 989 | | CURRENT SEAL#: 032582 | | |
| ACTUAL REEFER TEMPS: | ZONE1: 57 | ZONE2: ZONE3: | REEFER FUEL LEVEL: 75% | |
| SET REEFER TEMPS: | ZONE1: 55 | ZONE2: ZONE3: | | |

### RECEIVING OFFICE

| DROP: N | DRIVER UNLOAD: N | COMMODITY: SCPR | TRACTOR#: 1 | DELIVERY COMMENTS: |
|---|---|---|---|---|

### RECEIVING DOCK

| DOOR#: | 111 | ASSIGNED BY: | | CLOSED BY: | 036 |
|---|---|---|---|---|---|
| | | DRIVER ARRIVAL AT WINDOW: | 11/26/2014 03:19 | UNLOAD END TIME: | 11/26/2014 04:13 |
| UNLOADER: | 218 | UNLOAD START TIME: | 11/26/2014 04:13 | PAPERWORK AVAILABLE AT WINDOW: | 11/26/2014 04:41 |

| TRAILER EMPTY: Y | (IF NO,COMPLETE RETURN FIELDS) |
|---|---|

### RETURN/TRANSFER

| RETURN CONTENTS: | REASON: |
|---|---|
| DESCRIPTION: | |

### RE-ENTRY

### SEAL INFORMATION

| SEAL#: | SEALED BY: |
|---|---|

### RECEIVING OFFICE

| TRAILER RELEASED BY#: 146 |
|---|

### OUTBOUND INFORMATION

| AP ASSOCIATE: | | | | D/T: | |
|---|---|---|---|---|---|
| REEFER TEMPS: | ZONE1: | ZONE2: | ZONE3: | OUTBOUND SEAL#: | |

Export to PDF    Export to Excel    Cancel

**LICENSE**

| | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | / |

TINNA

(NAME AND ADDRESS OF CARRIER)

**MOTOR CARRIER**
**STRAIGHT BILL OF LADING**
FOR EXEMPT COMMODITIES
Original Non-negotiable

20144364
SHIPPER'S NO.

CARRIER'S NO. 9:52

SP: CESAR PACHECO

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

| DATE 11/22/14 | TO: (name and address of consignee) 54910 NEW ERA PRODUCE LLC ESTERO FL 33928 | FROM: (name and address of shipper) GIUMARRA OF NOGALES |
|---|---|---|
| Destination FLORIDA | 54910 NEW ERA PRODUCE LLC ESTERO FL 33928 | Loaded at (Specify location and order, packing house, field, etc.) GIUMARRA MARIPOSA |

Stop-off Instructions P.O. Number: 60
Trk Broker :

Truck Broker, if any; (name and address)

Motor Carrier Arranged for by: ........ CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid | COLLECT |
|---|---|---|---|---|---|
| 57 | SEEDLESS WATERM C60 CHP 60CT (NP) NATURE'S P NET WT: 39663 PRODUCT OF MEXICO | | | | |
| 57 | TOTAL CASES | TOTAL NET WT: 39663 | | | |
| | 57 CHEP PALLETS | | | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY
TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH
THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS.
_____ Carrier Initials

**CHARGES TO BE PAID BY**
☐ ☐
Shipper Receiver

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of:

$ _____

(Signature of Consignor)

**REFRIGERATION INSTRUCTIONS:**
Recorder In Truck ☐ Yes ☐ No Serial No. _____

Pulp Temperature When Loaded [ ] Del'd [ ]
≤ low ≥ high

Temperature Range To Be Maintained

| | Date | Time |
|---|---|---|
| Loading started | | |
| Loading completed | | |
| To be delivered before | | |

**SPECIAL INSTRUCTIONS:**
The requirements of 19 U.S.C. 1304 and 19 CRF Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

**TELEPHONE RECEIVER EVERY MORNING:**

Phone Collect: _____
(area code) (number)

SHIPPER GIUMARRA OF NOGALES

ADDRESS 837 E. Frontage Road

PER _____

TRUCK BROKER _____

PER _____

MOTOR TINNA
CARRIER

Driver _____ Lic. No. _____

**CONSIGNEE'S RECEIPT**
Received above perishable property in good order, except as noted:

Date _____ Signed: _____

Approved by Western Growers Association
3. CONSIGNEE'S COPY

| LICENSE | | | MOTOR CARRIER | |
|---|---|---|---|---|
| State | Number | | STRAIGHT BILL OF LADING | |

**MOTOR CARRIER**
**STRAIGHT BILL OF LADING**
FOR EXEMPT COMMODITIES
Original Non-negotiable

20444564

SHIPPER'S NO.

CARRIER'S NO.

TRUCK
TRAILER

TINNA

(NAME AND ADDRESS OF CARRIER)

SP: CESAR PACHECO

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any) whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper and the truck broker, if any.

DATE
11/12/14

To (name and address of consignee)
NEW ERA PRODUCE LLC
ESTERO     FL 33928
1215 NEW ERA PRODUCE LLC

Description
FLORIDA     ESTERO     FL 33928

FROM: (name and address of shipper)
GIUMARRA OF NOGALES

Loaded at: (Specify location of cooler, packing house, field, etc.)
GIUMARRA MARIPOSA

Stop-off instruction P.O. Number: 60
Trk Broker :

Truck Broker, if any: (name and address)

| | | Motor Carrier Arranged for by. | | | CONSIGNEE ☐ | SHIPPER ☐ |
|---|---|---|---|---|---|---|
| No. Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid | COLLECT | |

| No. Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid / COLLECT | |
|---|---|---|---|---|---|
| 57 | SEEDLESS WATERM C60 CHP 6DC1 (NF) NATURE'S F NET WT: 39663 PRODUCT OF MEXICO | | | | |
| 57 | TOTAL CASES | TOTAL NET WT: 39663 | | | |

CHARGES TO BE PAID BY

☐     ☐

Shipper   Receiver

57 CHEP PALLETS

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY
TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH
THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS.
_____ Carrier Initials

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of

$ _____

(Signature of Consignor)

**REFRIGERATION INSTRUCTIONS:**
Recorder in Truck ☐ Yes ☐ No   Serial No. _____

SHIPPER   GIUMARRA OF NOGALES

Pulp Temperature When Loaded ☐   Def'd ☐
      ☐ low   ☐ high

ADDRESS      837 E. Frontage Road

Temperature Range To Be Maintained ☐

PER _____

| | Date | Time |
|---|---|---|
| Loading started | | |
| Loading completed | | |
| To be delivered before | | |

TRUCK
BROKER _____

PER _____

**SPECIAL INSTRUCTIONS:**
The requirements of 19 U.S.C. 1304 and 19 CFR Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

MOTOR TINNA
CARRIER _____

Driver _____   Lic. No. _____

TELEPHONE RECEIVER EVERY MORNING:

**CONSIGNEE'S RECEIPT**
Received above perishable property in good order, except as noted.

Phone Collect:
    (area code)     (number)

Date _____   Signed _____

Approved by Western Growers Association
4. TRUCK BROKER'S COPY



**FREIGHT SYSTEMS, INC.**
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 2/13/2015 | 135984 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
F & S Produce
913 Bridgeton Ave
Rosenhayn, New Jersey 08352
USA

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 11/14/2014 | 105447 | | FAR210 | | 15634 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Watermelon | 41000 | 6,500.00 | 6,500.00 |

For questions concerning this invoice, please call:
Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com

**Total Charges:** $6,500.00

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352
Appt 11am

**Order No:** 15634
**Ship:** Nov 17, 2014

| Cust PO: 224167 | Salesperson: Danny Letsinger | Broker: | | Quantity: | 60 |
|---|---|---|---|---|---|
| Delivery: Nov 19, 2014 | Carrier: Saturn Freight Systems, Inc. | | | Pallets: | 60 |
| Via: | Trailer Lic: | St: | | Weight: | 43200 |

| Description | | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|---|
| **Shipper: ABL FARMS, INC** | **Location: MAIN** | **Phone: 404 608 1112** | | **Pickup #:** | |
| 45 Ct Seedless Watermelons Good Delivery Mexico | | 60 | bin | 60 | 43200 |

FLAT RATE 6500.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

Nov 18, 2014 15:51:48



## ABL Farms, Inc.
675 Seminole Ave, Ste 103
Atlanta, GA 30307

Phone 404-606-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
F & S Produce Co. Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352
Appt 11 am

**Order No:** 15534
**Order:** Sat 11 2014
**Ship:** Mon 11, 2014
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 224167 | Salesperson: Danny Letsinger | Quantity: | 60 |
| Delivery: Nov 19, 2014 | Carrier: Saturn Freight Systems, Inc. | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | 60 bin | Approved |
| | Total: | 60 | |

57 BINS Received.
11·19·14 ↳

Date: 11/19/14

Name of Driver: _____

Traller Plate #: _____

Cell Phone #: _____

Name on Truck: Key

Broker Name: _____

Received By: _____

Nov 18, 2014 15:51:48

Page 1 of 1



**SATURN** FREIGHT SYSTEMS, INC
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 2/13/2015 | 135985 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
RYECO LLC 6700 ESSINGTON PHILLY
6700
Philly, PA 191563
USA

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 12/15/2014 | 105990 | | KTL169 | | 15777 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Produce - | 40000 | 3,700.00 | 3,700.00 |
| | Reroute | | 300.00 | 300.00 |
| | Additional Unloading Fee(s) | | 52.00 | 52.00 |

For questions concerning this invoice, please call:
Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com

| Total Charges: | $4,052.00 |
|---|---|

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com



**ABL Farms, Inc.**
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-508-9051

## Bill Of Lading

**AMS# 11e035**

**Sold To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0603

**Ship To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0603

**Order No:** 15777
**Order:** Mon 12, 2014
**Ship:** Sun 12, 2014
**Pay Terms:** 10 Days
**Sale Terms:** DEL

---

**Cust PO:** N685270
**Delivery:** Dec 17, 2014

**Salesperson:** Danny Letsinger
**Carrier:** Saturn Freight Systems, Inc.

**Quantity:** 616
**Weight:** 40040

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 5 Count Seedless Watermelons Good Delivery Mexico | Mexico | 616 | ctn |
| | **Total:** | **616** | |

Ryeco LLC

Date In _____ 12-19-14 _____

Rec'd By _____

Pallets In _____ 26 _____

Pallets Out _____

Unloading Fee _____ $52 _____

| | |
|---|---|
| Date: _____ | |
| Name of Driver: _____ | Name on Truck: _____ |
| Trailer Plate #: _____ | Broker Name: _____ |
| Cell Phone #: _____ | Received By: _____ |

Dec 15, 2014 11:17:14

Page 1 of 1

1000b1018,0a87b4,R,1,12/22/2014 on 20 for BASF, ACS Certified Original



## ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

AMS# 11e035

**Sold To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0603

**Ship To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0603

**Order No: 15777**
Order: Mon 12, 2014
Ship: Sun 12, 2014
Pay Terms: 10 Days
Sale Terms: DEL

---

**Cust PO: N685270**
**Delivery: Dec 17, 2014**

**Salesperson: Danny Letsinger**
**Carrier: Saturn Freight Systems, Inc.**

**Quantity:** 616
**Weight:** 40040

---

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 5 Count Seedless Watermelons Good Delivery Mexico | Mexico | 616 | ctn |
| | **Total:** | **616** | |

**Ryeco LLC**

Date In _____

Rec'd By _____

Pallets In _____

Pallets Out _____

Unloading Fee _____

(?) Fee _____

Date: _____

Name of Driver: _____        Name on Truck: _____

Trailer Plate #: _____        Broker Name: _____

Cell Phone #: _____        Received By: _____

Dec 15, 2014 11:17:14        Page 1 of 1

100061018,068764,8.4,12/22/23L4 on 23 for INSP, ACS Certified Original



**Philadelphia Wholesale**
**Produce Market**
All the best, all right here.

6700 Essington Ave
Phila, PA 19153
P: 215-336-3003
F: 215-336-5542

# Gate Receipt

## 12/18/2014 9:53 PM

| | |
|---|---|
| **Receipt #** | **540347** |
| **Vehicle Category** | **Tractor Trailer** |
| **Total Payment** | **$30** |
| **Payment Type** | **Cash** |
| **Destination(s)** | |

**Ryeco**
Phone: 215-551-8883  Unit: C3 - C7,
D5 - D6

Visit us online at www.pwpm.net
Like us on Facebook: www.facebook.com/pwpmproducemkt
Follow us on Twitter: www.twitter.com/pwpmproducemkt

## REQUIRED FOR RE-ENTRY

*************************************************

CHRISTMAS HOLIDAY HOURS:
CLOSED Wed., 12/24 at 4:00pm
OPEN Sun., 12/28 at:
-4am for Receiving
-8am for Customers

*************************************************



**FREIGHT SYSTEMS, INC.**
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 2/13/2015 | 135989 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
Delmonte
7970
Jessup, MD 20794
USA

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 12/22/2014 | 106120 | | FIR202 | | 15946 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Watermelon | 40000 | 4,500.00 | 4,500.00 |

For questions concerning this invoice, please call:
Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com

**Total Charges:** $4,500.00

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com

# CHAMPIONS PRODUCE
## Shipping Manifest

**Invoice Number:**000001700
**Customer PO #:**722521

Printed By:RCHASE
Warehouse:Default Warehouse

| SOLD TO | SHIP TO |
|---|---|
| DELMONTE FRESH JESSUP<br>7970 TAY BAY DR | DELMONTE FRESH JESSUP<br>7970 TAY BAY DR |
| JESSUP, MD 20794-<br>USA | JESSUP, MD 20794-<br>USA |
| PHONE# (305) 520-8400 | PHONE# (305) 520-8400 |

| Salesperson | Customer ID<br>DELMON (000003) | Order Date<br>12/18/2014 | | Shipped Date<br>12/23/2014 | Ship Via |
|---|---|---|---|---|---|

| Item Code | Item Description | | UOM | Shipped<br>Quantity |
|---|---|---|---|---|
| 118 | Watermelon seedless 60ct bin Mexico | | BN | 57.00 |

**Special Messages:**

| Direct All Inquiries To: | | |
|---|---|---|
| CHAMPIONS PRODUCE<br>PO BOX 680591<br>HOUSTON, TX 77268-0591 | Pallets In : | 0 |
| | Pallets Out : | 0 |
| | Loaded By : | |
| | >> >>  DRIVER RESPONSIBLE FOR COUNT << << | |

Drivers Signature_____

Phone# (832) 606-2103
Fax# (281) 374-0645

Trucking Company
Trailer Tag Number

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by
section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these
commodities retains a trust claim over these commodities, all inventories of food or other products derived from
these commodities, and any receivables or proceeds from the sale of these commodities until full payment is

*5*

# CHAMPIONS PRODUCE
## Shipping Manifest

Invoice Number:000001700
Customer PO #:722521

Printed By:RCHASE
Warehouse:Default Warehouse

| SOLD TO | SHIP TO |
|---|---|
| DELMONTE FRESH JESSUP<br>7970 TAY BAY DR | DELMONTE FRESH JESSUP<br>7970 TAY BAY DR |
| JESSUP, MD 20794-<br>USA | JESSUP, MD 20794-<br>USA |
| PHONE# (305) 520-8400 | PHONE# (305) 520-8400 |

| Salesperson | Customer ID<br>DELMON (000003) | Order Date<br>12/18/2014 | Shipped Date<br>12/23/2014 | Ship Via |
|---|---|---|---|---|

| Item Code | Item Description | | UOM | Shipped<br>Quantity |
|---|---|---|---|---|
| 118 | Watermelon seedless 60ct bin Mexico | | BN | 57.00 |

RECEIVED
SUBJECT TO USDA/QA
INSPECTION

DEC 24 2014

TOT.CS.REC'D ___ TOT.CS.REJECTED ___
REC'D BY ___
SIGNATURE ___

| Special Messages: | |
|---|---|

| Direct All Inquiries To: | Pallets In : | 0 |
|---|---|---|
| CHAMPIONS PRODUCE | Pallets Out: | 0 |
| PO BOX 680591 | Loaded By : | |
| HOUSTON, TX 77268-0591 | >> >>  DRIVER RESPONSIBLE FOR COUNT << << | |

Drivers Signature _____

Phone# (832) 606-2103
Fax# (281) 374-0645

Trucking Company _____
Trailer Tag Number

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is

**64441182**

TICKET NUMBER

**THE CAT SCALE GUARANTEE**

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.

