| Number | Transaction Date | Original | | Balance Due | | Due Date | Days Late | Term |
|---|---|---|---|---|---|---|---|---|
| FC23214914 | 31-Dec-14 | $ | 1,124.47 | $ | 1,124.47 | 31-Dec-14 | 232 | IMMEDIATE |
| 23752595 | 11-Dec-14 | $ | 2,021.44 | $ | 2,021.44 | 15-Jan-15 | 217 | STANDARD |
| 99324990 | 18-Nov-14 | $ | 4,121.76 | $ | 4,121.76 | 15-Dec-14 | 248 | STANDARD |
| 22289343 | 4-Nov-14 | $ | 5,296.97 | $ | 5,296.97 | 15-Dec-14 | 248 | STANDARD |
| 23752141 | 31-Oct-14 | $ | 2,522.90 | $ | 2,522.90 | 15-Dec-14 | 248 | STANDARD |
| 23751960 | 20-Oct-14 | $ | 4,020.78 | $ | 4,020.78 | 15-Nov-14 | 278 | STANDARD |
| 22289104 | 16-Oct-14 | $ | 3,132.55 | $ | 3,132.55 | 15-Nov-14 | 278 | STANDARD |
| 22289047 | 13-Oct-14 | $ | 1,138.50 | $ | 1,138.50 | 15-Nov-14 | 278 | STANDARD |
| 22289048 | 13-Oct-14 | $ | 1,346.49 | $ | 1,346.49 | 15-Nov-14 | 278 | STANDARD |
| 22289010 | 9-Oct-14 | $ | 1,789.85 | $ | 1,789.85 | 15-Nov-14 | 278 | STANDARD |
| 22288976 | 7-Oct-14 | $ | 2,545.46 | $ | 2,283.26 | 15-Nov-14 | 278 | STANDARD |
| 99324272 | 6-Oct-14 | $ | 4,928.61 | $ | 4,928.61 | 15-Nov-14 | 278 | STANDARD |
| 22288901 | 2-Oct-14 | $ | 694.83 | $ | 694.83 | 15-Nov-14 | 278 | STANDARD |
| 22288889 | 2-Oct-14 | $ | 5,379.78 | $ | 5,379.78 | 15-Nov-14 | 278 | STANDARD |
| 22288850 | 30-Sep-14 | $ | 5,417.79 | $ | 5,417.79 | 15-Nov-14 | 278 | STANDARD |
| 22288288 | 25-Aug-14 | $ | 11,615.81 | $ | 11,615.81 | 15-Sep-14 | 339 | STANDARD |
| 22288019 | 8-Aug-14 | $ | 13,305.60 | $ | 805.60 | 15-Sep-14 | 339 | STANDARD |
| | | | | $ | 57,641.39 | | | |

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011



# Invoice          **22288019**

| Invoice Date | 08/08/2014 |
|---|---|
| Due Date | 09/15/2014 |
| Customer ID | xxx  7116 |
| Shipping Loc. | 1 |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:**  STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

**Comments:** Stefanik

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 330.000 | GAL | Telone C-35 (110 Gal)(Gal) | 40.32  /GAL | 13,305.60 |

| | |
|---|---|
| Sub Total | 13,305.60 |
| **Amount Due** | **13,305.60** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.     Yes    No
**ABL FARMS INC**

# Invoice          **22288019**

Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

# (Alachua (FL)) Helena Chemical Co.

**12614 NW 77 Terrace/PO Box 428  Alachua FL 32616**

HELENA

| | |
|---|---|
| **Date** | 08/08/2014 |
| **Time** | 9:11:00 AM |
| **Customer ID** | xxx  7116 / xxxxxx -7789 |
| **Customer PO#** | |
| **Salesperson** | 3750 |
| **Shipping Via.** | HELENA CHEMICAL TRUCK |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307

**Ship To:**  STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060

**Comments:** Stefanik

| Quantity | Description | EPA Registration # | Load Amount | Unit Price |
|---|---|---|---|---|
| 330.000  GAL | Telone C-35 (110 Gal)(Gal) | 62719-302 Restricted | 3.000  BLK | |

*DROP @ IRRigation well peR StEFANik*
*t. Roger*

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

Recommendation Was Made By or Provided to the Seller.    Yes   No

Received by: _____    Date: **8/8/14**

PURCHASER ACKNOWLEDGES AND AGREES TO THE TERMS AND CONDITIONS OF SALE NOTED ON THE REVERSE SIDE HEREOF.

**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

**Load Copy**

**22288019**
Customer Copy

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011

# Invoice                    22288850

| | |
|---|---|
| Invoice Date | 09/30/2014 |
| Due Date | 11/15/2014 |

Customer ID        xxx 7116

Shipping Loc.        1

**Bill To:**    ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:**    STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

**Comments:** Mayo Fert direct shipment 9/2

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 19.955 | TON | Fert 8-0-8 w/O Chlorine (Bulk Ton) | 270.00  /TON | 5,387.85 |
| 19.955 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00  /TON | 19.96 |
| 19.955 | TON | Nitrogen Fertilizer Tonnage Tax | .50  /TON | 9.98 |

|  | |
|---|---|
| Sub Total | 5,417.79 |
| **Amount Due** | **5,417.79** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.    Yes    No
**ABL FARMS INC**

# Invoice        22288850

Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

| | |
|---|---|
| **From:** | Ross, Cindy |
| **Sent:** | Tuesday, September 02, 2014 2:27 PM |
| **To:** | 'Keith Shaw' |
| **Cc:** | 'Anthony adams'; 'troy@mayofertilizer.com' |
| **Subject:** | FW: Liquid Fert Order |

Please use PO xxx0417 for this order   -  Goes with Helena invoice 22288850

**From:** Ross, Cindy
**Sent:** Tuesday, September 02, 2014 2:16 PM
**To:** 'Keith Shaw'
**Cc:** 'troy@mayofertilizer.com'; 'Anthony adams'
**Subject:** Liquid Fert Order

