# Sayer, LLC

400 W. Peachtree St, NW
Suite 4-841
Atlanta, Ga 30308

ABL FARMS                                    Settlement Statement date: January 25, 2017

Re: Evergreen Farms et al v. ABL FARMS

| Date | Description | Settled Hours |
|---|---|---|
| 10/24/2016 | Review and analyze Frazier and Deeter documents (Accounting firm for ABL) [5] | 1 |
| 10/28/2016 | Met with Tim Maxwell (abl comptroller)[2] Deposition of Tim Maxwell [4.5] | 4.5 |
| 11/2/2016 | call with Danny Letsinger regarding receivables [.6]review analyze and locate bills of lading for parties [8] | 2.6 |
| 11/7/2016 | Review analyze and locate bills of lading for parties [8] | 1.5 |
| 11/8/2016 | Review and identify accounts, reconcile with identified bols [8] | 1 |
| 11/9/2016 | Review accounts of C&S [4] locate review and analyze bols and corresponding emails [6] | 1 |
| 11/11/2016 | Review, locate and identify documents for collections for Frank [6] Review locate files for Wal-Mart [2] | 1 |
| 11/14/2016 | Gather contact information for collections [3] Call with Craig Stokes and Frank Nason regarding collections [.5] Review of Wal-Mart invoices locate BOLS [6] | 1.5 |
| 11/15/2016 | Review HEB accounts and reconcile against account [2] Communication with Lancaster foods [.5] Communication with Jeff Mapan[.5] Review, Extract and analyze information from  of Wal-Mart Dispute Portal [4] Wal-Mart cross reference accounts [2] | 1 |
| 11/16/2016 | Review, locate, analyze  Wal-Mart BOLS and Invoices  [8] Communication with Jeff Mapan [.5] | 1.5 |

Settlement Time by attorney Jeff Sayer: 16.6 hours

Rate per hour: $300

Settlement Bill total: $5000