# STANFORD I O LAW GROUP LLC

*3343 Peachtree Rd, NE*
*Suite 230*
*Atlanta, GA  30326*

404-991-7300

ABL Farms Inc

Statement Date:     January 23, 2017
Statement No.                      716
Account No.                   1084.01
Page:   1

RE:  Evergreen Farms et al v. ABL Farms - PACA Trust

**Payments received after 01/23/2017 are <u>not</u> included on this statement.**

### Fees

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/2016 | SWH | Telephone call with Craig Stokes and Will Dorsey re: discovery issues. | 300.00 | 1.00 | 300.00 |
| | JMS | Telephone call with Craig Stokes and Will Dorsey re: discovery issues. | 300.00 | 1.00 | 300.00 |
| 07/07/2016 | SWH | Meeting with Frank Nason re: strategy for collecting receivables. | 300.00 | 2.00 | 600.00 |
| | PAR | NA-Review, identify, analyze Wal-Mart Invoice spreadsheet. | 125.00 | 2.50 | 312.50 |
| | JMS | Meeting with Frank Nason and Steve Hardy. | 300.00 | 1.25 | 375.00 |
| 07/12/2016 | PAR | NA-Review, identify, analyze Wal-Mart Invoice spreadsheet. | 125.00 | 2.00 | 250.00 |
| | JMS | Review Walmart invoices; Review Walmart invoices that have been paid on Ex. Paid to Supplier Spreadsheet, analyzed and compared what was sent over with what was paid. | 300.00 | 2.00 | 600.00 |
| 07/13/2016 | PAR | NA-Review, identify, analyze Wal-Mart Invoice spreadsheet. | 125.00 | 4.00 | 500.00 |
| 07/14/2016 | PAR | NA-Visit to ABL's Office headquarters to collect mail and files [3.0]; Sorted through ABL Mail [1.0]. | 125.00 | 4.00 | 500.00 |
| 07/22/2016 | PAR | NA-Review, identify, analyze Wal-Mart Invoice spreadsheet. | 125.00 | 2.50 | 312.50 |
| 07/25/2016 | JMS | Review, locate identify and analyze Walmart invoices. | 300.00 | 1.00 | 300.00 |
| 07/26/2016 | PAR | NA-Review, identify, analyze Wal-Mart Invoice spreadsheet. | 125.00 | 3.00 | 375.00 |
| 07/27/2016 | PAR | NA-Review, identify, analyze Wal-Mart Invoice spreadsheet. | 125.00 | 4.00 | 500.00 |
| 08/04/2016 | JMS | Review and draft letter correspondence to Walmart. | 300.00 | 1.00 | 300.00 |
| 08/05/2016 | JMS | Review, locate, identify and analyze Walmart invoices. | 300.00 | 1.00 | 300.00 |
| 08/10/2016 | PAR | NA-Uploading invoices into Wal-Mart Dispute Portal. | 125.00 | 3.00 | 375.00 |
| | JMS | Upload invoices into Walmart dispute portal. | 300.00 | 2.00 | 600.00 |
| 08/11/2016 | PAR | NA-Uploading invoices into Wal-Mart Dispute Portal. | 125.00 | 2.00 | 250.00 |

ABL Farms Inc
Account No.      1084.01
RE:  Evergreen Farms et al v. ABL Farm

Statement Date: 01/23/2017
Statement No.        716
Page No.          2

| Date | | Description | Rate | Hours | |
|------|------|-------------|------|-------|---|
| 08/14/2016 | PAR | VP-Matching invoice numbers with signed bills of lading. | 125.00 | 8.00 | 1,000.00 |
| 08/15/2016 | PAR | VP-Matching invoice numbers with signed bills of lading. | 125.00 | 3.00 | 375.00 |
| 08/17/2016 | PAR | VP-Matching invoice numbers with signed bills of lading. | 125.00 | 2.00 | 250.00 |
| 08/19/2016 | SWH | Monitored call with counsel for New Era re: status of case. | 300.00 | 0.20 | 60.00 |
| | PAR | VP-Matching invoice numbers with signed bills of lading. | 125.00 | 3.00 | 375.00 |
| | PAR | NA-Locate, find, review, and settle bills of lading and invoices for 3rd Party Complaints. | 125.00 | 4.00 | 500.00 |
| 08/22/2016 | PAR | NA-Match invoice numbers with signed bills of lading. | 125.00 | 3.00 | 375.00 |
| 08/23/2016 | PAR | NA-Match invoice numbers with signed bills of lading. | 125.00 | 3.00 | 375.00 |
| 08/24/2016 | PAR | NA-Match invoice numbers with signed bills of lading. | 125.00 | 2.00 | 250.00 |
| 08/25/2016 | SWH | Telephone call with Craig Stokes. | 300.00 | 1.30 | 390.00 |
| 08/30/2016 | SWH | Call with J Sayer and Craig Stokes re: depositions of the Letsingers. | 300.00 | 1.00 | 300.00 |
| | | For Current Services Rendered | | 69.75 | 11,300.00 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Steven W. Hardy | 5.50 | $300.00 | $1,650.00 |
| Jeff M. Sayer | 9.25 | 300.00 | 2,775.00 |
| Paralegal | 55.00 | 125.00 | 6,875.00 |

## Advances

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/2016 | PACER cost of document downloading and viewing of US Courts filings. | 172.50 |
| 10/19/2016 | Copies of deposition transcripts - BMO Harris Bank, N.A. v. Richert Funding, LLC et al | 3,276.00 |
| | Total Advances | 3,448.50 |
| | Total Current Work | 14,748.50 |
| | Balance Due | $14,748.50 |

## Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|------|----------|----------|----------------|----------|
| 11,300.00 | 0.00 | 3,448.50 | 0.00 | 0.00 |