**EXHIBIT 11**

New Era Produce, LLC

(573)547-4787-Fax(573) 547-4783
23150 Fashion Drive
Suite #233

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/23/2015 | 29128 |

| Bill To | Ship To |
|---------|---------|
| ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 | ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 |

| P.O. Number | Paca Prompt | Rep | Ship | Via |
|-------------|-------------|-----|------|-----|
|  | 21 days | GH | 4/23/2015 |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36,678 | Seedless Bins<br>Prod of Mexico | 90'S - 57 BINS | 0.12 | 4,401.36 |

**New Remit Address:**
**New Era Produce LLC**
**23150 Fashion Drive**
**Suite 233**
**Estero, FL 33928**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agirucltural Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

If you have questions regarding this invoice or your account please email greg@neweraproduce.com or call 239-495-5002.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH NEW ERA PRODUCE LLC. UNLESS NEW ERA PRODUCE LLC IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT. THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All mercahndise sold FOB shipping point or our place of business no grade, unless otherwise noted above. Past due accounts are subject to interest charge of 1 1/2% per month, maximum 18% per annum. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection.
Suit to enforce collection may be brought in Lee County, Florida.

**Total**   $4,401.36