**EXHIBIT 12**

New Era Produce, LLC

# Invoice

(573)547-4787-Fax(573) 547-4783
23150 Fashion Drive
Suite #233

| Date | Invoice # |
|---|---|
| 4/16/2015 | 28961 |

| Bill To | Ship To |
|---|---|
| ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 | ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 |

| P.O. Number | Paca Prompt | Rep | Ship | Via |
|---|---|---|---|---|
| 17199 | 21 days | GH | 4/16/2015 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,000 | Seedless Bins Prod of Mexico | 6'S | 9.50 | 9,500.00 |

**New Remit Address:**
New Era Produce LLC
23150 Fashion Drive
Suite 233
Estero, FL 33928

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agirucultural Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

If you have questions regarding this invoice or your account please email greg@neweraproduce.com or call 239-495-5002.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH NEW ERA PRODUCE LLC. UNLESS NEW ERA PRODUCE LLC IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT. THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All mercahndise sold FOB shipping point or our place of business no grade, unless otherwise noted above. Past due accounts are subject to interest charge of 1 1/2% per month, maximum 18% per annum. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection.
Suit to enforce collection may be brought in Lee County, Florida.

| | Total | $9,500.00 |
|---|---|---|

# Fax Send Report

| | | |
|---|---|---|
| Date/Time | : | APR-17-2015 01:15PM FRI |
| Fax Number | : | 2393905015 |
| Fax Name | : | New Era Produce |
| Model Name | : | SCX-5835_5935 Series |
| Machine Serial Number | : | Z2P3BJFFA0003DX |

| No. | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 210 | ABL/15614316292 | 04-17 01:15PM | 00'34 | G3 | 001/001 | OK |



# MOTOR CARRIER STRAIGHT BILL OF LADING
## FOR EXEMPT COMMODITIES
### Original Non-negotiable

TRUCK: License State ___ Number ___
TRAILER: 8762PD MO

SHIPPER'S NO.: ~~~~~
CARRIER'S NO.: 
20:08 PDG

(NAME AND ADDRESS OF CARRIER) GO FREIGHTLINER

SP: CESAR PACHECO

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

DATE: 4/16/15

TO: (name and address of consignee) 54910
NEW ERA PRODUCE LLC
ESTERO    FL 33928

Destination:
54910 NEW ERA PRODUCE LLC
ESTERO    FL 33928

FROM: (name and address of shipper)
GIUMARRA OF NOGALES

Loaded at: PDG PRODUCE - NOGALES

Stop-off instructions:
P.O. Number: MINI 6;S
Trk Broker :

Motor Carrier Arranged for by: CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks | Weight | Rate per | Prepaid | Amount COLLECT |
|---|---|---|---|---|---|
| 1,000 | SEEDLESS WATERMELON 6M PWM (NP) NATURE'S P PRODUCT OF MEXICO | | | | |
| 1,000 | TOTAL CASES | | | | |
| | 20 CHEP PALLETS | | | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS.
_____ Carrier Initials

CHARGES TO BE PAID BY
☐ Shipper  ☐ Receiver

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of
$ _____

(Signature of Consignor)

## REFRIGERATION INSTRUCTIONS:
Recorder In Truck ☐ Yes ☐ No  Serial No. _____
Pulp Temperature When Loaded ___ Del'd ___
Temperature Range To Be Maintained  low 50  high 50

|  | Date | Time |
|---|---|---|
| Loading started | | |
| Loading completed | | |
| To be delivered before | | |

SHIPPER: GIUMARRA OF NOGALES
ADDRESS: 837 E. Frontage Road
PER: _____
TRUCK BROKER: _____
PER: _____
MOTOR CARRIER: GO FREIGHTLINER
Driver: _____ Lic. No. _____

CONSIGNEE'S RECEIPT
Received above perishable property in good order, except as noted:
Date _____ Signed _____

## SPECIAL INSTRUCTIONS:
The requirements of 19 U.S.C. 1304 and 19 CFR Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

TELEPHONE RECEIVER EVERY MORNING:

Phone Collect: _____
(area code)  (number)

Approved by Western Growers Association