**WEIGH WHAT WE SAY OR WE PAY**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE, ext. 7 (Toll Free) or visit www.catscaleguarantee.com for instructions.
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

CAT SCALE
COLLECTOR
CARD
INSIDE!

**CERTIFIED**
**AUTOMATED**
**TRUCK**
**SCALE**

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE

IMPRINT SEAL HERE
(IF APPLICABLE)

**WEIGH NUMBER**
**1181**

USTOMER COPY

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

**DATE:** 12-24-2014

**SCALE:** 247
**LOCATION:** TA JESSUP
I 95 EXIT 41 A
JESSUP MD

| | |
|---|---|
| STEER AXLE | 11100 lb |
| DRIVE AXLE | 14020 lb |
| TRAILER AXLE | 9580 lb |
| GROSS WEIGHT | 34700 lb |

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facie evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    **FREIGHT ALL KINDS**

COMPANY   **MULITESTATE CARRIER**      TRACTOR # 01   TRAILER # 194

FEE  **$2.00**    WEIGHMASTER OR WEIGHER SIGNATURE     FULL WEIGH TICKET # 64461181 (IF REWEIGH)

MATT INJEIAN

**64441181**

TICKET NUMBER

**THE CAT SCALE GUARANTEE**

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WEIGH WHAT WE SAY OR WE PAY©**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**CAT**
SCALE

# CERTIFIED
# AUTOMATED
# TRUCK
# SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6253
www.catscale.com

PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE

IMPRINT SEAL HERE
(IF APPLICABLE)

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE, ext. 7 (Toll Free) or visit www.catscaleguarantee.com for instructions.
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

| | | |
|---|---|---|
| DATE: | STEER AXLE | 11660 lb |
| 12-24-2014 | DRIVE AXLE | 32120 lb |
| SCALE | | |
| 247 | TRAILER AXLE | 33500 lb |
| LOCATION: | | |
| TA JESSUP | GROSS WEIGHT | 77280 lb |
| I 95 EXIT 41 A | | |
| JESSUP MD | | |

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED — FREIGHT ALL KINDS

COMPANY **MULTITESTATE CARRIER** TRACTOR # 01 TRAILER # 194

| WEIGH NUMBER | FEE | WEIGHMASTER OR WEIGHER SIGNATURE | FULL WEIGH, TICKET # (IF REWEIGH) |
|---|---|---|---|
| 1181 | $10.50 | DEAVER SIMMS | |

CUSTOMER COPY

© CAT Scale® Reg 3050 04/14



**FREIGHT SYSTEMS, INC.**
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 3/10/2015 | 136269 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
Caito Food Service Inc
3120 N Post Rd
Indianapolis, IN 46226
USA

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 12/4/2014 | 105793 | | BRA103 | | 843624, 446815 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Watermelon | 40000 | 4,750.00 | 4,750.00 |

| For questions concerning this invoice, please call: Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com | Total Charges: | $4,750.00 |
|---|---|---|

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com

#403
B/vr
4:27

**ABL Farms, Inc.**
675 Seminole Ave, Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-608-9051

# Bill Of Lading

**Sold To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Ship To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Order No:** 15742
**Order:** Tue 12, 2014
**Ship:** Thu 12, 2014
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 843624 Delivery: Dec 08, 2014 | Salesperson: Danny Letsinger Carrier: Saturn Freight Systems, Inc. | | Quantity: Weight: | 60 42000 |
|---|---|---|---|---|
| **Description** | **Product of** | **Quantity** | **UOM** | |
| 60 Ct Seedless Watermelons Good Delivery Mexico | Mexico | 80 | bin | |
| | Total: | 60 | | |

576.03

rcvd under protest for open seed cavity,
Hollow Haut, Black seed and
Low sugar

Joso Blizud
12-8-14

Date: _____

Name of Driver: _____

Trailer Plate #: _____

Cell Phone #: _____

Dec 04, 2014 16:22:19

Name on Truck: _____

Broker Name: _____

Received By: _____

Page 1 of 1

L'd                conc/come



**SATURN**
FREIGHT SYSTEMS, INC.
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 3/10/2015 | 136270 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
F & S Produce
913 Bridgeton Ave
Rosenhayn, New Jersey 08352
USA

| Ship Date | Load Number | Drivers Name | Unit Number | Order Number | PO Number | Terms |
|---|---|---|---|---|---|---|
| 12/11/2014 | 105921 | | EWC100 | | 15774 | Net 30 Days |

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Watermelon | 40000 | 6,800.00 | 6,800.00 |

| For questions concerning this invoice, please call: | | |
|---|---|---|
| Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com | **Total Charges:** | **$6,800.00** |

Please Remit Payment To:          Phone: 630-221-0400
Saturn Freight Systems Inc                                              **Thank you for your business.**
410 Kimberly Drive                     Fax: 630-221-0410
Carol Stream IL.60188

Web Site: www.sfsd.com



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No: 15774**
**Order:** Mon 12, 2014
**Ship:** Fri 12, 2014
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 224715 | Salesperson: Danny Letsinger | Quantity: | 60 |
| Delivery: | Carrier: Saturn Freight Systems, Inc. | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
| --- | --- | --- | --- |
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | —60–bin | |
| | Total: | —60– | Protest |

57 BINS Received
12-15-14

| Date: | 12/12/2014 | | |
| Name of Driver: M Singh | | Name on Truck: Toorific Logistics Inc | |
| Trailer Plate #: | | Broker Name: Saturn Freight | |
| Cell Phone #: 559 801 8934 | | Received By: | |

**STRAIGHT BILL OF LADING**
FOR EXEMPT COMMODITIES
Original Non-negotiable

SHIPPER'S NO.

CARRIER'S NO. 10:35

| TRUCK | | |
|---|---|---|
| TRAILER | 4JY5614 CA | |

TERRIFIC LOG    SP: KI THOMPSON

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

DATE 12/11/14

TO: (name and address of consignee) 00830
ABL FARMS, INC
ATLANTA      GA 30306

FROM: (name and address of shipper)
GIUMARRA OF NOGALES

Destination: 00830 ABL FARMS, INC
ATLANTA GA    ATLANTA      GA 30306

Loaded at: (Specify location of cooler, packing house; field, etc.)
GIUMARRA MARIPOSA

Stop-off instruction P.O. Number: DANNY
Trk Broker :

Truck Broker, if any: (name and address)

Motor Carrier Arranged for by . . . . . . . . . CONSIGNEE ☐   SHIPPER ☐

| No. Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid | COLLECT |
|---|---|---|---|---|---|
| 28 | SEEDLESS WATERMELON B8 8 (NP) NATURE'S P PRODUCT OF MEXICO | NET WT: 19077 | | | |
| 29 | SEEDLESS WATERMELON G8 30 (NP) NATURE'S P PRODUCT OF MEXICO | NET WT: 18823 | | | |
| 57 | TOTAL CASES | TOTAL NET WT: 37900 | | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY
TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH
THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS.
_____ Carrier Initials

**CHARGES TO BE PAID BY**

☐ ☐
Shipper   Receiver

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of

$ _____

(Signature of Consignor)

**REFRIGERATION INSTRUCTIONS:**
Recorder in Truck ☐ Yes ☐ No   Serial No.
Pulp Temperature When Loaded ____ Del'd ____
Temperature Range To Be Maintained  5 low  5 high

| | Date | Time |
|---|---|---|
| Loading started | | |
| Loading completed | | |
| To be delivered before | | |

**SPECIAL INSTRUCTIONS:**
The requirements of 19 U.S.C. 1304 and 19 CRF Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

TELEPHONE RECEIVER EVERY MORNING:

Phone Collect: _____
(area code)        (number)

SHIPPER   GIUMARRA OF NOGALES
ADDRESS   837 E. Frontage Road
PER
TRUCK
BROKER
PER

MOTOR CARRIER   TERRIFIC LOG
Driver   H.S. Toer    Lic. No. _____

**CONSIGNEE'S RECEIPT**
Received above perishable property in good order, except as noted:

Date          Signed:



**FREIGHT SYSTEMS INC.**
410 Kimberly Drive
Carol Stream, IL 60188

# Freight Invoice

| Invoice Date | Invoice # |
|---|---|
| 3/10/2015 | 136271 |

Bill To:
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

Ship To:
Giant-Carlisle
1621
Carlisle, PA 17013
USA

| Ship Date 12/24/2014 | Load Number 106165 | Drivers Name | Unit Number NOR209 | Order Number | PO Number 15959 | Terms Net 30 Days |
|---|---|---|---|---|---|---|

| Quantity | Freight Description | Weight | Rate | Amount |
|---|---|---|---|---|
| | Truckload of Watermelon | 40000 | 4,300.00 | 4,300.00 |
| | Layover | | 200.00 | 200.00 |

For questions concerning this invoice, please call:
Colleen Syron at 630-221-0400 x533 or Email csyron@sfsd.com

| Total Charges: | $4,500.00 |
|---|---|

Please Remit Payment To:
Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream IL.60188

Phone: 630-221-0400

Fax: 630-221-0410

**Thank you for your business.**

Web Site: www.sfsd.com

## Lumping Receipt

**Location** _Giant Foods - Carlisle_

**Date** _12-26-14_

**Amount Received $** _160.⁰⁰_

**Number of Cases Unloaded** _____

**Product Description** _____

**Lumper's Name** _[signature]_

**Social Security Number** _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_

Printing DateTime:
12/18/2014 04:21:23 PM

Invoice Number:000001703
Customer PO #:693451

**CHAMPIONS PRODUCE**
Shipping Manifest

Jour 29

Page No. 1 of 1

Printed By:MPETRO
Warehouse:Default Warehouse

**SOLD TO**
GIANT DISTRIBUTION CENTER
1149 HARRISBURG PIKE

CARLISLE, PA 17013-
USA

PHONE# (717) 245-7474

**SHIP TO**
GIANT DISTRIBUTION CENTER
1621 Industrial Drive

CARLISLE, PA 17013-
USA

PHONE# (717) 249-8033

| Salesperson | Customer ID | Order Date | Shipped Date | Ship Via |
|---|---|---|---|---|
| | AHOLD (000002) | 12/18/2014 | 12/23/2014 | |

| Item Code | Item Description | UOM | Shipped Quantity |
|---|---|---|---|
| 101 | Watermelon 5ct Mexico Seedless Cart | CT | 616.00 |

**Special Messages:**

Direct All Inquiries To:
CHAMPIONS PRODUCE
PO BOX 680591
HOUSTON, TX 77256-0591

Phone# (832) 606-2103
Fax# (281) 374-0645

Pallets In :        0
Pallets Out :       0
Loaded By :
>> >>        **DRIVER RESPONSIBLE FOR COUNT** << <<

Drivers Signature
Trucking Company
Trailer Tag Number

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by
section 5(c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499e(c)). The seller of these
commodities retains a trust claim over these commodities, all inventories of food or other products derived from
these commodities and any receivables or proceeds from the sale of these commodities until full payment is



**ABL Farms, Inc.**
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-586-9051



## Bill Of Lading

AMS# 16048

**Sold To:**
Champions Produce
PO Box 680591
Houston, TX 77268-0591

PO # 695051

**Ship To:**
Champions Produce
1621 Industrial Dr.
Carlisle PA 17013

**Order No:** 15959
**Order:** Tue 12, 2014
**Ship:** Fri 12, 2014
**Pay Terms:** 21 Days
**Sale Terms:** DEL

| Cust PO: 1703 | Salesperson: Danny Letsinger | Quantity: | 616 |
|---|---|---|---|
| Delivery: | Carrier: | Weight: | 40040 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 5 Count Seedless Watermelons Good Delivery Mexico | Mexico | 616 | ctn |
| | Total: | 616 | |

12.26.14

Date:
Name of Driver: ARVANIS
Trailer Plate #: 108 SCM
Cell Phone #: 239 370 4873
Dec 23, 2014 14:25:06

Name on Truck: Ava logistic
Broker Name:
Received By:

Page 1 of 1



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400112

**Date** 02/24/15

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO** 16002

**BOL**

**Shipper** American Melon Sales
8101 E Highway 175
Kemp, TX 75143
(903)498-0087

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Consignee** Lancaster Foods - Jessup
7700 Conowingo Ave
Jessup, MD 20794
(410)799-0010

Origin- Pickup - American Melon Sales 8101 E Highway 175 Kemp, TX 75143
Drop - Lancaster Foods - Jessup 7700 Conowingo Ave Jessup, MD 20794

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400112 | | | 01/06/15 | | 01/08/15 | | 30 Days | 03/26/2015 |
| Goods | | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 1,342.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $4,400.00 |

**Notes**

Please Pay This Amount    $4,400.00

0636



# ABL Farms, Inc.
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

## Bill Of Lading

**Sold To:** NO SEAL
Lancaster Foods, LLC
P.O. Box 1158
Jessup, MD 20794

R7

**Ship To:**
Lancaster Foods, LLC
7700 Conowingo Ave.
Jessup, MD 20794

**Order No: 16002**
Order: Mon 01, 2015
Ship: Mon 01, 2015
Pay Terms: 10 Days
Sale Terms: DEL

247- 347- 761-6372      16068

**Cust PO:** 252667
**Delivery:**

**Salesperson:** Danny Letsinger
**Carrier:** Saturn Freight Systems, Inc.

**Quantity:**
**Weight:** 40040

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 5 Count Seedless Watermelons Good Delivery Mexico | Mexico | 500 ctn | 55² |
| | Total: | 500 | |

*Cut Red with some internal Bruising*

*SAME CHT Red Found / decay*

*Slight Give*

*180 Case Rec'vd Under protest*

Lancaster Foods LLC
Receive Date: 1-5-15   Time: 6:10
P.O. #: 252667
Load#: 22 X14
Received By: _____
Refer Unit Set Temp: 55
Refer Unit Road Temp: 55
Door Seal #: 7144
Clean Truck?: Yes
# Cases Received: 5700
# Cases Rejected: 62
Product Pulp Temp: 55/56
Inspected By: 2LD
Private Hot Count Only
Subject to...