ABL Farms 386-688-1165 Stefanik in Live Oak– 4000 gals of 8-0-8 no chlorine

Will send PO # as soon as I receive new PO's

*Thank you and have a great day!*

*Cindy Ross*
*Office Coordinator*
*Helena Chemical Company*
*Alachua, FL*
*PH: 386-462-4157*
*FAX: 386-462-7011*

1

**Mayo Fertilizer, Inc**
7344 US Hwy 90
Lee FL 32059
1-850-971-9979

**Invoice**                    **321856**

| | |
|---|---|
| Invoice Date | 09/02/2014 |
| Due Date | 10/02/2014 |
| Customer ID | Hel1 |
| Customer P.O. | xxx 0417 |
| Shipping Loc. | Lee |
| Tons | 19.955 |
| Ticket(s) | 68749 |

Bill To:   Helena Chemical
225 Schilling Blvd
Suite 300
Collierville, TN 38017

Ship To:   Helena Chemical Alachua
Alachua, FL

For ABL Farms Inc

**Comments:** 8-0-8 No Chlorine del. by Jason

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 39910.000 | Lbs | 8-0.0-8 — 19.955 | 260.00 /Tons | 5,188.30 |

F8 0832

/ 6R
G/30

Terms: AS NOTED ABOVE          PLEASE CALL WITH ANY BILLING ISSUES
UPON RECEIPT 386-294-2024

| | |
|---|---|
| Sub Total | 5,188.30 |
| **Amount Due** | **5,188.30** |

Remit To:  Mayo Fertilizer, Inc
P O Box 357
Mayo FL 32066
Phone #: 1-800-556-6296

Helena Chemical                **Invoice**          **321856**

**(Alachua (FL)) Helena Chemical Co.**
**12614 NW 77 Terrace/PO Box 428**
**Alachua FL 32616**
**386-462-4157  Fax: 386-462-7011**

**Invoice      -      22288889**

| | |
|---|---|
| **Invoice Date** | 10/02/2014 |
| **Due Date** | 11/15/2014 |
| **Customer ID** | xxx 7116 |
| **Shipping Loc.** | 1 |

**Bill To:**   ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:**   STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

**Comments:** Mayo Fertilizer direct shipment 9/25

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 19.815 | TON | Fert 8-0-8 w/O Chlorine (Bulk Ton) | 270.00  /TON | 5,350.05 |
| 19.815 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00  /TON | 19.82 |
| 19.815 | TON | Nitrogen Fertilizer Tonnage Tax | .50  /TON | 9.91 |

| | |
|---|---|
| Sub Total | 5,379.78 |
| **Amount Due** | **5,379.78** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.    Yes   No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

**Invoice            22288889**

| | |
|---|---|
| **From:** | Ross, Cindy |
| **Sent:** | Thursday, September 25, 2014 2:59 PM |
| **To:** | 'Keith Shaw' |
| **Cc:** | 'troy@mayofertilizer.com' |
| **Subject:** | Liquid Fert Order |

Billing to ABL Farms Inc   Goes with Helena invoice 22288889

PO xxx 0447 – Wide Open Farms        – 4000 gals of 8-0-8 w/o chlorine

*Thank you and have a great day!*

*Cindy Ross*
*Office Coordinator*
*Helena Chemical Company*
*Alachua, FL*
*PH: 386-462-4157 ·*
*FAX: 386-462-7011*

**Mayo Fertilizer, Inc**
7344 US Hwy 90
Lee FL 32059
1-850-971-9979

# Invoice          321905

| | |
|---|---|
| **Invoice Date** | 09/25/2014 |
| **Due Date** | 10/25/2014 |
| **Customer ID** | Hel1 |
| **Customer P.O.** | xxx  0447 |
| **Shipping Loc.** | Lee |
| **Tons** | 19.815 |
| **Ticket(s)** | 69028 |

**Bill To:** Helena Chemical
225 Schilling Blvd
Suite 300
Collierville, TN 38017

**Ship To:** Helena Chemical Alachua
Alachua, FL

**Comments:** 8-0-8 No Chlorine del. by Jason to ABL Farms

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 39630.000 | Lbs | 8-0.0-8  – 19.815 *Tons* | 260.00 /Tons | 5,151.90 |

*F8 0832*

*✓ (R*
*| 0 / 2*

Terms: AS NOTED ABOVE          PLEASE CALL WITH ANY BILLING ISSUES
UPON RECEIPT 386-294-2024

| | |
|---|---|
| Sub Total | 5,151.90 |
| **Amount Due** | **5,151.90** |

**Remit To:** Mayo Fertilizer, Inc
P O Box 357
Mayo FL 32066
Phone #: 1-800-556-6296

**Helena Chemical**          # Invoice          321905

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157 Fax: 386-462-7011



**Invoice** • 22288901

| | |
|---|---|
| Invoice Date | 10/02/2014 |
| Due Date | 11/15/2014 |
| Customer ID | xxx 7116 |
| Shipping Loc. | 1 |

**Bill To:** ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:** STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

**Comments:** Rebilling to correct acct — *Ref original signed invoice 22288992.*

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 30.000 | LBS | Kocide 2000 (15 Lb) (Lbs) | 6.39 /LBS | 191.70 |
| 12.500 | GAL | Manzate Flowable (UPI)(2x2.5 Gal)(Gal) | 40.25 /GAL | 503.13 |

| | |
|---|---|
| Sub Total | 694.83 |
| **Amount Due** | **694.83** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.  Yes  No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

**Invoice** 22288901



**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011

**HELENA**

**Credit Memo .**            **22288899**

**Bill To:**   WIDE OPEN FARM ← *Everything for*
12431 CR 49   *Wide Open Farm*
LIVE OAK, FL 32060   *Should be billed*
US   *under DBL Farms*
*Inc.*

| | |
|---|---|
| **Invoice Date** | 10/02/2014 |
| **Due Date** | 10/02/2014 |
| **Customer ID** | xxx 1744 |
| **Shipping Loc.** | 1 |