**Date:** 1/6/15
**Name of Driver:** LEONARSIK
**Trailer Plate #:** PT 0915 N
**Cell Phone #:** 347 761 6372
Jan 05, 2015 17:01:22

**Name on Truck:** JULIA  JULIA TRLC#
RV228
**Broker Name:** _____
**Received By:** _____

Page 1 of 1

Capstone Logistics, LLC
Receipt for Services

6525 The Corners Pkwy
Norcross, GA 30092
404-564-1222
Fed ID#
45-3087555

01/08/2015 15:32:35

Dock: PERISHABLE
Receipt#          Location
24026320783      LANCASTER FOODS JESSUP

Po Number(s)
252667-222794

Work Date  Door    Cases  Weight
01/08/15   7       500    0
Pallets In Fin Pallets Vendor
25         25          abl farms-0
Trailer # Tractor # Live Load BOL
RV228              Yes
Bad Wood  Restacks      Check Num
0         0
Carrier                     Pay Type
julia                       Cash

Lead: msmith
Unloader Name: SHAUN B.
Split: 1

      Bill Code: RCOD40263
 Base Load Cost:   $80.00
             --------------
   Total Charge:   $80.00



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number 400114**

**Date 01/16/15**

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO** 15970

**BOL**

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** International Cold Storage - Oakland Par
3775 NW 31st ave
Oakland Park, FL 33309
(954)946-4480

**Consignee** F and S Produce
913 BRIDGETON AVE
Rosenhayn, NJ 08352
(856)453-0316

Origin- Pickup - International Cold Storage - Oakland Par 3775 NW 31st ave Oakland Park, FL 33309  330075
Drop - F and S Produce 913 BRIDGETON AVE Rosenhayn, NJ 08352  225117 MUST deliver on ABL BOL

| Load ID | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 400114 | | 01/06/15 | | 01/08/15 | | 30 Days | 02/15/2015 |
| Goods | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 1,142.4 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $4,000.00 |
| Accessorial Amount | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | ($500.00) |

**Notes**

**Please Pay This Amount** $3,500.00

**We Appreciate Your Business!**

**Saturn Freight Systems Inc (SFS) - 410 Kimberly Drive - Carol Stream, IL 60188 - (Phone) (630)221-0400 - (Fax) ()-**



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No:** 15970
**Ship:** Dec 30, 2014

| Cust PO: 225117 | Salesperson: Danny Letsinger | | Broker: | Quantity: | 60 |
|---|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | | Pallets: | 60 |
| Via: | Trailer Lic: | St: | | Weight: | 43200 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| **Shipper: ABL FARMS, INC**   **Location: MAIN** | **Phone: 404 608 1112** | | **Pickup #:** | |
| 45 Ct Seedless Watermelons Good Delivery USA | 60 | bin | 60 | 43200 |

FLATRATE 4000.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON NEGOTIABLE

**CENTRAL AMERICAN PRODUCE**
**2200 Park Central Blvd N**
**Suite 600**
**Pompano Beach, FL**

225 117

RECEIVED, from shipper named herin, the perishable property described below in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery of said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of the contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | Bill of Lading No. |
|---|---|---|
| CA330075 | MANIS, WILLIAM, PRODUCE | CA330075 |
| Salesman | | Ship Date |
| | | 01/06/2015 |
| Buyer P.O. # | Destination | Ship From |
| 50730 | 101 SOUTHERN OAK DR. | Pompano Beach, FL |
| Phone | Plant City, FL | Terms |
| | 33566 | |
| | Driver | Trailer Tag No. |
| PQTT | JOSE SUAREZ | 3254LF |
| Truck Broker | Cell Phone | State |
| | | OK |

**Boxes**
57

**Product**
W/min Bin * 45ct Sdl: Product of Guatemala

Approved 1.18.15

| | | Total Pallets | Boxes | 57 |
|---|---|---|---|---|
| Inspection | Reorder No. | Chart No. | Temperature Instructions | |
| | 47612032 | | 50F | |
| Instructions | | | | |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

**Shippers Signature**

**Consignee's Receipt:** I have received above perishable property in good order, except as noted

Signed

Date
1/6/15

Time In  6:00 AM PM

**Driver's Receipt** have received above described property in good shipping condition, have verified the count and am satisfied that said shipment is loaded and properly braced.

**Sign**

**Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Signed

Date
1/6/15

Time Out  4:54 AM PM

# F&S Produce

P.O. Box 489 • 913 Bridgeton Avenue   :}2   27961
Rosenhayn, NJ 08352
Tel: (856) 453-0316 • Fax: (856) 453-0494

Date: __1 · 8 / 5__

P.O.# ∂5117

Purchased From: •

ABL Farms

Watermilow

|              | Price | Amount |
|--------------|-------|--------|
| Gross  79560 |       |        |
| Tare  35040  |       |        |
| Adj. Bins    |       |        |
| Net  44520   |       |        |

Tare # 57 E~ /?/+s@ 76  15r = 4/372 13,

New Net w, l+ = ~~~~~~~  40188 15s.

Received by _____

Avs Wght = 705. 16s

Bins In _____

Bins Out _____

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON NEGOTIABLE

**CENTRAL AMERICAN PRODUCE**
**2200 Park Central Blvd N**
**Suite 600**
**Pompano Beach, FL**

225 117

RECEIVED, from shipper named herin, the perishable property described below in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract, in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of the contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| CA330075 | MANIS, WILLIAM, PRODUCE | | CA330075 |
| **Salesman** | | | **Ship Date** |
| | | | 01/06/2015 |
| **Buyer P.O. #** | **Destination** | | **Ship From** |
| 50730 | 101 SOUTHERN OAK DR. | | Pompano Beach, Fl. |
| **Phone** | Plant City, FL | | **Terms** |
| | 33566 | | |
| | **Driver** | | **Trailer Tag No.** |
| PQTT | JOSE SUAREZ | | 3254LF |
| **Truck Broker** | **Cell Phone** | | **State** |
| | | | OK |

| Boxes | Product |
|---|---|
| 57 | Wtmin Bin * 45ct Sdl: **Product of Guatemala** |

Approved 1.13.15

| | | **Total Pallets** | **Boxes** | 57 |
|---|---|---|---|---|

| **Inspection** | **Recorder No.** | **Chart No.** | Temperature Instructions |
|---|---|---|---|
| | 47612032 | | 50F |

**Instructions**

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freights and all other lawful charges.

**Consignee's Receipt:** I have received above perishable property in good order, except as noted

**Shippers Signature**

Signed: _____   Date 1/6/15   Time in 6:00 ☑AM/PM

**Driver's Receipt** I have received above described property in good ... **Shipper's Signature:** I hereby certify that I and my assignees are familiar with all ... terms and conditions of this bill of lading.

Signed: _____   Date 1/6/15   Time Out 4:54 AM/☑PM



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400126
**Date** 09/09/15
**Billing Phone** (630) 221-0400
**Billing Fax** ( ) -
**Shippers Ref No**
**PO** 16013
**BOL**

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** International Cold Storage - Oakland
Par
3775 NW 31st ave
Ft Lauderdale, FL 33309
(954)946-4480

**Consignee** Giant-Carlisle
1621 Industrial Lane
Carlisle, PA 17013
(717)240-7585

Origin- Pickup - International Cold Storage - Oakland Par 3775 NW 31st ave Ft Lauderdale, FL 33309 Pickup # 330088
Drop - Giant-Carlisle 1621 Industrial Lane Carlisle, PA 17013 8am appt, Giant PO# 724728, call to confirm delivery appt

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400126 | | | 01/06/15 | | 01/08/15 | | 30 Days | 10/09/2015 |
| Goods | | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 1,096.2 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,750.00 |
| Accessorial Amount | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $140.00 |

**Notes**

Please Pay This Amount $3,890.00

01/08/2015 12:14PM FAX 3052005516      E TRUCKING SERVICE INC       ☎ 0003/0004
01/08/2015 12:14   17178343288      PILOT TRAVEL CENTERS

## Load# 400126

### ABL Farms, inc.
675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-908-1112 * Fax 404-506-9051

## Bill Of Lading

**Sold To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0803

**Ship To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0803

Order No: 16913
Order: Mon 01, 2015
Ships: Mon 01, 2015
Pay Terms: 10 Days
Sale Terms: FOB

| Cust PO: 734728 Delivery: | Salesperson: Danny Lessinger Carrier: | Quantity: 615 Weight: 40040 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 4 Count Seedless Watermelons Good Delivery Guatemala | Guatemala | 615 | cn |
| | Total: | 615 | |

612
45 short

9 STH 1X73

| | |
|---|---|
| **Date:** 01/06/15 | |
| **Name of Driver:** LUIS LEDO | **Name on Truck:** E TRUCKING SOURCE |
| **Trailer Plate #:** 5705 LF | **Broker Name:** |
| **Cell Phone #:** 786-366-4517 | **Received By:** |
| Jan 07, 2015 18:09:22 | |

Page 1 of 1

01/08/2015 12:14PM FAX 3052005516    E TRUCKING SERVICE INC     ☑0004/0004
01/08/2015 11:14   17178943289     PILOT TRAVEL CENTERS

**STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON NEGOTIABLE**

**CENTRAL AMERICAN PRODUCE**
**2200 Park Central Blvd N**
**Suite 600**
**Pompano Beach, FL**

RECEIVED, these shipper named here, the perishable property described below in apparent good order and condition, except to noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, conveyed by the broker, if any, whereby the carrier shown below (the very carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract, in consideration of the rates and charges, to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, and beside to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of the contract printed or written on the forward back hereof, which are hereby agreed to by the carrier, the shipper, and the respt broker, if any.

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| CA330083 | MANIS, WILLIAM, PRODUCE | | CA330083 |
| Salesman | | | Ship Date |
| | | | 01/06/2015 |
| Buyer P.O. # | Destination | | Ship From |
| S0742 | 101 SOUTHERN OAK DR. | | Pompano Beach, FL |
| Phone | Plant City, FL | | Terms |
| | 33566 | | |
| | Driver | | Trailer Tag No. |
| E TRUCKING | LUIS LEON | | 5705LF |
| Truck Broker | Cell Phone | | State |
| | | | OK |

| Boxes | Product |
|---|---|
| 612 | Watermelon Seedless 4ct: Product of Guatemala |

612
Dull
1-8-15

| | | | Total Pallets | | **Boxes** | **812** | |
|---|---|---|---|---|---|---|---|
| Inspection | Recorder No. | Chart No. | | | Temperature Instructions | | |
| | 47624140 | | | | 50F | | |
| Instructions | | | | | | | |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

**Consignee's Receipt**   I have received above perishable property in good order, except as noted

**Shippers Signature**    Signed    Date    Time in    AM   PM
    1/6/15

**Driver's Receipt** have received above described property in good shipping condition, have verified the count and are satisfied that said shipment is loaded and properly braced.

**Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Sign    Signed    Date    Time Out    AM   PM
    1/6/15



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400170

**Date** 01/27/15

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO** 16003

**BOL** 16003

**Shipper** CENTRAL AMERICAN PRODUCE
12707 NW 42nd Ave
Opa-Locka, FL 33054
(305)769-5106

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Consignee** Rahll, Edward G., & Sons, Inc.
7460 Conowingo ave
Jessup, MD 20794
(410)799-3800

Origin- Pickup - CENTRAL AMERICAN PRODUCE 12707 NW 42nd Ave Opa-Locka, FL 33054 330269
Drop - Rahll, Edward G., & Sons, Inc. 7460 Conowingo ave Jessup, MD 20794  correct delivery

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400170 | | | 01/07/15 | | 01/09/15 | | 30 Days | 02/26/2015 |
| Goods | | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 1,118.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,800.00 |

**Notes**

**Please Pay This Amount** $3,800.00



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0603

**Ship To:**
Hapco Farms, LLC
P.O. Box 608
Riverhead, NY 11901-0603

**Order No:** 16003
**Ship:** Jan 05, 2015

| Cust PO: Rahll 16003 | Salesperson: Danny Letsinger | | Broker: | | Quantity: | 612 |
|---|---|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | | | Pallets: | 21.857 |
| Via: | Trailer Lic: | St: | | | Weight: | 39780 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| Shipper: William Manis Produce Market Location: Main | Phone: 813 759-1544 | | Pickup #: | |
| 4 Count Seedless Watermelons Good Delivery Guatemala | 612 | ctn | 21.857 | 39780 |

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

Jan 09, 2015 11:49:10



**CENTRAL AMERICAN PRODUCE, INC.**

2200 Park Central Boulevard North • Suite 600
Pompano Beach, FL 33064-2220
Telephone (954) 943-2303
Fax (954) 943-2067

# SALES 56680
# DELIVERY RECEIPT

| | | | SALESPERSON **TOM DRAKE** | DATE AND TIME OF SHIPMENT 1/07/15 16:55 |

DATE PRINTED: 1/07/15 16:55

TO:

MANIS, WILLIAM CO
P O BOX 2155

**\*P**

SHIP TO

MANIS, WILLIAM CO
101 SOUTHERN OAK DR

PLANT CITY          FL 33564
P/O# 50746

PLANT CITY          FL    33564
P/O# 50746

SALES ORDER    330269    PICKUP

| 1596 | 1/07/15 | ACL MIAMI | X | 52 | 54 NET 10 DAYS | 50746 |

| 612 | CT | 4 | WATERMELON-SEEDLESS - GUATEMALA | | | | | |
| 17 | | | PALLET CHARGES | | | | | |
| 1 | | | RYAN RECORDER 49414892 | | | | | |

4 DRNER PAD            RECEIVED!                    4
400.⁰ FOR         612 - CTNS SDLS
RE-STOCKING                    MELONS
ENTIRE LOAD
— KDS                              1/9/2015

PALLETS IN    0    PALLETS OUT    17

ALL SALES BASED ON GOOD DELIVERY STANDARDS.