**Ship To:**   12431 CR 49
LIVE OAK, FL 32060
US

**Comments:** Reverse Inv# 22288792 ← *was given wrong name by person*
*Picking up product. needed to be billed*
*under DBL Farms Inc.*

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| -30.000 | LBS | Kocide 2000 (15 Lb) (Lbs) | 6.39 /LBS | -191.70 |
| -12.500 | GAL | Manzate Flowable (UPI)(2x2.5 Gal)(Gal) | 40.25 /GAL | -503.13 |

*Goes with invoice 22288792*

| | |
|---|---|
| Sub Total | -694.83 |

**Credit Due**            -694.83
** DO NOT PAY **

NOTE: By acceptance of the products or services reflected in this invoice, the purchaser agrees to be bound by
all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.   Yes   No
**WIDE OPEN FARM**

**Credit Memo**            **22288899**

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011

**Invoice**  -  **22288792**

| | |
|---|---|
| Invoice Date | 09/25/2014 |
| Due Date | 09/25/2014 |
| Customer ID | xxx 1744 |

**Bill To:**  WIDE OPEN FARM
12431 CR 49
LIVE OAK, FL 32060
US

Shipping Loc.    1

**Ship To:**  12431 CR 49
LIVE OAK, FL 32060
US

*Reversed by CM22288899 - Should have been billed under ABL Farm Inc.*

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 30.000 | LBS | Kocide 2000 (15 Lb) (Lbs) | 6.39 /LBS | 191.70 |
| 12.500 | GAL | Manzate Flowable (UPI)(2x2.5 Gal)(Gal) | 40.25 /GAL | 503.13 |

Sub Total    694.83

**Amount Due**    **694.83**

*DO NOT PAY FROM this invoice.*

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

*Wesley*

Recommendation Was Made By or Provided to the Seller.    Yes    No
**WIDE OPEN FARM**

**Invoice**    **22288792**

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011

**HELENA**

## Invoice                                22288976

| Invoice Date | 10/07/2014 |
| Due Date | 11/15/2014 |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

| Customer ID | xxx 7116 |

| Shipping Loc. | 1 |

**Ship To:**  STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 450.000 | OZ | Quintec (10x30 Oz)(Oz) | 3.39 /OZ | 1,525.50 |
| 128.000 | OZ | Assail 30 SG (UPI)(8x32 Oz)(Oz) | 5.92 /OZ | 757.76 |
| 60.000 | LBS | Penncozeb 75 DF (UPI)(30 Lb)(Lbs) | 4.37 /LBS | 262.20 |

| Sub Total | 2,545.46 |
|---|---|
| **Amount Due** | **2,545.46** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153



Recommendation Was Made By or Provided to the Seller.    Yes    No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

## Invoice                                22288976

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011

**HELENA**

# Invoice

## 22289010

| | |
|---|---|
| Invoice Date | 10/09/2014 |
| Due Date | 11/15/2014 |
| Customer ID | xxx 7116 |
| Shipping Loc. | 1 |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:**  STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 10.000 | GAL | TebuStar 3.6 (2x2.5 Gal)(Gal) | 47.00 | /GAL | 470.00 |
| 128.000 | OZ | Assail 30 SG (UPI)(8x32 Oz)(Oz) | 4.95 | /OZ | 633.60 |
| 75.000 | LBS | Dipel DF (6x5 Lb)(Lbs) | 9.15 | /LBS | 686.25 |

| | |
|---|---|
| Sub Total | 1,789.85 |
| **Amount Due** | **1,789.85** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.  Yes   No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

# Invoice

## 22289010

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011

**HELENA**

## Invoice

**22289047**

| | |
|---|---|
| Invoice Date | 10/13/2014 |
| Due Date | 11/15/2014 |
| Customer ID | xxx 7116 |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

Shipping Loc.  1

**Ship To:**  STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 5.000  GAL | Inspire Super (4x1 Gal)(Gal) | 227.70  /GAL | 1,138.50 |

*Stefanik*

| | |
|---|---|
| Sub Total | 1,138.50 |
| **Amount Due** | **1,138.50** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.     Yes    No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

**Invoice**     **22289047**

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011



# Invoice

## 22289048

| | |
|---|---|
| Invoice Date | 10/13/2014 |
| Due Date | 11/15/2014 |
| Customer ID | xxx 7116 |
| Shipping Loc. | 1 |

**Bill To:** ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:** STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 3.000 | GAL | Inspire Super (4x1 Gal)(Gal) | 227.70 /GAL | 683.10 |
| 3.000 | GAL | Quadris Flowable (4x1 Gal)(Gal) | 221.13 /GAL | 663.39 |

| | |
|---|---|
| Sub Total | 1,346.49 |
| **Amount Due** | **1,346.49** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.  Yes  
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

# Invoice

## 22289048

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011



**Invoice**               **22289104**

| | |
|---|---|
| Invoice Date | 10/16/2014 |
| Due Date | 11/15/2014 |
| Customer ID | xxx 7116 |
| Shipping Loc. | 1 |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:**  STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 10.000 | GAL | Quadris Flowable (4x1 Gal)(Gal) | 221.13 /GAL | 2,211.30 |
| 75.000 | LBS | Dipel DF (6x5 Lb)(Lbs) | 9.15 /LBS | 686.25 |
| 5.000 | GAL | TebuStar 3.6 (2x2.5 Gal)(Gal) | 47.00 /GAL | 235.00 |

| | |
|---|---|
| Sub Total | 3,132.55 |
| **Amount Due** | **3,132.55** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**Invoice**               **22289104**

Recommendation Was Made By or Provided to the Seller.  Yes  No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