Central American Produce, Inc. is to be notified of all claims in writing within 24 hours of receipt of product; otherwise, all claims are waived.

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5 (c) of PACA, 1930(7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

DB

| TRUCK BROKER | RECEIVED BY | VEHICLE LICENSE PLATE NO. | DELIVERED BY |
| PLANT CITY | | 6667 CI | RANDOLPHO |

:AP-012

NOTE: DRIVER ACCEPTS AND AGREES TO COUNT OF CARTONS SHOWN ON THIS DELIVERY RECEIPT.
NO CORRECTIONS FOR SHORTAGES WILL BE ALLOWED UPON ARRIVAL AT DESTINATION.



**NTRAL AMERICAN PRODUCE INC.**

**SALES DELIVERY RECEIPT**

**DATE PRINTED:** 1/07/15 16:55

MANIS WILLIAM CO
P O Box 2155

PLANT CITY          FL 33564
P O 50748

SALES ORDER  330269      PICKUP

| 596 | 1/07/15 | ACL MIAMI | X | 52 | 54 | NET 10 DAYS | 50746 |
|-----|---------|-----------|---|----|----|-------------|-------|

| | | | WATERMELON-SEEDLESS | | VIROLA | | | |
| 612 | C | 4 | | | | | | |
| 17 | | | FALLET CHARGES | | | | | |
| 1 | | | RYAN RECORDER | 414892 | | | | |

RECEIVED

611- CTNS SDLS
MELONS

1/9/2011

ALL SALES BASED ON GOOD DELIVERY

Central American Produce, Inc. is the seller of all perishable agricultural commodities. The perishable agricultural commodities sold are subject to the statutory trust authorized by section 5(c) of PACA 1930(7 U.S.C. 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

RECEIVED BY                    DELIVERED BY
                               RANDOL FRO

TRUCK BROKER
PLANT CITY

NOTE: DRIVER ACCEPTS AND AGREES TO COUNT
NO CORRECTIONS FOR SHORTAGES W... SE

...ONS SHOWN ON THIS DELIVERY RECEIPT
...PON ARRIVAL AT DESTINATION.



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** **400184**

**Date** **01/22/15**

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO** 16042

**BOL**

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** International Cold Storage - Oakland
Par
3775 NW 31st ave
Oakland Park, FL 33309
(954)946-4480

**Consignee** WAL-MART STORES INC. -
MACCLENNY FL
2686 COMMERCE RD
Macclenny, FL 32063

Origin- Pickup - International Cold Storage - Oakland Par 3775 NW 31st ave Oakland Park, FL 33309 330278, They are expecting you at 4pm call with ETA
Drop - WAL-MART STORES INC. - MACCLENNY FL 2686 COMMERCE RD Macclenny, FL 32063 6099730691, This must deliver on the ABL BOL

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400184 | | | 01/08/15 | | 01/09/15 | | 30 Days | 02/21/2015 |
| Goods | Description | | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 335.7 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $1,750.00 |

**Notes** **Please Pay This Amount** **$1,750.00**

**We Appreciate Your Business!**
Saturn Freight Systems Inc (SFS) - 410 Kimberly Drive - Carol Stream, IL 60188 - (Phone) (630)221-0400 - (Fax) ()-

## ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

## Bill Of Lading

**Sold To:**
WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:**
WAL-MART STOP ES INC.
2686 COMMERCE RD
MACCLENNY FL 32063
DELIVERY NUMBER

**Order No: 16042**
**Order:** Wed 01, 2015
**Ship:** Wed 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 6099/30691 | Salesperson: Danny Letsinger | | | Quantity: | 60 |
| Delivery: | Carrier: | | | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 45 Ct Seedless Watermelons Good Delivery Guatemala | Guatemala | 60 bin | |
| | Total: | 60  54 | |

DC 6099       DATE 1/9/15
PO#
FREIGHT BILL RECEIVED IN FULL ☐
TRLR#_____ O
TOT CS REC_____ S
TOT PLTS_____ O
TOTAL CASES REJECTED R_____
REASON
REC#
REC'D BY_____
DRV HELPED UNLOAD: Y

Date: _____

Name of Driver: _____      Name on Truck: _____

Trailer Plate #: _____      Broker Name _____

Cell Phone #: _____      Receive By: _____

Jan 08, 2015 10:52:52       Page 1 of 1



## ABL Farms, Inc.
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:**
WAL-MART STORES INC.
2686 COMMERCE RD
MACCLENNY FL 32063
DELIVERY NUMBER

**Order No: 16042**
**Order:** Wed 01, 2015
**Ship:** Wed 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 6099730691 | Salesperson: Danny Letsinger | | Quantity: | 60 |
| Delivery: | Carrier: | | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
| --- | --- | --- | --- |
| 45 Ct Seedless Watermelons Good Delivery Guatemala | Guatemala | 60 | bin |
| | **Total:** | **60** | |

Date: _____

Name of Driver:_____        Name on Truck:_____

Trailer Plate #: _____        Broker Name: _____

Cell Phone #: _____        Received By: _____

Jan 08, 2015 10:52:52                                         Page 1 of 1

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON NEGOTIABLE

**CENTRAL AMERICAN PRODUCE**
**2200 Park Central Blvd N**
**Suite 600**
**Pompano Beach, FL**

RECEIVED, from shipper named herin, the perishable property described below in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of the contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | Bill of Lading No. |
|---|---|---|
| CA330278 | MANIS, WILLIAM, PRODUCE | CA330278 |
| **Salesman** | | **Ship Date** 01/08/2015 |
| **Buyer P.O. #** 50811 | **Destination** 101 SOUTHERN OAK DR. | **Ship From** Pompano Beach, FL |
| **Phone** | Plant City, FL 33566 | **Terms** |
| ANDREWS FARMING | **Driver** JOE WHITAKER | **Trailer Tag No.** |
| **Truck Broker** | **Cell Phone** | **State** |

**Boxes**
54

**Product**
Wtmln Bin * 45ct Sdl: **Product of Guatemala**

**WEIGHT- 39,253**

| | | **Total Pallets** | | **Boxes** 54 | |
|---|---|---|---|---|---|
| Inspection | Recorder No 47612031 | Chart No. | | Temperature Instructions 50-52F | |

Instructions

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

**Consignee's Receipt:** I have received above perishable property in good order, except as noted

**Shippers Signature**

| Signed | Date 1/8/15 | Time in | AM PM |
|---|---|---|---|

**Driver's Receipt:** have received above described property in good shipping condition, have verified the count and am satisfied that said shipment is loaded and properly braced.

**Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

| Sign | Signed | Date 1/8/15 | Time Out | AM PM |
|---|---|---|---|---|

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON NEGOTIABLE

**CENTRAL AMERICAN PRODUCE**
**2200 Park Central Blvd N**
**Suite 600**
**Pompano Beach, FL**

RECEIVED, from shipper named herin, the perishable property described below in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of the contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| CA330278 | MANIS, WILLIAM, PRODUCE | | CA330278 |
| **Salesman** | | | **Ship Date** |
| | | | 01/08/2015 |
| **Buyer P.O. #** | **Destination** | | **Ship From** |
| 50811 | 101 SOUTHERN OAK DR. | | Pompano Beach, FL |
| **Phone** | Plant City, FL | | **Terms** |
| | 33566 | | |
| | **Driver** | | **Trailer Tag No.** |
| ANDREWS FARMING | JOE WHITAKER | | |
| **Truck Broker** | **Cell Phone** | | **State** |

**Boxes**
54

**Product**
Wtmln Bin * 45ct Sdl: **Product of Guatemala**

**WEIGHT- 39,253**

| | | **Total Pallets** | | **Boxes** | 54 | |
|---|---|---|---|---|---|---|
| Inspection | Recorder No. | Chart No. | | Temperature Instructions | | |
| | 47612031 | | | 50-52F | | |
| Instructions | | | | | | |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall *not* make delivery without payment of freight and all other lawfull charges.

**Consignee's Receipt:** I have received above perishable property in good order, except as noted

| **Shippers Signature** | **Signed** | **Date** | **Time in** | AM PM |
|---|---|---|---|---|
| | | 1/8/15 | | |

**Driver's Receipt:** have received above described property in good shipping condition, have verified the count and am satisfied that said shipment is loaded and properly braced

**Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

| **Sign** | **Signed** | **Date** | **Time Out** | AM PM |
|---|---|---|---|---|
| | | 1/8/15 | | |

```
TAXID
710415188
#/NS
#/NS              303
DRIVE SAFE    61279709
WALMART DC
MACCLENNY FL
```

```
REG  01-09-2015 09:31
              6099-000036

DEPT02
CHECK         $50.00
              $50.00
```

Andrews
Paid
Lumper



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

| | |
|---|---|
| **Invoice / Pro Number** | **400198** |
| **Date** | **05/13/15** |
| **Billing Phone** | (630) 221-0400 |
| **Billing Fax** | ( ) - |
| **Shippers Ref No** | 16009 |
| **PO** | 330241 |
| **BOL** | 16009 |

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** International Cold Storage - Oakland Par
3775 NW 31st ave
Ft Lauderdale, FL 33309
(954)946-4480

**Consignee** Junior's Produce Co Inc
438 Hunts Point Avenue, Bronx
Bronx, NY 10474
(718)991-7300

Origin- Pickup - International Cold Storage - Oakland Par 3775 NW 31st ave Ft Lauderdale, FL 33309 16009 call to confirm product ready time 8am-8pm FCFS
Drop - F and S Produce 913 BRIDGETON AVE Rosenhayn, NJ 08352 Deliver # 225370 MUST deliver on ABL BOL
Drop - Junior's Produce Co Inc 438 Hunts Point Avenue, Bronx Bronx, NY 10474 rejected melons

| Load ID | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 400198 | | 01/12/15 | | 01/16/15 | | 30 Days | 06/12/2015 |

| Goods | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|---|
| | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| Contracted Flat Cartage Amount | 1,279.9 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $4,000.00 |
| Accessorial Amount | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $900.00 |

**Notes**

**Please Pay This Amount**    **$4,900.00**

*813 George*
*755 1544*
*Jerry*

## ABL Farms, Inc.

•LETSINGER•
FARMS™

675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-508-9051

## Bill Of Lading

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No:** 16009
**Order:** Mon 01, 2015
**Ship:** Mon 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 225370 | Salesperson: Danny Letsinger | Quantity: | 60 |
| Delivery: | Carrier: Saturn Freight Systems, Inc. | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
| --- | --- | --- | --- |
| 45 Ct Seedless Watermelons Good Delivery Guatemala | Guatemala | 60 bin | |
| | Total: | 60 | |

*OkBy*
*1088*

*40 BINS*
*Rejected 1-15-15*

*G 1602397*

*JUNIORS PRODUCE INC* '15 JAN 16 12:01AM
*438 HUNTS POINT AVE*
*BRONX NY 10474* 9AM 1/16/2015
*40 BINS under reject 1/14/2015*

| Date: | |
| --- | --- |
| Name of Driver: | Name on Truck: |
| Trailer Plate #: | Broker Name: |
| Cell Phone #: | Received By: |

Jan 13, 2015 10:08:44         Page 1 of 1



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** **400199**

**Date** **02/03/15**

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO** 16050

**BOL** 16050

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** International Cold Storage - Oakland Par
3775 NW 31st ave
Ft Lauderdale, FL 33309
(954)946-4480

**Consignee** F and S Produce
913 BRIDGETON AVE
Rosenhayn, NJ 08352
(856)453-0316

Origin- Pickup - International Cold Storage - Oakland Par 3775 NW 31st ave Ft Lauderdale, FL 33309 50802 8am-8pm FCFS call to confirm product ready
Drop - F and S Produce 913 BRIDGETON AVE Rosenhayn, NJ 08352 MUST deliver on ABL BOL

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400199 | | | 01/09/15 | | 01/12/15 | | 30 Days | 03/05/2015 |
| Goods | | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 1,146.4 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $4,000.00 |

**Notes**

Please Pay This Amount    $4,000.00



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No:** 16050
**Ship:** Jan 08, 2015

| Cust PO: 225526 | Salesperson: Danny Letsinger | | Broker: | | Quantity: | 1122 |
|---|---|---|---|---|---|---|
| Delivery: Jan 12, 2015 | Carrier: Saturn Freight Systems, Inc. | | | | Pallets: | 0 |
| Via: | Trailer Lic: | St: | | | Weight: | 0 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| **Shipper: William Manis Produce Market Location: Main** | **Phone: 813 759-1544** | | **Pickup #:** | |
| 9 Count Caribbean Gold Cantaloupes | 1122 | ctn | | |

FLAT RATE 4000.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

Feb 04, 2015 18:16:03

3



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No:** 16050
**Ship:** Jan 08, 2015

| Cust PO: 225526 | Salesperson: Danny Letsinger | Broker: | Quantity: | 1122 |
|---|---|---|---|---|
| Delivery: Jan 12, 2015 | Carrier: Saturn Freight Systems, Inc. | | Pallets: | 0 |
| Via: | Trailer Lic:            St: | | Weight: | |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| Shipper: William Manis Produce Market Location: Main | Phone: 813 759-1544 | | Pickup #: | |
| 9 Count Caribbean Gold Cantaloupes | 1122 | ctn | | |

*Approved 1-12-15*

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

4/4



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400246

**Date** 09/09/15

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO** 330395

**BOL** 16011

**Shipper** CENTRAL AMERICAN PRODUCE
12707 NW 42nd Ave
Opa-Locka, FL 33054
(305)769-5106

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Consignee** F and S Produce
913 BRIDGETON AVE
Rosenhayn, NJ 08352
(856)453-0316

Origin- Pickup - CENTRAL AMERICAN PRODUCE 12707 NW 42nd Ave Opa-Locka, FL 33054 PU# 330395 call to check load ready time
Drop - F and S Produce 913 BRIDGETON AVE Rosenhayn, NJ 08352 1234 Delivery 225372 Must deliver with ABL BOL. Call set
delivery appt

| Load ID | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 400246 | | 01/12/15 | | 01/14/15 | | 30 Days | 10/09/2015 |

| Goods | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|---|
| | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| Contracted Flat Amount | 1,167.6 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,400.00 |

**Notes** | | | | | | Please Pay This Amount | $3,400.00 |



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
F & S Produce Co , Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave
Rosenhayn, NJ 08352

**Order No:** 16011
**Ship:** Jan 06, 2015

| Cust PO: 225372 | Salesperson: Danny Letsinger | Broker: | Quantity: | 60 |
|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | Pallets: | 60 |
| Via: | Trailer Lic: St: | | Weight: | 43200 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| **Shipper: ABL FARMS, INC**   **Location: MAIN** | Phone: 404 608 1112 | | Pickup #: | |
| 45 Ct Seedless Watermelons Good Delivery Guatemala | 60 | bin | 60 | 43200 |
| | 57 | | 57 | bin |



rec'd 1·14·15

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

# Delivery Deviation Charge Sheet

**F&S** Produce Co., Inc.

Freshness and Safety are Our Commitment

**DATE** 1 /4. 15
**Vendor** ABL
**Carrier** NewStar Way
**PO #** 225372
**Item** Watermelon

| | | RATE | Quantity | Total |
|---|---|---|---|---|
| Rescheduled Appointment | Prior | $0.00 | | |
| | After | $75.00 | | |
| Late Arrival with no call | | $150.00 | 1 | 150.00 |
| Weekend / OT unloading | Labor/Hr. | $50.00 | | |
| Restacking Pallets | Per Pallet | $50.00 | | |
| Floor Unloading | Quoted per Occurrence | | | |
| Missing Documentation No Po# on Paperwork No Seal | Per Occurrence | $25.00 | | |

| Total Charges | | | | $150.00 |
|---|---|---|---|---|

**Driver Signature** _____

**Loader** _____

**Supervisor** _____

**COM Check #** _____

**Invoice Deduction**     Yes     No

**Driver Paid Cash**     Yes

F & S Production Co. Inc.
Phoenix, Ariz
Ticket 4.