# (Alachua (FL)) Helena Chemical Co.
**12614 NW 77 Terrace/PO Box 428  Alachua FL 32616**

## Load Copy
Invoice

## 22289104

| **Bill To:** | ABL FARMS INC<br>675 SEMINOLE AVE<br>STE 103<br>ATLANTA, GA 30307 |
|---|---|

| Date | 10/16/2014 |
|---|---|
| Time | 4:35:00 PM |
| Customer ID | xxx 7116 /xxxx -7789 |
| Customer PO# | |
| Salesperson | 3750 |
| Shipping Via. | CUSTOMER PICK UP |

| **Ship To:** | STEFANIK<br>12431 COUNTY ROAD 49<br>LIVE OAK, FL 32060 |
|---|---|

**Comments:**

| Quantity | | Description | EPA Registration # | Load Amount | | Unit Price |
|---|---|---|---|---|---|---|
| 10.000 | GAL | Quadris Flowable (4x1 Gal)(Gal) | 100-1098 | 2.500 | CS | |
| 75.000 | LBS | Dipel DF (6x5 Lb)(Lbs) | 73049-39 | 2.500 | CS | |
| 5.000 | GAL | TebuStar 3.6 (2x2.5 Gal)(Gal) | 42750-99 | 1.000 | CS | |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

Recommendation Was Made By or Provided to the Seller.    Yes    No

Received by: _____    Date: _____

PURCHASER ACKNOWLEDGES AND AGREES TO THE TERMS AND CONDITIONS OF SALE NOTED ON THE REVERSE SIDE HEREOF.

**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

**Load Copy**

**22289104**
Customer Copy

**(Alachua (FL)) Helena Chemical Co.**
12614 NW 77 Terrace/PO Box 428
Alachua FL 32616
386-462-4157  Fax: 386-462-7011



| Invoice | 22289343 |

| Invoice Date | 11/04/2014 |
| Due Date | 12/15/2014 |

**Bill To:** ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

| Customer ID | xxx 7116 |

| Shipping Loc. | 1 |

**Ship To:** STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

**Comments:** Mayo Fertilizer direct shipment 10/6

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 19.510 | TON | Fert 8-0-8 w/O Chlorine (Bulk Ton) | 270.00  /TON | 5,267.70 |
| 19.510 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00  /TON | 19.51 |
| 19.510 | TON | Nitrogen Fertilizer Tonnage Tax | .50  /TON | 9.76 |

| Sub Total | 5,296.97 |
| **Amount Due** | **5,296.97** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.  Yes  No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

| **Invoice** | **22289343** |

**Ross, Cindy**

| | |
|---|---|
| **From:** | Ross, Cindy |
| **Sent:** | Friday, October 03, 2014 11:04 AM |
| **To:** | 'Keith Shaw' |
| **Cc:** | 'troy@mayofertilizer.com'; 'Anthony adams' |
| **Subject:** | FW: ABL / wide open farms |

PO xxx 0450 - Goes with Helena Invoice 22289343

**From:** Woodward, Ross
**Sent:** Friday, October 03, 2014 10:10 AM
**To:** Ross, Cindy
**Subject:** ABL / wide open farms

Please send 4000 gal 8-0-8 no Cl.
Cell # 386-688-1165.

Ross Woodward
Helena
PO 428
Alachua, Fl 32616
386-462-4157 office
386-462-7011 fax

**Mayo Fertilizer, Inc**
7344 US Hwy 90
Lee FL 32059
1-850-971-9979

**Invoice** — • **321943**

| | |
|---|---|
| **Invoice Date** | 10/06/2014 |
| **Due Date** | 11/05/2014 |
| **Customer ID** | Hel1 |
| **Customer P.O.** | xxx 0450 |
| **Shipping Loc.** | Lee |
| **Tons** | 19.51 |
| **Ticket(s)** | 69126 |

**Bill To:**  Helena Chemical
225 Schilling Blvd
Suite 300
Collierville, TN 38017

**Ship To:**  Helena Chemical
225 Schilling Blvd
Suite 300
Collierville, TN 38017

**Comments:** 8-0-8 No Chlorine del. by Jason to ABL Farms

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 39020.000 | Lbs | 8-0.0-8 — *19.51 Tons* | 260.00 /Tons | 5,072.60 |

*F80832*

*✓ (R*
*QQ· 11/4*

Terms: AS NOTED ABOVE
UPON RECEIPT 386-294-2024

PLEASE CALL WITH ANY BILLING ISSUES

| | |
|---|---|
| Sub Total | 5,072.60 |
| **Amount Due** | **5,072.60** |

**Remit To:** Mayo Fertilizer, Inc
P O Box 357
Mayo FL 32066
Phone #: 1-800-556-6296

Helena Chemical

**Invoice**            **321943**

CUSTOMER _____

PRESS HARD - YOU ARE MAKING 4 COPIES (PLEASE PRINT)

FOR HELP IN CHEMICAL EMERGENCIES INVOLVING SPILL, LEAK, FIRE    OR EXPOSURE CALL TOLL FREE    1-800-424-9300 DAY OR NIGHT.
ALWAYS READ AND FOLLOW LABEL INSTRUCTIONS AND WARNINGS.    MATERIAL SAFETY DATA SHEETS ARE AVAILABLE ON REQUEST.

**HELENA**

| DATE | | | CUSTOMER NO. | S | TICKET NO. | ACCT. LOC. | DEPOT | SHIP LOC. | DIV. |
|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | | | | | | | |
| 11 | 20 | 14 | | 3200 | DII- 2640150 | | | | |

DELIVERY TICKET    CUSTOMER P.O. NO. _____

THIS IS TO CERTIFY THAT THE BELOW-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**HELENA CHEMICAL COMPANY**

BILL TO    ABE Farms

R E M I T T O    INV# 23752259z

HELENA CHEMICAL LOCATION
RESTRICTED USE PESTICIDE
SALES PERMIT NUMBER (If Applicable)

AAA

SHIP TO

TERMS AND CONDITIONS OF SALE
SEE REVERSE SIDE FOR TERMS AND CONDITIONS OF SALE,
INCLUDING APPLICABLE WARRANTIES.