Ticket No. 26502
Time/Date In   :   05/06/01 10:25 PM
Wait In State : 3
Time/Date Out  :   05/06/01 10:57/11 PM
Wait Out Scale : 1

Account No: 16505
Account Name:
HEL FARM.

PO Number: 22537
Operator: F&S Sweet Oil.

Product: WALEPP ID.
Grade: Theonuriano

Truck P
3rd z Weight..:      448 lb
Tare Weight...:      400 lb
Truck Tare....:        0 lb
Dunnage Tare..:        0 lb
Container Tare:        0 lb
Net Weight... :       48 lb

tare 17 prin/dusts to 448 lb
new net wght=38 lb
avg weight 2 lb

Notes:
Product Type:

F & S Produce - final one value added
products from the coleslaw produce.



# F&S Produce Co Inc
Rosenhayn, NJ
Plant #:

## Ticket#: 22369
Time/Date In    : 1/14/2015 Vs02:71 HH
Weigh In Scale : 2
Time/Date Out  : 1/14/2015 V:57:11 HH
Weigh Out Scale : 2

Account ID#: 102303

Po Number: 22S3/2
Quantorface Receiving

Product: WATERMELON
Grade: Unspecified

Truck #:

| | | |
|---|---|---|
| Gross Weight..: | 79440 | lb |
| Tare Weight...: | 36240 | lb |
| Truck Tare....: | 0 | lb |
| Dunnage Tare..: | 0 | lb |
| Container Tare: | 0 | lb |
| Net Weight....: | 43200 | lb |

tare 57 bin/pld776 lbs43x2 lbs
new net wt:=28860 lbs
avg wt=602 lbs

Memo:
Product Name

F&S Produce - Wholesaler Value added
products from the freshest produce.



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

| | |
|---|---|
| **Invoice / Pro Number** | **400280** |
| **Date** | **02/03/15** |
| **Billing Phone** | (630) 221-0400 |
| **Billing Fax** | ( ) - |
| **Shippers Ref No** | 16074 |
| **PO** | 16074 |
| **BOL** | 16074 |

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** Delightful Quality PRoduce
2380 North Apache Blvd
agri packing #2
Nogales, AZ 85621
(520)281-0329

**Consignee** C.H. Robinson Worldwide, Inc.
8425 Carbide Ct
Sacramento, CA 95811
(800)323-0481

Origin- Pickup - Delightful Quality PRoduce 2380 North Apache Blvd Nogales, AZ 85621 16074 13132
Pickup - KLONDIKE COLD STORAGE INC 450 W GOLD HILL RD Nogales, AZ 85621 6732142
Drop - C.H. Robinson Worldwide, Inc. 8425 Carbide Ct Sacramento, CA 95811 42500 7am-7pm FCFS

| Load ID | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 400280 | | 01/13/15 | | 01/14/15 | | 30 Days | 03/05/2015 |

| Goods | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|---|
| | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 929.1 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,100.00 |

**Notes**

Please Pay This Amount  **$3,100.00**



# ABL Farms, Inc.
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

**Ship To:**
C.H. Robinson Worldwide, Inc.
8425 Carbide Ct
Sacramento CA
US

**Order No:** 16074
**Order:** Mon 01, 2015
**Ship:** Mon 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** DEL

---

**Cust PO:** 6730538
**Delivery:**

**Salesperson:** Danny Letsinger
**Carrier:** Saturn Freight Systems, Inc.

**Quantity:** 42500
**Weight:** 30600000

---

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 45 Ct Seedless Watermelon Good Delivery Mexico | Mexico | 42500 | bin |
| | **Total:** | 42500 | |

57 Bin watermelons
48 case Papaya-caliman 11/9 bu
1 Pallet.





JAN 14 2015
RECEIVING

**Date:** 01/13/15

**Name of Driver:** SUROIT

**Trailer Plate #:** 5301

**Cell Phone #:** 916-320-3712
Jan 13, 2015 11:27:38

**Name on Truck:** Time XPRESS

**Broker Name:** Satun Freight.

**Received By:** _____



# BILL OF LADING

**Coliman Pacific Corp.**
**4151 W. Lindbergh Way**
**Chandler AZ 85226**

**Klondike Cold Storage**
450 West Gold Hill Road
Nogales AZ 85621

**Order No : 1601A**
**Po : 6732142**
**Load Number :**



## WAREHOUSE CUSTOMER COPY

**Customer**
C.H. Robinson Worlwide, Inc.
20860 N. Tatum Blvd.
Phoenix AZ

**Destination**
C.H. Robinson Worlwide, Inc.
20860 N. Tatum Blvd.
Phoenix AZ

**Loaded at**
Klondike
450 West Gold Hill Road
Nogales AZ 85621

Date Ship : 01/13/2015 16:40
Delivery Date :
Min Temp : 50
Max Temp : 55
Recorder :
Truck Co :
Truck Name : Time Express
Truck Plates : 4KX7224 CA
Driver Name :
Driver License :

_____
**Loaded by**

_____
**Driver/Receiver Signature**

| Loaded | Description | Region | Aprox. Wgt |
|--------|-------------|--------|------------|
| 48 | Papaya . . Coliman 1 1/9 bu | Mexico | 1,200.0 Lb |

**Notes**

**48 Boxes Loaded**

Aprox Weight 1,200.0 Lb

* This trailer has been inspected for cleanliness, odor and debris _____

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any) whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subjects only to the terms and conditions of the contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

 **Warehouse Integrity Program**





PHYSICAL ADDRESS
2420 N. Frank Redd Rd.
Nogales, AZ 85621

Warehouse Phone (520) 761-3815
Warehouse Fax (520) 761-3612
Sales Phone (480) 355-1388

**SOLD TO:**

Southern Melon Distributors, Inc.
675 Seminole Ave NE Ste 103
Atlanta, GA 30307 USA

**SHIP TO:**

Atlanta, GA

Maintain Temperature at: 48-48  Temp. Loaded at  48
**CONSIGNEE Ph.** 404 410-4067  **Fax:**

SHIPPING MANIFEST  **BILL OF LADING NO**
ADDRESS ALL MAIL TO:  F13132-01
**Delightful Quality Produce**
4856 E. Baseline Rd.
Suite 104  Ph.: (480) 355-1388
Mesa, AZ 85206  Fax: (480) 355-1401

Time out: 15:54
**SALES PERSON**  FELIX, JOSE MANUEL
**DATE SHIPPED:**  1/13/2015
**P.O. NUMBER:**
**SALES TERMS:**  FOB Nogales, AZ
**PAYMENT TERMS.**  10 days from date of shipment

**TRUCK**  **TIME EXP**
**LICENSE NO.:**  4KT7224  CA

| Order | Shipped | DESCRIPTION | PRICE | EXTENSION |
|-------|---------|-------------|-------|-----------|
| 1 | 1 | SEEDLESS WATERMELON BINS 3'S | DQP | |
| | | 679 Pounds | | |
| 19 | 19 | SEEDLESS WATERMELON BINS 4'S | DQP | |
| | | 13,543 Pounds | | |
| 12 | 12 | SEEDLESS WATERMELON BINS 5'S | DQP | |
| | | 8,260 Pounds | | |
| 25 | 25 | SEEDLESS WATERMELON BINS 6'S | DQP | |
| | | 16,494 Pounds | | |
| 57 | 57 | | | |

**Product From Mexico**

Notice to subsequent purchaser or repacker These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1)the March 4, 2015 Suspension Agreement between the United States Department of Commerce and certain tomato growers. 2)any subsequent amendments, clarifications or modifications thereof, and 3)certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are P.A.C.A. Prompt. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid in the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorneys' fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated

RECEIVED BY

IF USDA ARRIVAL IS REQUESTED PLEASE DENOTE SHIPPING POINT POSITIVE LOT INSPECTION NUMBER THE ABOVE MERCHANDISE RECEIVED IN GOOD CONDITION AND HAVE VERIFIED COUNT, NO COMPLAINTS WILL BE ACCEPTED 8 HOURS AFTER RECEIPT OF MERCHANDISE.



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

**Ship To:**
C.H. Robinson Worldwide, Inc.
8425 Carbide Ct
Sacramento CA
US

**Order No:** 16074
**Ship:** Jan 12, 2015

| Cust PO: 6730536 | Salesperson: Danny Letsinger | | Broker: | | Quantity: | 42500 |
|---|---|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | | | Pallets: | 42500 |
| Via: | Trailer Lic: | St: | | | Weight: | 30600000 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| **Shipper: DELIGHTFUL QUALITY PROD Location: NOGALES** | Phone: 520.281.0327 | | Pickup #: | |
| 45 Ct Seedless Watermelons Good Delivery Mexico | 42500 | bin | 42500 | 30600000 |

FLAT RATE 3100.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used fees will be paid without a new approved carrier confirmation. All policies per signed agreement.



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400348

**Date** 02/03/15

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO**

**BOL** 16096

**Shipper** CiL Shed
2300 Sugar Sweet Ave
Weslaco, TX 78596
(956)313-0805

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Consignee** G H Foods
8425 Carbide Court
Sacramento, CA 95828
(916)638-8825

Origin- Pickup - CiL Shed 2300 Sugar Sweet Ave Weslaco, TX 78596  call for directions, P U# 1781
Drop - G H Foods 8425 Carbide Court Sacramento, CA 95828  7:30am-3:30pm MUST deliver on ABL BOL

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400348 | | | 01/15/15 | | 01/19/15 | | 30 Days | 03/05/2015 |
| Goods | | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Cartage Revenue | 1,987.5 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $4,800.00 |

**Notes**

Please Pay This Amount  $4,800.00



165

## ABL Farms, Inc.
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
C.H. Robinson Worldwide, Inc.
14701 Charison Road
Eden Prairie, MN 55347

**Ship To:**
C.H. Robinson Worldwide, Inc.
8425 Carbide Ct
Sacramento CA
US

**Order No: 16098**
Order: Wed 01, 2015
Ship: Thu 01, 2015
Pay Terms: 10 Days
Sale Terms: DEL

| Cust PO: 6736882 Delivery: | Salesperson: Danny Letsinger Carrier: Saturn Freight Systems, Inc. | Quantity: | 60 |
|---|---|---|---|
| | | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | 60 | bin |
| | Total: | 60 | |

RECEIVED
JAN 19 2015

THIS BILL OF LADING
SHALL BE DEEMED TO
BE PROOF OF DELIVERY BY
CHEEMA TRUCK LINES
(CARRIER)

Date: _____
Name of Driver: _____
Trailer Plate #: _____
Cell Phone #: _____
Jan 16, 2015 09:18:35

Name on Truck: _____
Broker Name: _____
Received By: _____

Page 1 of 1

Printing Date/Time:                    **CHAMPIONS PRODUCE**            Page No. 1 of 1
01/15/2015 11:09:07 AM                    Shipping Manifest

Invoice Number:000001781                                              Printed By:RCHASE
Customer PO #:16096                                                   Warehouse:Default Warehouse

| SOLD TO | SHIP TO |
|---|---|
| ABL FARMS | ABL FARMS |
| 309 JOHNSON RD SUITE 160 | 309 JOHNSON RD SUITE 160 |
| FOREST PARK, GA  30297-2888 | FOREST PARK, GA  30297-2888 |
| USA | USA |
| PHONE# (404) 608-1112 | PHONE# (404) 608-1112 |

| Salesperson | Customer ID ABL (000001) | Order Date 01/15/2015 | Shipped Date 01/15/2015 | Ship Via |
|---|---|---|---|---|

| Item Code | Item Description | UOM | Shipped Quantity |
|---|---|---|---|
| 117 | Watermelon Seedless 36ct Bin Mexico | BN | 19.00 |
| 28 | Watermelon Seedless 28ct Mexico | BN | 40.00 |

$36'5$
$cw15-098=7$
$cw15-095=12$
$\overline{19}$

$285$
$cw15-093=7$
$cw15-091=13$
$cw15-095=4$
$cw15-098=16$
$\overline{40}$

**THIS BILL OF LADING
SHALL BE DEEMED TO
BE PROOF OF DELIVERY BY
CHEEMA TRUCK LINES
(CARRIER)**

**Special Messages:**

Direct All Inquiries To:
CHAMPIONS PRODUCE
PO BOX 680591
HOUSTON, TX 77268-0591

Phone# (832) 606-2103
Fax# (281) 374-0645

Pallets In :          0
Pallets Out :        0
Loaded By :
>> >>    DRIVER RESPONSIBLE FOR COUNT  << <<

Drivers Signature
Trucking Company CHEEMA TRUCK LINES
Trailer Tag Number 2025  LP 4NM5C49 CM

The perishable agricultural commodities listed on this invoice are sold subject to the statulory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is