BILLED ON INVOICE NUMBER:

9.35

| UNITS | | PRODUCT CODE | SIZE | DESCRIPTION | **EPA or STATE REG. PROD. NO. | SEED LOT NUMBER | QUANTITY | UNIT PRICE | GAL. LB. (ETC) | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| FULL | PARTIAL | | | | | | | | | |
| 5 | | | 2x2.5 | Viathon | | | 25 | 52.35 | 91 | |
| 6 | | | 25# | 20-20-20 | | | 6 | 50.00 | Tys | |
| 1 | 1 | | 2x2.5 | Elemax ENC | | | 7.5 | 170.00 | 91 | |
| | 6 | | 8x5 | Brexil Calcium | | | 30 | 9.50 | CB | |
| | | | | Ton TAX | | | .128 | 1.00 | TN | |
| | | | | Nit TAX | | | .113 | 50 | TN. | |

| RECOMMENDATION MADE | YES ☐ NO ☒ | CERTIFIED APPLICATOR OR GROWER PERMIT NO. | *TOTAL | |
|---|---|---|---|---|

PLEASE REMIT TO
THE ABOVE ADDRESS

PURCHASER ACKNOWLEDGES AND AGREES TO THE TERMS AND CONDITIONS OF SALE NOTED ABOVE AND ON THE REVERSE SIDE HEREOF.

RECEIVED BY no one to sign    LOADED BY NR Binter 11-20-14    **For restricted use chemicals only.

* Put with other chemicals. NRB    FIELD COPY

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS.    Rev. 12/12

Placards: None

Helena Chemical Truck.

Rick Nichols

11/20/14

...und, (Manufactured Fertilizer), Solid, NOIBN
...0, Sub 5, Class 50) "Non-DOT Regulated"
...nds, (manufactured fertilizer), NOIBN, liquid.

**(Wauchula (FL)) Helena Chemical Co.**
2486 East Main Street
Wauchula FL 33873
863-773-3187  Fax: 863-773-0393

**HELENA**

# Invoice

# 23752595

| | |
|---|---|
| Invoice Date | 12/11/2014 |
| Due Date | 01/15/2015 |
| Customer ID | xxx 7116 |
| Salesperson | 3200 |
| Shipping Loc. | 1 |

**Bill To:** ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:** 2600 MAITLAND CENTER PKWY
STE 340
MAITLAND, FL 32751
US

Ticket(s)  DII-2640150

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 25.000 | GAL | Viathon (Helena)(2x2.5 Gal)(Gal) | 52.35 | /GAL | 1,308.75 |
| 6.000 | BAG | Fert 20-20-20 Multi-Purpose (PFI)(25 Lb Bag)(Bag) | 50.00 | /BAG | 300.00 |
| 7.500 | GAL | EleMax Nutrient Conc.11-8-5 (2x2.5 Gal)(Gal) | 17.00 | /GAL | 127.50 |
| 30.000 | LBS | Brexil Calcium (Ca 15%, B 0.5%)(8x5 Lb)(Lbs) | 9.50 | /LBS | 285.00 |
| .128 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00 | /TON | .13 |
| .113 | TON | Nitrogen Fertilizer Tonnage Tax | .50 | /TON | .06 |

| | |
|---|---|
| Sub Total | 2,021.44 |
| **Amount Due** | **2,021.44** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.    Yes    No
**ABL FARMS INC**
Pesticide # pv41559 mark a altman Exp. Date 12/31/2015

# Invoice

# 23752595

Rev. 12/12

# HELENA

**(Wauchula (FL)) Helena Chemical Co.**
2486 East Main Street  Wauchula, FL 33873

**Delivery Ticket**          **23735397**
Loaded

| | |
|---|---|
| Date | 10/28/2014 |
| Time | 2:30:36 PM |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307

| | |
|---|---|
| Customer ID | xxx 7116 / xxxx- -7789 |
| Customer PO# | |
| Salesperson | 3200 |
| Shipping Via. | HELENA CHEMICAL TRUCK |

**Ship To:**  2600 MAITLAND CENTER PKWY
STE 340
MAITLAND, FL 32751

Description

Ticket Type          Pickup

**Comments:**

| Quantity | | Description | EPA Registration # | Load Amount | | Unit Price |
|---|---|---|---|---|---|---|
| 30.000 | LBS | Brexil Calcium (Ca 15%, B 0.5%)(8x5 Lb)(Lbs) | | .750 | CS | |
| 30.000 | LBS | Brexil Multi (8x5 Lb)(Lbs) | | .750 | CS | |
| 5.000 | GAL | EleMax Nutrient Conc.11-8-5 (2x2.5 Gal)(Gal) | | 1.000 | CS | |
| 4.000 | BAG | Fert 20-20-20 Multi-Purpose (PFI)(25 Lb Bag)(Bag) | | 4.000 | BAG | |
| .105 | TON | State Fertilizer Ton Tax (Bulk Ton) | | .105 | BLK | |
| .075 | TON | Nitrogen Fertilizer Tonnage Tax | | .075 | | |
| 10.000 | GAL | Bravo Weather Stik (Syngenta)(2X2.5 Gal) | 50534-188-100 | 2.000 | CS | |
| 5.000 | QT | Closer SC (12x1 Qt)(Qt) | 62719-623 | .417 | QT | |
| 15.000 | GAL | Agri-Dex (Helena)(2x2.5 Gal)(Gal) | 5905-50094 | 3.000 | CS | |

Recommendation Was Made By or Provided to the Seller.   ☐ Yes ☐ No

Received by:_____   Date:_____

PURCHASER ACKNOWLEDGES AND AGREES TO THE TERMS AND CONDITIONS OF SALE NOTED ON THE REVERSE SIDE HEREOF.