NAME: SINGH
(809) 888-9412

02/02/2015 15:50    #038 P.005/007

**Printing DateTime:**
01/18/2015 11:09:07 AM

**CHAMPIONS PRODUCE**
**Shipping Manifest**

Page No. 1 of 1

**Invoice Number:000001781**
**Customer PO #:16096**

**Printed By:RCHASE**
**Warehouse:Default Warehouse**

| SOLD TO | SHIP TO |
|---|---|
| ABL FARMS | ABL FARMS |
| 309 JOHNSON RD SUITE 160 | 309 JOHNSON RD SUITE 160 |
| FOREST PARK, GA 30297-2888 | FOREST PARK, GA 30297-2888 |
| USA | USA |
| PHONE# (404) 608-1112 | PHONE# (404) 608-1112 |

| Salesperson | Customer ID ABL (000001) | Order Date 01/15/2015 | Shipped Date 01/15/2015 | Ship Via |
|---|---|---|---|---|

| Item Code | Item Description | UOM | Shipped Quantity |
|---|---|---|---|
| 117 | Watermelon Seedless 36ct Bin Mexico | BN | 19.00 |
| 25 | Watermelon Seedless 28ct Mexico | BN | 40.00 |

$36'5$
$cw15-098=7$
$cw15-095=\dfrac{12}{19}$

$285$
$cw15-093=7$
$cw15-097=15$
$cw15-095=4$
$cw15-098=\dfrac{16}{40}$

**THIS BILL OF LADING
SHALL BE DEEMED TO
BE PROOF OF DELIVERY BY
CHEEMA TRUCK LINES
(CARRIER)**

**Special Messages:**

**Direct All Inquiries To:**
CHAMPIONS PRODUCE
PO BOX 680591
HOUSTON, TX 77268-0591

Phone# (632) 606-2103
Fax# (281) 374-0645

| Pallets In | 0 |
|---|---|
| Pallets Out | 0 |
| Loaded By | |

>> >>    DRIVER RESPONSIBLE FOR COUNT <<<<

Drivers Signature
Trucking Company  CHEEMA TRUCK LINES
Trailer Tag Number  2025 . LP. 41N15C49C41L

NAME: SINGH

(809) 888-9412

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is

02/02/2015  4:03PM  (GMT-06:00)

Invoice Number:000001781                                          Printed By: RCHASE
Customer PO #:16096                                               Warehouse: Default Warehouse

| SOLD TO | SHIP TO |
|---|---|
| ABL FARMS | ABL FARMS |
| 309 JOHNSON RD SUITE 160 | 309 JOHNSON RD SUITE 160 |
| FOREST PARK, GA 30297-2888 | FOREST PARK, GA 30297-2888 |
| USA | USA |
| PHONE# (404) 608-1112 | PHONE# (404) 608-1112 |

| Salesperson | Customer ID ABL (000001) | Order Date 01/15/2015 | Shipped Date 01/15/2015 | Ship Via |
|---|---|---|---|---|

| Item Code | Item Description | UOM | Shipped Quantity | | |
|---|---|---|---|---|---|
| 117 | Watermelon Seedless 36ct Bin Mexico | BN | 18.00 | | |
| 28 | Watermelon Seedless 28ct Mexico | BN | 40.00 | | |

$36'5$
$cw15 - 098 = 7$
$cw15 - 095 = 12$
$\overline{19}$

$28'5$
$cw15 - 093 = 7$
$cw15 - 097 = 13$
$cw15 - 095 = 4$
$cw15 - 098 = 16$
$\overline{40}$

**THIS BILL OF LADING
SHALL BE DEEMED TO
BE PROOF OF DELIVERY BY
CHEEMA TRUCK LINES**

(CARRIER)

**Special Messages:**

Direct All Inquiries To:
CHAMPIONS PRODUCE
PO BOX 680591
HOUSTON, TX 77268-0591

Pallets In :          0
Pallets Out :        0
Loaded By :
>> >>        DRIVER RESPONSIBLE FOR COUNT  << <<

Drivers Signature
Trucking Company  CHEEMA TRUCK LINES
Trailer Tag Number  2025 - LP 4NM5697 CM

Phone# (832) 606-2103
Fax# (281) 374-0645

MALE: SINGH
(909) 888-9412

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

**Ship To:**
C.H. Robinson Worldwide, Inc.
8425 Carbide Ct
Sacramento CA
US

**Order No:** 16096
**Ship:** Jan 15, 2015

| Cust PO: 6736882 | Salesperson: Danny Letsinger | | Broker: | | Quantity: | 60 |
|---|---|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | | | Pallets: | 60 |
| Via: | Trailer Lic: | St: | | | Weight: | 43200 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| **Shipper: ABL FARMS, INC**            **Location: MAIN** | Phone: 404 608 1112 | | Pickup #: | |
| 45 Ct Seedless Watermelons Good Delivery Mexico | 60 | bin | 60 | 43200 |

FLAT RATE 4800.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.



**Invoice / Pro Number** 400363

**Date** 04/21/15

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO** 326941

**BOL** 16104

**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** Import & Export Specialist Goodnight Int
5160 William Mills Street Door 13
Blount Island Marine Terminal
Jacksonville, FL 32226
(904)757-2963

**Consignee** Caito Foods Service, Inc.
3120 N Post Rd
Indianapolis, IN 46226
(317)879-2009

Origin- Pickup - Import & Export Specialist Goodnight Int 5160 William Mills Street Door 13 Jacksonville, FL 32226 8am-9:30am window
call 787.433.0626 to get in to the port and get the exact time that they want you.
Drop - Caito Foods Service, Inc. 3120 N Post Rd Indianapolis, IN 46226  call when loaded to set delivey times

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400363 | | | 01/17/15 | | 01/18/15 | | 30 Days | 05/21/2015 |
| Goods | | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,000.00 |
| Escort Fee | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $65.00 |

**Notes**

Please Pay This Amount    $3,065.00





## ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Ship To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Order No: 16104**
**Order:** Thu 01, 2015
**Ship:** Thu 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** FOB

| Cust PO: 852121 Delivery: | Salesperson: Danny Letsinger Carrier: | | Quantity: Weight: | 560 |
|---|---|---|---|---|

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| Pineapples BOX 8 Count Good Delivery GOLD | Costa Rica | 560 | box |
| | **Total:** | **560** | |

$\mathcal{J} \cdot \mathcal{O}t$
1-18-15

Date: _____

Name of Driver: _____    Name on Truck: _____

Trailer Plate #: _____    Broker Name: _____

Cell Phone #: _____    Received By: _____

Jan 18, 2015 10:17:34

## GOODNIGHT INTERNATIONAL, INC.  BILL OF LADING

| 2.EXPORTER(Principal or Seller-licensee and address including Zip code) | | 5.DOCUMENT NUMBER | S.A.B/L NUMBER |
|---|---|---|---|
| BOUNTY FRESH LLC. 806 DOUGLAS ROAD CORAL GABLES, FL 33134 | | | 25393 |

**6.EXPORT REFERENCES**
GNI #:25393

| 3.CONSIGNED TO | 7.FORWARDING AGENT(Name and address - references) |
|---|---|
| SEMINOLE PRODUCE DISTRIBUTING P.O BOX 4521 SANFORD, FL 32772 USA | GOODNIGHT INTERNATIONAL, INC 5160 WILLIAM MILLS STREET JACKSONVILLE, FL 32068 UNITED STATES |

**8.POINT (STATE) OF ORIGIN OR FTZ NUMBER**

| 4.NOTIFY PARTY / INTERMEDIATE CONSIGNEE(Name and address) | 9.DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| SEMINOLE PRODUCE DISTRIBUTING P.O BOX 4521 SANFORD, FL 32772 USA | TRANSFER DATE: 1/17/2015 PO #: 28092H ORDER #:326941 |

| 12.PRE-CARRIAGE BY | 13.PLACE OF RECEIPT BY PRE-CARRIER JACKSONVILLE, FL | | |
|---|---|---|---|
| 14.EXPORTING CARRIER | 15.PORT OF LOADING/EXPORT JACKSONVILLE, FL | 16.LOADING PIER/TERMINAL BLOUNT ISLAND | |
| 16.FOREIGN PORT OF UNLOADING(Vessels & air only) | 17.PLACE OF DELIVERY BY ON-CARRIER | 11.TYPE OF MOVE LAND | 11a.CONTAINERIZED(Vessel Only) [X] Yes [ ] No |
| 18.MARKS AND NUMBERS | 19.NUMBER OF PACKAGES | 20.DESCRIPTION OF COMMODITIES in Schedule B detail | 21.GROSS WEIGHT (22)MEASUREMENT (Kilos) |
| | 560 CASES | PINEAPPLES 8 PERFECT 7 PALLETS BF1005003571 | |
| **TOTALS** | 560 CASES | | |

Carrier has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act, 1984 as amended.

| Declared Value | Read clauses hereof concerning extra freight and carrier's limitations of liability. | |
|---|---|---|
| FREIGHT RATES,CHARGES,WEIGHTS AND OR MEASUREMENTS SUBJECT TO CORRECTION | PREPAID [ ] COLLECT | Received by Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement of pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port discharge or place of delivery, whichever is applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper, and or Consignee agree to accepting this Bill of Lading. IN WITNESS WHEREOF three(3) original Bills of Lading have been signed, not otherwise state above, one of which being accomplished the others shall be void. |
| | | DATED AT: 1/16/2015 BY:GOODNIGHT INTERNATIONAL INC (Agent for the Carrier) DATE: 1/16/2015 |
| **GRAND TOTAL** | | **B/L No.: 25393** |

**RECEIPT** DATE 1/17/15     **No. 410243**

RECEIVED FROM _____    $ 65.00

_____ **DOLLARS**

○ FOR RENT   Sixty five
○ FOR ____

| ACCOUNT | | ○ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY _____ |



## ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Ship To:**
Caito Foods Service, Inc.
3120 N. Post Rd.
Indianapolis, IN 46226-6514

**Order No: 16104**
**Order:** Thu 01, 2015
**Ship:** Thu 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** FOB

| Cust PO: 852121 | Salesperson: Danny Letsinger | Quantity: | 560 |
| Delivery: | Carrier: | Weight: | |

| Description | Product of | Quantity | UOM |
| --- | --- | --- | --- |
| Pineapples BOX 8 Count Good  Delivery GOLD | Costa Rica | 560 | box |
| | Total: | 560 | |

J-Ot
1-18-15

Date: _____

Name of Driver: _____

Trailer Plate #: _____

Cell Phone #: _____

Jan 18, 2015 10:17:34

Name on Truck: _____

Broker Name: _____

Received By: _____

## GOODNIGHT INTERNATIONAL, INC.    BILL OF LADING

| 2.EXPORTER(Principal or Seller-licensee and address including Zip code) | | 5.DOCUMENT NUMBER | 5A.B/L NUMBR |
|---|---|---|---|
| BOUNTY FRESH LLC.<br>806 DOUGLAS ROAD<br>CORAL GABLES, FL 33134 | | | 25393 |
| | | 6.EXPORT REFERENCES<br>GNI #:25393 | |
| 3.CONSIGNED TO<br>SEMINOLE PRODUCE DISTRIBUTING<br>P.O BOX 4521<br>SANFORD, FL 32772<br>USA | | 7.FORWARDING AGENT(Name and address - references)<br>GOODNIGHT INTERNATIONAL, INC<br>5160 WILLIAM MILLS STREET<br>JACKSONVILLE, FL 32068 UNITED STATES | |
| | | 8.POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
| 4.NOTIFY PARTY / INTERMEDIATE CONSIGNEE(Name and address)<br>SEMINOLE PRODUCE DISTRIBUTING<br>P.O BOX 4521<br>SANFORD, FL 32772<br>USA | | 9.DOMESTIC ROUTING/EXPORT INSTRUCTIONS<br>TRANSFER DATE: 1/17/2015<br>PO #: 28092H<br>ORDER #:326941 | |
| 12.PRE-CARRIAGE BY | 13.PLACE OF RECEIPT BY PRE-CARRIER<br>JACKSONVILLE, FL | | |
| 14.EXPORTING CARRIER | 15.PORT OF LOADING/EXPORT<br>JACKSONVILLE, FL | 10.LOADING PIER/TERMINAL<br>BLOUNT ISLAND | |
| 16.FOREIGN PORT OF UNLOADING(Vessels & air only) | 17.PLACE OF DELIVERY BY ON-CARRIER | 11.TYPE OF MOVE<br>LAND | 11a.CONTAINERIZED(Vessel Only)<br>[X] Yes  [ ] No |
| 18.MARKS AND NUMBERS | 19.NUMBER OF PACKAGES | 20.DESCRIPTION OF COMMODITIES in Schedule B detail | 21.GROSS WEIGHT (22)MEASUREMENT (Kilos) |
| | 560 CASES | PINEAPPLES 8 PERFECT<br>7 PALLETS BF1005003571 | |
| TOTALS | 560 CASES | | |

Carrier has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act, 1984 as amended.

| Declared Value | Read clause hereof concerning extra freight and carrier's limitations of liability. | | |
|---|---|---|---|
| FREIGHT RATES,CHARGES,WEIGHTS AND OR MEASUREMENTS SUBJECT TO CORRECTION | PREPAID \| COLLECT | Received by Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement of pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port discharge or place of delivery, whichever is applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper, and or Consignee agree to accepting this Bill of Lading. IN WITNESS WHEREOF three(3) original Bills of Lading have been signed, not otherwise state above, one of which being accomplished the others shall be void.................<br><br>DATED AT: 1/16/2015<br><br>BY:GOODNIGHT INTERNATIONAL INC<br>   (Agent for the Carrier)<br>DATE: 1/16/2015 | |
| GRAND TOTAL | | | B/L No.: 25393 |

**RECEIPT** DATE 1/17/15     No. 410243

RECEIVED FROM _____     $ 65.00

_____ DOLLARS

○ FOR RENT   Sixty five
○ FOR _____

| ACCOUNT | | ○ CASH |
|---------|---|---|
| PAYMENT | | ○ CHECK   FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD   BY _____ |



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

| | |
|---|---|
| **Invoice / Pro Number** | **400423** |
| **Date** | **09/09/15** |
| **Billing Phone** | (630) 221-0400 |
| **Billing Fax** | ( ) - |
| **Shippers Ref No** | |
| **PO** | 16093 |
| **BOL** | 16093 |

**Bill To**
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** International Cold Storage - Oakland Par
3775 NW 31st ave
Oakland Park, FL 33309
(954)946-4480

**Consignee** F and S Produce
913 BRIDGETON AVE
Rosenhayn, NJ 08352
(856)453-0316

Origin- Pickup - International Cold Storage - Oakland Par 3775 NW 31st ave Oakland Park, FL 33309 8am-8pm FCFS PU 144228
Drop - F and S Produce 913 BRIDGETON AVE Rosenhayn, NJ 08352 call when loaded, Must deliver on ABL BOL (225687)

| Load ID | | Start Date | Delivery Date | Terms | Due Date |
|---|---|---|---|---|---|
| 400423 | | 01/19/15 | 01/21/15 | 30 Days | 10/09/2015 |

| Goods | Description | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|
| | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,300.00 |

**Notes**

| Please Pay This Amount | $3,300.00 |
|---|---|





**ABL Farms, Inc.**     ATT: Hansel
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
F & S Produce Co., Inc.
P.O. Box 489
Rosenhayn, NJ 08352

**Ship To:**
F & S Produce Co., Inc.
913 Bridgeton Ave.
Rosenhayn, NJ 08352

**Order No: 16093**
**Order:** Thu 01, 2015
**Ship:** Thu 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 225687 Delivery: | Salesperson: Danny Letsinger Carrier: Saturn Freight Systems, Inc. | Quantity: 60 Weight: 43200 |
|---|---|---|

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | ~~60~~ bin | |
| | Total: | ~~60~~ | |

648 c.s Received ?