**ABL FARMS INC**
Pesticide # pv41559 mark a altman Exp. 12/31/2015

**Delivery Ticket**          **23735397**

Rev. 12/12

# (Wauchula (FL)) Helena Chemical Co.

**2486 East Main Street**
**Wauchula FL 33873**
**863-773-3187 Fax: 863-773-0393**

**HELENA®**

## Invoice

## 23752141

| | |
|---|---|
| **Invoice Date** | 10/31/2014 |
| **Due Date** | 12/15/2014 |
| **Customer ID** | xxx 7116 |
| **Salesperson** | 3200 |
| **Shipping Loc.** | 1 |
| **Ticket(s)** | 23735397 |

**Bill To:** ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:** 2600 MAITLAND CENTER PKWY
STE 340
MAITLAND, FL 32751
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 30.000 | LBS | Brexil Calcium (Ca 15%, B 0.5%)(8x5 Lb)(Lbs) | 9.50 /LBS | 285.00 |
| 30.000 | LBS | Brexil Multi (8x5 Lb)(Lbs) | 8.65 /LBS | 259.50 |
| 5.000 | GAL | EleMax Nutrient Conc.11-8-5 (2x2.5 Gal)(Gal) | 17.00 /GAL | 85.00 |
| 4.000 | BAG | Fert 20-20-20 Multi-Purpose (PFI)(25 Lb Bag)(Bag) | 50.00 /BAG | 200.00 |
| .105 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00 /TON | .11 |
| .075 | TON | Nitrogen Fertilizer Tonnage Tax | .50 /TON | .04 |
| 10.000 | GAL | Bravo Weather Stik (Syngenta)(2X2.5 Gal) | 34.15 /GAL | 341.50 |
| | | EPA# 50534-188-100 | | |
| 5.000 | QT | Closer SC (12x1 Qt)(Qt) | 210.65 /QT | 1,053.25 |
| | | EPA# 62719-623 | | |
| 15.000 | GAL | Agri-Dex (Helena)(2x2.5 Gal)(Gal) | 19.90 /GAL | 298.50 |
| | | EPA# 5905-50094 | | |

| | |
|---|---|
| Sub Total | 2,522.90 |
| **Amount Due** | **2,522.90** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.     Yes     No
**ABL FARMS INC**
Pesticide # pv41559 mark a altman Exp. Date 12/31/2015

## Invoice

## 23752141

Rev. 12/12

# (Wauchula (FL)) Helena Chemical Co.
2486 East Main Street  Wauchula, FL 33873

**Delivery Ticket**   **23735309**
Loaded

| | |
|---|---|
| Date | 10/15/2014 |
| Time | 4:43:49 PM |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307

| | |
|---|---|
| Customer ID | xxx 7116 / xxxx -7789 |
| Customer PO# | |
| Salesperson | 3200 |
| Shipping Via. | HELENA CHEMICAL TRUCK |

**Ship To:**  2600 MAITLAND CENTER PKWY
STE 340
MAITLAND, FL 32751

**Description**

**Ticket Type**   Pickup

**Comments:** micheal albritton

| Quantity | | Description | EPA Registration # | Load Amount | | Unit Price |
|---|---|---|---|---|---|---|
| 2.000 | PAL | Actinovate AG (18.75 Lb Pail)(Pal) | 73314-1 | 2.000 | PAL | |
| 7.500 | GAL | Bravo Weather Stik (Syngenta)(2X2.5 Gal) | 50534-188-100 | 1.500 | CS | |
| 96.000 | LBS | Manzate Pro-Stick (UPI)(8x6 Lb)(Lbs) | 70506-234 | 2.000 | LBS | |
| 2.000 | BAG | Fert 20-20-20 Multi-Purpose (PFI)(25 Lb Bag)(Bag) | | 2.000 | BAG | |
| 7.500 | GAL | Sevin XLR Plus (TKI)(2x2.5 Gal)(Gal) | 61842-37 | 1.500 | CS | |
| 10.000 | GAL | Coron 28-0-0 AG 70% CRN (2X2.5 Gal)(Gal) | | 2.000 | CS | |
| .075 | TON | State Fertilizer Ton Tax (Bulk Ton) | | .075 | BLK | |
| .075 | TON | Nitrogen Fertilizer Tonnage Tax | | .075 | | |

Recommendation Was Made By or Provided to the Seller.  ☐ Yes ☐ No

Received by: _Delivered By Mark Altman_   Date: _10/15/14_

PURCHASER ACKNOWLEDGES AND AGREES TO THE TERMS AND CONDITIONS OF SALE NOTED ON THE REVERSE SIDE HEREOF.

**ABL FARMS INC**
Pesticide # pv41559 mark a altman Exp. 12/31/2015

**Delivery Ticket**   **23735309**

Rev. 12/12

**(Wauchula (FL)) Helena Chemical Co.**
2486 East Main Street
Wauchula FL 33873
863-773-3187 Fax: 863-773-0393



# Invoice                                    23751960

| | |
|---|---|
| Invoice Date | 10/20/2014 |
| Due Date | 11/15/2014 |
| Customer ID | xxx 7116 |
| Salesperson | 3200 |
| Shipping Loc. | 1 |
| Ticket(s) | 23735309 |

**Bill To:**
ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:**
2600 MAITLAND CENTER PKWY
STE 340
MAITLAND, FL 32751
US

**Comments:** micheal albritton

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 2.000 | PAL | Actinovate AG (18.75 Lb Pail)(Pal)<br>EPA# 73314-1 | 1,350.00 /PAL | 2,700.00 |
| 7.500 | GAL | Bravo Weather Stik (Syngenta)(2X2.5 Gal)<br>EPA# 50534-188-100 | 34.15 /GAL | 256.13 |
| 96.000 | LBS | Manzate Pro-Stick (UPI)(8x6 Lb)(Lbs)<br>EPA# 70506-234 | 4.28 /LBS | 410.88 |
| 2.000 | BAG | Fert 20-20-20 Multi-Purpose (PFI)(25 Lb Bag)(Bag) | 50.00 /BAG | 100.00 |
| 7.500 | GAL | Sevin XLR Plus (TKI)(2x2.5 Gal)(Gal)<br>EPA# 61842-37 | 53.82 /GAL | 403.65 |
| 10.000 | GAL | Coron 28-0-0 AG 70% CRN (2X2.5 Gal)(Gal) | 15.00 /GAL | 150.00 |
| .075 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00 /TON | .08 |
| .075 | TON | Nitrogen Fertilizer Tonnage Tax | .50 /TON | .04 |

| | |
|---|---|
| Sub Total | 4,020.78 |
| **Amount Due** | **4,020.78** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