Approved 1-21-15

Date: _____

Name of Driver: _____

Trailer Plate #: _____

Cell Phone #: _____

Jan 20, 2015 11:10:17

Name on Truck: _____

Broker Name: _____

Received By: _____

Page 1 of 1

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
CLASSIC FRUIT COMPANY
5480 West Spruce Avenue, Suite 101
Fresno CA 93722
Phone: (559) 271-9200
Fax: (559) 271-9211
(559) 271-9200

**Ship:** Monday, January 19, 2015     **Order #:** 144228
**Load:** Monday, January 19, 2015 15:  **Cust PO:** 5087
**Out:**                                **Terms:** FOB
**Divr By:**                          **Slsprsn:** Troy Harman
**Driver:** HANSEL CALUO         **Truck Lic:**
**Driver Lic:**                       **Trailer Lic:** 8844CS FL

**To (Consignee):**
MANIS, WILLIAM PRODUCE MARKETING
PO BOX 2155
PLANT CITY FL 33564-2155

**Destination:**    **Telephone:** (813) 759 1544
MANIS, WILLIAM PRODUCE MARKETING
101 SOUTHERN OAK DR.
PLANT CITY FL 33564-2155

Page 1 of 1

**Carrier:** MABRAND CARRIERS       **Carrier Arranged By:**         **Temp Degrees F.**   **Low:** 50    **High:** 50
                                      **Truck Brkr:**                 **Ship Via:** Truck   **Loaded At:** POMPANO BEACH
                                                      **Ship Charges Paid By:**

**Reporting Instructions:**

648   Watermelon Seedless Carton 04's Guatemala

648

**Inspection:**        **Recorder No:**          **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

| RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any. | | |
|---|---|---|
| **Shipper:** _____ | | **Date** _____ |
| **Carrier:** _____ <br> Received above in good shipping condition and verified count. | | **Date** _____ |
| **Consignee:** _____ <br> Received above perishable property in good order, except as noted. | | **Date** _____ |

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
CLASSIC FRUIT COMPANY
5480 West Spruce Avenue, Suite 101
Fresno CA 93722
Phone: (559) 271-9200
Fax: (559) 271-9211
(559) 271-9200

**To (Consignee):**
MANIS, WILLIAM PRODUCE MARKETING
PO BOX 2155
PLANT CITY FL 33564-2155

| | |
|---|---|
| **Ship:** Monday, January 19, 2015 | **Order #:** 144228 |
| **Load:** Monday, January 19, 2015 15: | **Cust PO:** 5087 |
| **Out:** | **Terms: FOB** |
| **Divr By:** | **Sispren:** Troy Harman |
| **Driver:** HANSEL CALUO | **Truck Lic:** |
| **Driver Lic:** | **Trailer Lic:** 8844CS FL |

**Destination:**    **Telephone:** (813) 759 1544
MANIS, WILLIAM PRODUCE MARKETING
101 SOUTHERN OAK DR.
PLANT CITY FL 33564-2155

Page 1 of 1

**Carrier:** MABRAND CARRIERS     **Carrier Arranged By:**     **Temp Degrees F.**   **Low:** 50    **High:** 50
                                  **Truck Brkr:**               **Ship Via:** Truck    **Loaded At:** POMPANO BEACH
                                                             **Ship Charges Paid By:**

**Reporting Instructions:**

| | | |
|---|---|---|
| 648 | Watermelon Seedless Carton 04's Guatemala | |
| 648 | | |

**Inspection:**       **Recorder No:**       **Chart No:**

**Loading Instructions:**

**Delivery Instructions:**

**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

| **Shipper:** | _____ | **Date** _____ |
|---|---|---|
| **Carrier:** | _____ | **Date** _____ |
| | Received above in good shipping condition and verified count. | |
| **Consignee:** | _____ | **Date** _____ |
| | Received above perishable property in good order, except as noted. | |



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400462
**Date** 02/10/15
**Billing Phone** (630) 221-0400
**Billing Fax** ( ) -
**Shippers Ref No**
**PO**
**BOL** 16119

**Shipper** ABL SHED (SEITZ)
600-900 orange ave
Edinburg, TX 78542
(956)358-1921

**Bill To**
ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Consignee** G H Foods
8425 Carbide Court
Sacramento, CA 95828
(916)844-1140

Origin- Pickup - ABL SHED (SEITZ) 600-900 orange ave Edinburg, TX 78542  PU# 1793, 8am-10pm Call for directions(956-358-1921)
Drop - G H Foods 8425 Carbide Court Sacramento, CA 95828  Must deliver on ABL BOL, call when loaded to set delivery time 7am-7pm
FCFS

| Load ID | | Start Date | Delivery Date | Terms | Due Date |
|---|---|---|---|---|---|
| 400462 | | 01/20/15 | 01/28/15 | 30 Days | 03/12/2015 |

| Goods | Description | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|
| | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| Contracted Flat Amount | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $5,000.00 |
| Accessorial Amount | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $500.00 |

**Notes**                                    **Please Pay This Amount**    $5,500.00



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

**Ship To:**
C.H. Robinson Worldwide, Inc.
8425 Carbide Ct
Sacramento CA
US

**Order No:** 16109
**Ship:** Jan 17, 2015

| Cust PO: NEED | Salesperson: Danny Letsinger | | Broker: | | Quantity: | 60 |
|---|---|---|---|---|---|---|
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | | | Pallets: | 60 |
| Via: | Trailer Lic: | St: | | | Weight: | 43200 |

| Description | | | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|---|---|
| **Shipper: ABL FARMS, INC** | **Location: MAIN** | | **Phone: 404 608 1112** | | **Pickup #:** | |
| 45 Ct Seedless Watermelons Good Delivery Mexico | | | 60 | bin | 60 | 43200 |

FLAT RATE 5000.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

Invoice Number: 000001793
Customer PO #: 16109

Printed By: RCHASE
Warehouse: Default Warehouse

| SOLD TO: | SHIP TO: |
|---|---|
| ABL FARMS | ABL FARMS |
| 309 JOHNSON RD SUITE 160 | 309 JOHNSON RD SUITE 160 |
| FOREST PARK, GA 30297-2888 | FOREST PARK, GA 30297-2888 |
| USA | USA |
| PHONE# (404) 608-1112 | PHONE# (404) 608-1112 |

| Salesperson | Customer ID | Order Date | Shipped Date | Ship Via |
|---|---|---|---|---|
| | ABL (000001) | 01/20/2015 | 01/21/2015 | |

| Item Code | Item Description | UOM | Shipped Quantity |
|---|---|---|---|
| 117 | Watermelon Seedless 36ct Bin Mexico | BN | 38.00 |
| 116 | Watermelon Seedless 45ct bin Mexico | BN | 6.00 |
| 28 | Watermelon Seedless 28ct Mexico | BN | 5.00 |
| 118 | Watermelon seedless 60ct bin Mexico | BN | 11.00 |

49360

JAN 2015

**Special Messages:**

| | |
|---|---|
| Direct All Inquiries To: | Pallets In: 0 |
| CHAMPIONS PRODUCE | Pallets Out: 0 |
| PO BOX 680591 | Loaded By: |
| HOUSTON, TX 77268-0591 | >>.>> DRIVER RESPONSIBLE FOR COUNT <<<< |
| | Drivers Signature |
| Phone# (832) 606-2103 | Trucking Company |
| Fax# (281) 374-0645 | Trailer Tag Number |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400469

**Date** 02/10/15

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No**

**PO**

**BOL** 16109

**Shipper** ABL SHED (SEITZ)
600-900 orange ave
Edinburg, TX 78542
(956)358-1921

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Consignee** G H Foods
8425 Carbide Court
Sacramento, CA 95828
(916)638-8825

Origin- Pickup - ABL SHED (SEITZ) 600-900 orange ave Edinburg, TX 78542  PU# 1792, 8am-10pm Call for directions(956-358-1921)
Drop - G H Foods 8425 Carbide Court Sacramento, CA 95828  Must deliver on ABL BOL, call when loaded to set delivery time 7am-7pm
FCFS

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400469 | | | 01/20/15 | | 01/23/15 | | 30 Days | 03/12/2015 |

| Goods | Description | | | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|---|---|
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| Contracted Flat Amount | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $5,000.00 |

**Notes**

**Please Pay This Amount**     **$5,000.00**



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

**Ship To:**
C.H. Robinson Worldwide, Inc.
8425 Carbide Ct
Sacramento CA
US

**Order No:** 16109
**Ship:** Jan 17, 2015

| Cust PO: NEED | Salesperson: Danny Letsinger | | Broker: | | Quantity: | 60 |
| Delivery: | Carrier: Saturn Freight Systems, Inc. | | | | Pallets: | 60 |
| Via: | Trailer Lic: | St: | | | Weight: | 43200 |

| Description | | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|---|
| **Shipper: ABL FARMS, INC** | **Location: MAIN** | **Phone: 404 608 1112** | | **Pickup #:** | |
| 45 Ct Seedless Watermelons Good Delivery Mexico | | 60 | bin | 60 | 43200 |

FLAT RATE 5000.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

24749



## ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

**Ship To:**
C.H. Robinson Worldwide, Inc
8425 Carbide Ct
Sacramento CA
US

**Order No: 16109**
**Order:** Fri 01, 2015
**Ship:** Sat 01, 2015
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: NEED | Salesperson: Danny Letsinger | Quantity: | 60 |
| Delivery: | Carrier: Saturn Freight Systems, Inc. | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | 58 bin | |
| | Total: | | |

58 50
58

JAN 23 2015

| Date: | | |
|---|---|---|
| Name of Driver: David ncey | Name on Truck: USkO |
| Trailer Plate #: | Broker Name: |
| Cell Phone #: | Received By: |

Jan 20, 2015 13:59:21                 Page 1 of 1

From:

24749

**CHAMPIONS PRODUCE**
**Shipping Manifest**

Page No. 1 of 1

Invoice Number:000001792
Customer PO #:16108

**Printed By:MPETRO**
**Warehouse:Default Warehouse**

| SOLD TO | SHIP TO |
|---|---|
| ABL FARMS | ABL FARMS |
| 309 JOHNSON RD SUITE 160 | 309 JOHNSON RD SUITE 160 |
| FOREST PARK, GA  30297-2888 | FOREST PARK, GA  30297-2888 |
| USA | USA |
| PHONE# (404) 608-1112 | PHONE# (404) 608-1112 |

| Salesperson | Customer ID ABL (000001) | Order Date 01/20/2015 | Shipped Date 01/20/2015 | Ship Via |
|---|---|---|---|---|

| Item Code | Item Description | UOM | Shipped Quantity |
|---|---|---|---|
| 117 | Watermelon Seedless 36ct Bin Mexico | BN | 58.00 |

**Special Messages:**

| Direct All Inquiries To: | | |
|---|---|---|
| CHAMPIONS PRODUCE | Pallets In : | 0 |
| PO BOX 680591 | Pallets Out : | 0 |
| HOUSTON, TX 77268-0591 | Loaded By : | |
| | >> >>    DRIVER RESPONSIBLE FOR COUNT  << << | |
| | Drivers Signature | |
| Phone# (832) 606-2103 | Trucking Company  USKO | |
| Fax# (281) 374-0645 | Trailer Tag Number | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

| | |
|---|---|
| **Invoice / Pro Number** | **400499** |
| **Date** | **02/10/15** |
| **Billing Phone** | (630) 221-0400 |
| **Billing Fax** | ( )  - |
| **Shippers Ref No** | 7013379141 |
| **PO** | 121670 |
| **BOL** | 16111 |

**Shipper** Houston Refrigeration Logistics
8050 Harrisburg blvd
Houston, TX 77002
(713)928-9940

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Consignee** WALMART DC CASA GRANDE
58 South Thornton Road
Casa Grande, AZ 85193
(520)836-4500

Origin- Pickup - Houston Refrigeration Logistics 8050 Harrisburg blvd Houston, TX 77002 7013379141 Ready now, call with ETA 121670
Drop - WALMART DC CASA GRANDE 58 South Thornton Road Casa Grande, AZ 85193 7:15 appt Must Deliver on ABL BOL,
PO#7013379141 (61463668)

| Load ID | | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| 400499 | | | 01/21/15 | | 01/24/15 | | 30 Days | 03/12/2015 |
| Goods | | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
| | | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,300.00 |
| Lumper Fee | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $50.00 |

**Notes**

**Please Pay This Amount**  **$3,350.00**



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# CARRIER CONFIRMATION

**Sold To:**
WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:**
WAL-MART STORES INC.
868 W PETERS RD
CASA GRANDE AZ 85193
DELIVERY NUMBER 61463668 / 7:15am

**Order No:** 16111
**Ship:** Jan 19, 2015

| Cust PO: 7013379141 | Salesperson: Danny Letsinger | | Broker: | | | Quantity: | 60 |
|---|---|---|---|---|---|---|---|
| Delivery: Jan 23, 2015 | Carrier: Saturn Freight Systems, Inc. | | | | | Pallets: | 60 |
| Via: | Trailer Lic: | St: | | | | Weight: | 43200 |

| Description | Quantity | UOM | Pallets | Weight |
|---|---|---|---|---|
| **Shipper: ABL FARMS, INC**      **Location: MAIN** | **Phone: 404 608 1112** | | **Pickup #:** | |
| 45 Ct Seedless Watermelons Good Delivery Mexico | 60 | bin | 60 | 43200 |

FLAT RATE 3300.00

PODs to be sent to docs@ablfarms.com within 24 hours. Non Compliance will cause a reduction
in rate by $100, followed by an additional $25 each 24 hour period thereafter.
All loads must deliver and be signed on ABL Bill of ladings. No detentions, layovers, or truck not used
fees will be paid without a new approved carrier confirmation. All policies per signed agreement.