Rev. 12/12

**HELENA**®

# Invoice                99324990

| | |
|---|---|
| **Invoice Date** | 11/18/2014 |
| **Due Date** | 12/15/2014 |
| **Customer ID** | xxx 7116 |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

| | |
|---|---|
| **Salesperson** | 3200 |
| **Shipping Loc.** | 1 |
| **Field ID** | 12726 |
| **Description** | 7-1-9 #12726 |
| **Tons** | 12.4 |
| **Ticket(s)** | 99297589 |

**Ship To:**  JESS LOCKE
13577 CR 103
OXFORD, FL 34484
US

**Comments:** 7-1-9 #12726  Deliver Wed 11/12

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 12.400 | Tons | 7-1-9 0.0002Mo 1.61Ca 0.01Fe 0.01Mn | 330.90 | /Tons | 4,103.16 |
| 12.400 | TON | Nitrogen Fertilizer Tonnage Tax | .50 | /TON | 6.20 |
| 12.400 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00 | /TON | 12.40 |

| | |
|---|---|
| Sub Total | 4,121.76 |
| **Amount Due** | **4,121.76** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Rev. 12/12

# HELENA®

**(Ft Pierce Fert (FL)) Helena Chemical Co.**
3630 Selvitz Rd
Fort Pierce, FL 34981 / 772-465-5616

**Consolidated Blend 99297589**
Not Loaded

Salesperson: 3200
Ordered Date: 11/10/2014
Time: 4:05 PM
Loaded Date:
Crop:
Ton: 12.3
Placement:
Applicator:
Vehicle ID:

ABL FARMS INC
407790-7789

Field ID: xxx 7116 /x 2726
Description: 7-1-9 #12726
Ship To: JESS LOCKE
13577 CR 103
OXFORD, FL 34484

Bill To: 675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307

Comments: 7-1-9 #12726  Deliver Wed 11/12       Arcadia, FL

| Product | EPA Registration # | Rate/Ton | Total |
|---|---|---|---|
| 7-1-9-0.00-0.0002-1.61-.00-.00-0.01-0.01-.00-.00 | | 2000.163 LBS | 12.301 TON |

| | N | P | K | S | Mo | Ca | Mg | Zn | Fe | Mn | Cu | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lbs Order. | 7 | 1 | 9 | | | | | | | | | |
| Blend. | 140 | 19 | 183 | | 0.0049 | 32.34 | 0.14 | 0.07 | 0.19 | 0.19 | 0.07 | 0.02 |
| Analys. | 7 | 1 | 9 | | 0.0002 | 1.61 | | | 0.01 | 0.01 | | |

| Lbs/Ton: 2000.0 | Lbs/Gal: 9.86 | Gal/Ton: 202.85 | Gal/Batch: 2495.01 | Ton/Batch: 12.300 |
|---|---|---|---|---|

12.40

**1 Total Batches**

Total Product Blended = 24600 lbs

# DELIVERY CHECK LIST

CHECK GAS & OIL - OK _____
ENGINE RUNS - OK _____
BUCKETS LIFT - OK _____
DRIVERS SIGNATURE _____
DATE _____

This ticket is shared with:

| | Regular | S-2 | S-3 |
|---|---|---|---|
| ABL FARMS INC | 100.0000 | 100.0000 | 100.0000 |

Received by: _signature_          Date: _____

PURCHASER ACKNOWLEDGES AND AGREES TO THE TERMS AND CONDITIONS OF SALE NOTED ON THE REVERSE HEREOF.

Rev. 12/12

**(Ft Pierce Fert (FL)) Helena Chemical Co.** HELENA®
3630 Selvitz Rd
Fort Pierce FL 34981

**Invoice** 99324272

| | |
|---|---|
| Invoice Date | 10/06/2014 |
| Due Date | 11/15/2014 |
| Customer ID | xxx7116 |
| Salesperson | 3200 |
| Shipping Loc. | 1 |
| Field ID | 1545 |
| Description | 6-12-6 #1545 |
| Tons | 12.97 |
| Ticket(s) | 99297194 |

**Bill To:**
ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Ship To:**
2600 MAITLAND CENTER PKWY
STE 340
MAITLAND, FL 32751
US

**Comments:** 6-12-6 #1545 Deliver Wendesday 10/1

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 12.970 | Tons | 6-12-6 0.5Ca | 378.50 /Tons | 4,909.15 |
| 12.970 | TON | Nitrogen Fertilizer Tonnage Tax | .50 /TON | 6.49 |
| 12.970 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00 /TON | 12.97 |

| | |
|---|---|
| Sub Total | 4,928.61 |
| **Amount Due** | **4,928.61** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

ABL FARMS INC **Invoice** 99324272

Rev. 12/12

**HELENA**

## (Ft Pierce Fert (FL)) Helena Chemical Co.

**Consolidated Blend 99297194**

*Handwritten: Buddy. TRK #25*

3630 Selvitz Rd
Fort Pierce, FL 34981 / 772-465-5616

Not Loaded

Salesperson: 3200
Ordered Date: 09/29/2014
Time: 3:43 PM

ABL FARMS INC
407790-7789

Field ID: xxx 7116 / 1545
Description: 6-12-6 #1545
Ship To: 2600 MAITLAND CENTER PKWY

Loaded Date:
Crop:
Ton: 13

Bill To: 675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307

STE 340
MAITLAND, FL 32751

Placement:
Applicator:
Vehicle ID:

Comments: 6-12-6 #1545 Deliver Wendesday 10/1 *DeSoto Cty*

| Product | EPA Registration # | Rate/Ton | Total |
|---|---|---|---|
| 6-12-6-0.00-0.0000-0.50 | | 2000.308 LBS | 13.002 TON |

| | N | P | K | S | Mo | Ca | Mg | Zn | Fe | Mn | Cu | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order. | 6 | 12 | 6 | | | 0.5 | | | | | | |
| Blend. | 120 | 240 | 120 | | | 10.01 | | | | | | |
| Analys. | 6 | 12 | 6 | | | 0.50 | | | | | | |

| Lbs/Ton: 2000.0 | Lbs/Gal: 9.96 | Gal/Ton: 200.81 | Gal/Batch: 2610.47 | Ton/Batch: 13.000 |
|---|---|---|---|---|

*Handwritten: 12.97*

**1 Total Batches**

**Total Product Blended = 26000 lbs**

## DELIVERY CHECK LIST

CHECK GAS & OIL - OK ____ ✓

ENGINE RUNS - OK ____ ✓

BUCKETS LIFT - OK ____

DRIVERS SIGNATURE *Buddy*

DATE *10-1-14*

**This ticket is shared with:**

| | Regular | S-2 | S-3 |
|---|---|---|---|
| ABL FARMS INC | 100.0000 | 100.0000 | 100.0000 |

Received by: *[signature]* Date: ____

PURCHASER ACKNOWLEDGES AND AGREES TO THE TERMS AND CONDITIONS OF SALE NOTED ON THE REVERSE SIDE HEREOF.

Rev. 10/12



## (Alachua (FL)) Helena Chemical Co.
**12614 NW 77 Terrace/PO Box 428**
**Alachua FL 32616**
**386-462-4157  Fax: 386-462-7011**

# Invoice          **22288288**

| | |
|---|---|
| **Invoice Date** | 08/25/2014 |
| **Due Date** | 09/15/2014 |
| **Customer ID** | xxx 7116 |

**Bill To:**  ABL FARMS INC
675 SEMINOLE AVE
STE 103
ATLANTA, GA 30307
US

**Shipping Loc.**     1

**Ship To:**  STEFANIK
12431 COUNTY ROAD 49
LIVE OAK, FL 32060
US

**Comments:** Mayo Fertilizer direct shipment 8/8

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 20.010 | TON | Fert 12-25-12-6.2S-1.4Mg-.13Zn-.25Mn-.13Cu-13B (Bu | 579.00  /TON | 11,585.79 |
| 20.010 | TON | State Fertilizer Ton Tax (Bulk Ton) | 1.00  /TON | 20.01 |
| 20.010 | TON | Nitrogen Fertilizer Tonnage Tax | .50  /TON | 10.01 |

| | |
|---|---|
| **Sub Total** | 11,615.81 |
| **Amount Due** | **11,615.81** |

NOTE: By acceptance of the products or services reflected on this invoice, the purchaser agrees to be bound by all the terms and conditions of sale set forth in this invoice, including those on the reverse side of this invoice.

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Recommendation Was Made By or Provided to the Seller.   Yes   No
**ABL FARMS INC**
Pesticide # Russell Alan Stefanik PB10916 Exp. Date 03/31/2017

# Invoice          **22288288**

**Mayo Fertilizer, Inc**
P O Box 1833
Lake City FL 32055
386-752-3155

**Invoice**                                           **253003**

| | |
|---|---|
| **Invoice Date** | 08/08/2014 |
| **Due Date** | 09/07/2014 |

**Bill To:**   Helena Chemical
225 Schilling Blvd
Suite 300
Collierville, TN 38017

| | |
|---|---|
| **Customer ID** | Hel1 |
| **Customer P.O.** | xxxx 881 |
| **Shipping Loc.** | LakeC |

**Ship To:**   Helena Chemical Alachua
Alachua, FL

| | |
|---|---|
| **Tons** | 20.01 |
| **Ticket(s)** | 68362 |

**Comments:** 12-25-12 778#/ac ABL farms/Stefanik TR#40

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40020.000 | Lbs | 12-25-12 6.2S 1.4Mg 0.13Zn 0.25Mn 0.13Cu 0.13B — 20.01 | 551.00 /Tons | 11,025.51 |
| 40020.000 | Lbs | Freight - Company Truck      tons | 8.00 /Tons | 160.08 |

759.00

need new product code

Fert 12-25-12 6.2s 1.4mg .13Zn .25mn .13cu .13B
( Bulk ton)

Terms: AS NOTED ABOVE
UPON RECEIPT 386-294-2024

PLEASE CALL WITH ANY BILLING ISSUES

G2
8/25

| | |
|---|---|
| Sub Total | 11,185.59 |
| **Amount Due** | **11,185.59** |

**Remit To:**  Mayo Fertilizer, Inc
P O Box 357
Mayo FL 32066
Phone #: 1800-556-6296

Helena Chemical                    **Invoice**              **253003**

**KILLIBREW ORDER SHEET**

**CUSTOMER:** ABL Farms

**PO #:** xxxx 881

**PHONE:**

**ANALYSIS:** 12-25-12

**MAYO FERTILIZER INC**

**ORDER DATE:** 8-7-14

**DELIVERY DATE:** 8-8-14

**DELIVERY TIME:**

**PERSON ORDERING:** Ross Woodward

**INSTRUCTIONS ABOUT MIX/AMOUNT (TONS/LBS) NEEDED:**

1 Full load 12-25-12

| | LOAD | ANALYSIS | CUSTOMER NAME | TONS | SPECIFIC INSTRUCTIONS |
|---|---|---|---|---|---|
| **HOPPER 1** | | | | | |
| **HOPPER 2** | | | | | |
| **HOPPER 3** | | | | | |
| **HOPPER 4** | | | | | |

**DIRECTIONS AND OR INSTRUCTIONS:**

Drop off at Stefanie before the
Weekend.