Trailer Control Record

@ Home    📄 Report

**TRAILER CONTROL RECORD: 743026**    **DC#: DC 7013**

| 293069 | GRSG | 61463668 | 01/23/2015 07:15 | 01/23/2015 07:29 |
|--------|------|----------|------------------|------------------|
| TRAILER# | CARRIER | DELIVERY# | APPT TIME | ARRIVAL D/T |

## ARRIVAL INFORMATION

| | | | INTACT: N |
|---|---|---|---|
| **INBOUND SEAL#:** NS | | **SEALED AT GATE:** Y | |
| **AP ASSOCIATE:** oOmoral | | **CURRENT SEAL#:** 25948414 | |
| **ACTUAL REEFER TEMPS:** | **ZONE1:** 50 | **ZONE2: ZONE3:** | **REEFER FUEL LEVEL:** 50% |
| **SET REEFER TEMPS:** | **ZONE1:** 48 | **ZONE2: ZONE3:** | |

## RECEIVING OFFICE

**DROP:** N **DRIVER UNLOAD:** N    **COMMODITY:** SCPR    **TRACTOR#:** 801144 **DELIVERY COMMENTS:** 2 L/L MDI

## RECEIVING DOCK

| **DOOR#:** | 304 | **ASSIGNED BY:** 592 | | **CLOSED BY:** | 060 |
|---|---|---|---|---|---|
| | | **DRIVER ARRIVAL AT WINDOW:** | 01/23/2015 07:51 | **UNLOAD END TIME:** | 01/23/2015 13:20 |
| **UNLOADER:** | 235 ,592 | **UNLOAD START TIME:** | 01/23/2015 13:19 | **PAPERWORK AVAILABLE AT WINDOW:** | 01/23/2015 13:25 |

**TRAILER EMPTY:** N    (IF NO,COMPLETE RETURN FIELDS)

## RETURN/TRANSFER

**RETURN CONTENTS:**    **REASON:**
**DESCRIPTION:**

F
-

**SEAL**

SEAL#: 25948414

**RECI**

TRAILER RELEASED BY#: ceward

**OUTBOU**

**AP ASSOCIATE:**
**REEFER TEMPS:**    ZONE1:    ZONE

Export to PDF



| Equip ID | 293069 | Status | AP |
|---|---|---|---|
| Equip Arrival | 01/23/15 0729 | Temp1 | 50 |
| Carrier | GRSG | Temp2 | |
| Seal | NS | Temp3 | |
| Reefer | 25948414 | Fuel Lvl | 50 |
| Door/Zone | APPOINTMENT | Dept | SCPR |
| Del Date | 01/23/15 0715 | Type | 53' NON Center Wall |

I have read and understand the posted copy of Seal – Mart's Appointment / Drop Rules and Regulations
Driver Signature



Delivery# 61463668    DC 7013



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

**Sold To:**
WAL-MART STORES INC.
655 UNISIA DRIVE
MONROE GA 30655

**Ship To:**
WAL-MART STORES INC.
868 W PETERS RD
CASA GRANDE AZ 85193
DELIVERY NUMBER 61463668 /
7:15am

**Order No: 16111**
Order: Mon 01, 2015
Ship: Mon 01, 2015
Pay Terms: 10 Days
Sale Terms: DEL

| Cust PO: 7013379141 | Salesperson: Danny Letsinger | | Quantity: | 60 |
| Delivery: Jan 23, 2015 | Carrier: Saturn Freight Systems, Inc. | | Weight: | 43200 |

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 45 Ct Seedless Watermelons Good Delivery Mexico | Mexico | 60 | bin |
| | Total: | 60 | |



Date: _____

Name of Driver: __Gina Ray__

Trailer Plate #: _____

Cell Phone #: __470-399-8145__

Name on Truck: _____

Broker Name: _____

Received By: _____

Jan 21, 2015 16:20:57

STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

# CRESCENT
### — FRUIT & VEGETABLE —
P.O. Box 2069 EDINBURG, TX 78540 P.H. (956) 383-2737
FAX (956)383-1413

Trucker: Note carefully the delivery date and call instructions. If not arrived by delivery time call consignee or shipper collect. Failure to call may cause the loss of your freight.

| Order Number | Consignee | A. GEORGE HEIMOS, PRODUCE CO INC | Bill of Lading No. |
|---|---|---|---|
| 121670 | | 32-42 PRODUCE ROW | 121670 |
| Salesperson | | SAINT LOUIS MO 63102-1496 | Ship Date |
| BERRY, CLAUDIE | | | 1/21/2015 |

| Customer P.O.# | Destination | A. GEORGE HEIMOS, PRODUCE CO INC | Ship From |
|---|---|---|---|
| 7845 | | 32-42 PRODUCE ROW | HOUSTON GROCER |
| Phone No. | | SAINT LOUIS MO 63102-1496 | Terms |
| (314) 231-3788 | | | FOB |

| Carrier | Driver | Truck Broker |
|---|---|---|

| Tractor License | State | Trailer License | State |
|---|---|---|---|

Reporting Instructions
Weight

| Commodity | Variety | Style | Size | Label | COUNTRY OF ORIGIN | Shipped |
|---|---|---|---|---|---|---|

WATERMELON SEEDLESS 24" 2/3BIN 45 CT CRESCENT FRUIT
HONDURAS          **60 bins**

**48°**

Reefers: Maintain Onions at 48 degrees F and Watermelons at 65 degrees F.
Flatbeds: Properly tarp and secure load to prevent shifting and exposure to elements.
Vented Vans: Maintain well-vented and ensure appropriate routes are taken to prevent exposure

All Carriers must protect cargo without fail from weather, water exposure, extreme heat and freezing.

Broker, forwarder, or its agent certifies that any TRU equipment hired or furnished will be in compliance with the in-use requirements of California's TRU .CARB regulations.

Total Weight:

Total Shipped:
**60 bins**

| Inspection | Recorder No. | Chart No. | Temperature Instructions: | Please see note above |
|---|---|---|---|---|

| Loading Instructions | | Delivery Instructions | |
|---|---|---|---|

| Billing Instructions | | Carrier arranged for by: | Charges paid by: |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Receipt: I have received above perishable property in good order, except as noted:

Signed _____ Date 1-21-15 Time          AM PM

Driver's Receipt: I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced:

Time Out

DRIVER'S SIGNATURE_____

Page 1 of 1



**YOUR RECEIPT**
**THANK YOU**
**CALL AGAIN**

WAL MART
DC 7013
CASA GRANDE, AZ 85222

REG   01-23-2015  14:14
LG               7013-000041

DEPTO1                    $50.00
CHECK                    $50.00



**Remit to** Saturn Freight Systems Inc
410 Kimberly Drive
Carol Stream, IL 60188

**Invoice / Pro Number** 400751

**Date** 09/09/15

**Billing Phone** (630) 221-0400

**Billing Fax** ( ) -

**Shippers Ref No** 90485

**PO** 7071158

**BOL** 16230

**Bill To**

ABL Farms Inc
309 Johnson Rd, Ste 160
Forest Park, GA 30297

**Shipper** Port Manatee
1600 tiny point rd
Palmetto, FL 34221
(954)316-5382

**Consignee** Price Chopper
501 Duanesburg Road
Schenectady, NY 12306
(518)355-5000

Origin- Pickup - Port Manatee 1600 tiny point rd Palmetto, FL 34221 90485 8am-7pm FCFS 7071158
Pickup - Aaron Letsinger Farm 6101 County rd. 136 Live Oak, FL 32060 call with eta. 16230
Drop - F and S Produce 913 BRIDGETON AVE Rosenhayn, NJ 08352 unloading you now, call when unloaded!!
Drop - Price Chopper 501 Duanesburg Road Schenectady, NY 12306 90485 Make sure you deliver with the ABL BOL

| Load ID | | Start Date | | Delivery Date | | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 400751 | | 02/04/15 | | 02/07/15 | | 30 Days | 10/09/2015 |

| Goods | Description | | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|---|
| | | | .00 | .00 | .0 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Pallets | Rate | Charges |
|---|---|---|---|---|---|---|---|
| BS Freight Revenue | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $3,500.00 |
| Contracted Flat Amount | 0.0 | 0.00 | 0.0 | .0 | 0.0 | 0.00 | $600.00 |

**Notes**

**Please Pay This Amount** $4,100.00

## Straight Bill of Lading for Exempt Commodities - Original Non-Negotiable

| Shipper: | | |
|---|---|---|
| QUALITY FRESH FARMS, INC. | **Ship Date:** 07/16/2015 | **Order #:** 398270 |
| 2416 W. Shaw Ave, #114 | **Out:** | **Cust PO:** 7010574301 |
| Fresno, CA 93711 | **Deliver By:** 07/18/2015 | **Terms:** Delivered |
| (559) 447-8788 | **Driver:** DANIEL | **Salesperson:** GURDEEP |
| Fax: (559) 473-1491 | **Driver Lic:** | **Truck Lic:** WP54286 CA |
| | **Driver Phone:** | **Trailer Lic:** |

| To (Consignee): | | Destination: | Telephone: |
|---|---|---|---|
| WAL-MART | | Walmart 7010 | |
| 1108 SE 10th Street | | 20131 Met Road | |
| Bentonville, AZ 72716 | | New Caney, TX 77357 | |
| | | USA | |

| Carrier: | Ship Charges Paid By: Shipper | Temp Degrees F. Low: 45    High: 55 |
|---|---|---|
| Truck Broker: SATURN FREIGHT SYSTEMS, INC. | | Loaded At: QUALITY FRESH FARMS |
| | | 32104 W. CONEJO AVE, CANTUA CREEK CA |

| Quantity Shipped | Description | Label | Country of Origin | Gross Weight |
|---|---|---|---|---|
| 54 | SEEDLESS WATRMELON WALMARTBIN 45CHEP | QPF | USA | 40,620 |



Seal #: 3621640

**Total Wt:** 40,620

**54 Total Packages**    **Inspection:**    Reorder #: 65029793    Chart #:

Drop Off Instructions:    # of CHEP Pallets: 54

Delivery Instructions:

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and unto delivery to the consignee except when the loss, damage or delay is caused by an act of God, act of public enemy or by an act of omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any, in the event the Carrier fails to an transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agree that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could effect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months or delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a privately effective cargo insurance policy in at least the amount of $35,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the back or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker, if any

**Shipper:** _____    Date: 7-16-15

Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

**Driver:** _____    Date: 7-16-15

**Consignee:** _____    Date: _____

Copy 1

07/23/2015    12:15PM (GMT-05:00)

WMW-1246 Rev. 01/15

## GROCERY CLAIMS NOTIFICATION FORM

☐ Carrier Claim     ☑ Vendor Claim

DC #: 2010

DATE: 072215

DELIVERY #: 64714907

PO #: 7010521301

VENDOR NAME: Quality Fresh

INSPECTED BY: Miles

CARRIER: QFFI

TRAILER #: 2280

INBOUND SEAL #: 3621642

VENDOR #: 48183854:

| Reason Code (O/S/D/R) | Item #/Description | Vendor Stock # | Quantity (O/S/D/R) | Quantity Received |
|---|---|---|---|---|
| R | 9425541/wmelon | 4032 | ( | 5J |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments: Damage

Exception Reason for Supplier Claims: ☑ SWIT    ☐ SLC    ☐ STC    ☐ Seal Intact    ☐ Signed for Pallet

Temperature Recorder on Truck? ☑ Yes    ☐ No

Pulp Temperature:    Required / Actual
       45-70/ 60

Reason Code: O13—Cartons over Freight Bill, O31—Problem Freight, O32—RTV, S10—Short Vendor, S11—Short Carrier>$100, S12—Short Carrier<$100, S13—Short Vendor, S29—Concealed Shortage, D10—Damage Vendor, D11—Damage Carrier>$100, D12—Damage Carrier<$100, D13—Damage Vendor SLC, D29—Damage Concealed, R10—Reject Vendor, R11—Reject Carrier

MGR INITIALS D7

07/23/2015  12:15PM (GMT-05:00)

## Straight Bill of Lading for Exempt Commodities - Original Non-Negotiable

**Shipper:**
QUALITY FRESH FARMS, INC.
2416 W. Shaw Ave. #114
Fresno, CA 93711
(559) 447-6788
Fax: (559) 473-1491

**Ship Date:** 07/16/2015
**Out:**
**Deliver By:** 07/18/2015
**Driver:** PHILOME
**Driver Lic:**
**Driver Phone:** 6784582737

**Order #:** 398268
**Cust PO:** 7010574251
**Terms:** Delivered
**Salesperson:** GURDEEP
**Truck Lic:** WP54287 CA
**Trailer Lic:**

**To (Consignee):**
WAL-MART
1108 SE 10th Street
Bentonville, AZ 72716

**Destination:**
Walmart 7010
20131 Met Road
New Caney, TX 77357
USA

**Telephone:**

**Carrier:** CARGO CARRIER    **Ship Charges Paid By:** Shipper
**Truck Broker:** SATURN FREIGHT SYSTEMS, INC.

**Temp Degrees F. Low:** 45    **High:** 55
**Loaded At:** QUALITY FRESH FARMS
32104 W. CONEJO AVE. CANTUA CREEK CA

| Quantity Shipped | Description | Label | Country of Origin | Gross Weight |
|---|---|---|---|---|
| 52 | SEEDLESS WATRMELON WALMARTBIN 48CHEP | QFF | USA | 41,080 |

```
DO 7010              (v: 07-22 15
PO#
FREIGHT WILL RECEIVED IN FULL
TRLR#                          
TOT C: REC
fOT FLTG
TOTAL CASES REJECTED
REASON
REC#
RECD BY
DRV HELPED
                        Total Wt    41,060
```

**Seal #: 3621628**

**52 Total Packages**    **Inspection:**    **Reorder #:** 65029811    **Chart #:**

**# of CHEP Pallets:** 52

**Drop Off Instructions:**

**Delivery Instructions:**

**Comment Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage or delay is caused by an act of God, act of public enemy or by an act of omission of the shipper or consignee.

2. The Carrier agrees to transport property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and delivery the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities applicable to the transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other party of this shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that the shipment is covered by a presently effective cargo insurance policy in at least the amount of $25000.00 and that adequate coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of the contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent, it is acknowledged that the shipper or consignee has relied on the Truck Broker in providing adequate and satisfactory transportation service, and that the Truck Broker admits to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission or any failure to fully perform and comply with the terms of this agreement

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker, if any.

**Shipper:** _____    **Date:** 7-16-1_
Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

**Driver:** _____    **Date:** _____
_Received above in good shipping condition and wanted count._

**Consignee:** _____    **Date:** _____
_Received above perishable property in good order, except as noted._
Copy 1

07/23/2015    12:15PM (GMT-05:00)