# EXHIBIT 13

New Era Produce, LLC

(573)547-4787-Fax(573) 547-4783
23150 Fashion Drive
Suite #233

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/21/2015 | 29784 |

| Bill To | Ship To |
|---------|---------|
| ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 | ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 |

| P.O. Number | Paca Prompt | Rep | Ship | Via |
|-------------|-------------|-----|------|-----|
| 18025 | 21 days | GH | 5/21/2015 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 54 | Seedless Bins<br>Prod of Mexico | 36'S - 40,650 POUNDS | 50.00 | 2,700.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agiruclutral Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

If you have questions regarding this invoice or your account please email greg@neweraproduce.com or call 239-495-5002.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH NEW ERA PRODUCE LLC. UNLESS NEW ERA PRODUCE LLC IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT. THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All mercahndise sold FOB shipping point or our place of business no grade, unless otherwise noted above. Past due accounts are subject to interest charge of 1 1/2% per month, maximum 18% per annum. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection.
Suit to enforce collection may be brought in Lee County, Florida.

| Total | $2,700.00 |
|-------|-----------|

# Fax Send Report

| | | |
|---|---|---|
| Date/Time | : | MAY-22-2015 12:43PM FRI |
| Fax Number | : | 2393905015 |
| Fax Name | : | New Era Produce |
| Model Name | : | SCX-5835_5935 Series |
| Machine Serial Number | : | Z2P3BJFFA0003DX |

| No. | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 209 | Champions Produce/12815868164 | 05-22 12:42PM | 00'47 | ECM | 001/001 | OK |



ABX Po# #5025

18025

NEW ERA PRODUCE

INVOICE # 24784

CONFIRMATION #

MAN. APPROX.

40 w50 lbs Seedless (30)
54 bins

ABX Po#

THX,
Greg.

F.O.B.

COUNTRY OF ORIGIN: Mexico

DATE: 5/21/15 TRUCK

DELVD. TOTAL

PRS 50.00

Terms How Payable:

Delivered As to Price.
F.O.B. as to Quality & Condition.
No Grade Contract.
Good Delivery Standards Apply.
Sales Confirmation.

(Rejected)

# MALENA Produce, Inc.

**S'** 
**F** 

**OF LADING**
**OMMODITIES**
**-negotiable**

Pdw0903.22G.00

(NAME AND ADDRESS OF CARRIER)   P.O. NO.: 29784

# BILL OF LADING NO.: 0903828

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of the contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

| DATE | 05/21/2015 | TO: | NEW ERA PRODUCE, LLC |
| TIME | 4:57 pm | | 23150 Fashion Dr |
| | | | Suite # 233 |
| | | | Estero, FL 33928-6921, USA |
| | SHIP TO: | | NEW ERA PRODUCE, LLC |
| | | | Nogales, AZ 85621, USA |

FROM: (Name and address of shipper)

## MALENA PRODUCE, INC.

Loaded at: (specify location of cooler, packing house, field, etc.):

**RIO RICO, ARIZONA - TERMS PACA PROMPT**

PAGE 1/1

| ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 57 | 54 | Watermelon Seedless 2/3 36'S REX [ Product of Mexico ] |
| 57 | 54 | |

No claims will be accepted unless a written notice of claims is faxed to us within 24 hours from arrival. All Claims must be supported by a U.S.D.A. Inspection taken within 24 hours of arrival for the total packages shipped or for the total packages being claimed. (NOTE: CLAIMS WILL ONLY BE ACCEPTED FOR THE TOTAL PACKAGES ON U.S.D.A. INSPECTIONS)

Any claims received after 24 hours from arrival will not be accepted. Malena Produce, Inc. will allow a maximum of 15 days from date of shipment for a claim to be settled. If no settlement is reached within this time, Malena Produce, Inc. will close the claim, liquidate the grower for the full invoice amount and hold the receiver responsible for payment of the invoice in full.

NOTICE TO SUBSEQUENT PURCHASER OR REPACKER
THESE ARTICLES ARE IMPORTED. The requirements of 19 U.S.C. 1304 and 19 C.F.R. part 134 provide that the articles or the containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the united states, the English name of the country of origin of the articles.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable agricultural commodities act, 1930 (7 u.s.c. 499 E(C)) The seller of these commodities retains a trust claim over these commodities and all inventories of food .or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.
AFTER PAYMENT IS DUE, INTEREST WILL ACCRUE ON UNPAID BALANCES AT A RATE OF 24% PER ANNUM UNTIL PAID.
In the event it becomes necessary to initiate any legal action, including arbitration, to collect the balance due on this invoice, prevailing party shall be entitled to recover all reasonable attorney fees and costs incurred thereby. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

Messages:
TGW: 43,620 LBS
TTW: 2,970 LBS
TNW: 40,650 LBS

| REFRIGERATION INSTRUCTIONS: | Low: | High: | SHIPPER | MALENA PRODUCE, INC. |
| (Specify temperature range desired) | 50 F | 55 F | ADDRESS | P.O. BOX 4676 RIO RICO, ARIZONA 85648 |
| SHIP FROM: | | | PER | |
| Nogales, AZ | SALESMAN: Bill Olvey | | | |
| MAL2 - Malena # 2 | SALES TERMS: P.A.C.A. Prompt | | TRUCK | |
| | SHIP TERMS: "FOB RIO RICO, AZ | | BROKER | |
| | TEMP. REC.: 0 | | | |

SPECIAL INSTRUCTIONS:
PLEASE MAINTAIN TEMP AS INDICATED ABOVE. WE WILL NOT BE RESPONSIBLE FOR ANY CLAIM IF THESE INSTRUCTIONS ARE NOT FOLLOWED. IF YOU ARE CARRYING OTHER COMMODITIES WITH LOWER TEMP, PLEASE INFORM US.

TELEPHONE RECEIVER EVERY MORNING.

| PER | |
| MOTOR CARRIER | EXP STATE |
| | 4NB3937-CA |
| DRIVER | LIC. NO.: |

CONSIGNEE'S RECEIPT
Received above perishable property in good order, except as noted:

Phone collect

| (area code) | (number) | | Date 05/21/2015 | Signed: |

## 1- ORIGINAL

# Greg Holzhausen

**From:** Greg Holzhausen
**Sent:** Tuesday, May 26, 2015 6:01 PM
**To:** 'Danny Letsinger'
**Subject:** f s your po # there po #

My po # 29784
ABL po #
Fs po #

Greg Holzhausen
New Era Produce

greg@neweraproduce.com

Office: 239-495-5002
Cell: 239-810-4757
Fax: 239-495-5004

**Greg Holzhausen**

| | |
|---|---|
| **From:** | Danny Letsinger [dannyletsinger@gmail.com] |
| **Sent:** | Tuesday, May 26, 2015 7:53 PM |
| **To:** | Greg Holzhausen |
| **Subject:** | Re: 36ct Seedless |

It is 18025 I will resend.

Do ou want me to send you a BoI?

Danny Letsinger

On May 26, 2015, at 7:49 PM, Greg Holzhausen <greg@neweraproduce.com> wrote:

YOU GAVE ME 18025 FOR SADUNO SHOULD I CHANGE TO YOUR 17825?

Greg Holzhausen
New Era Produce

greg@neweraproduce.com

Office: 239-495-5002
Cell: 239-810-4757
Fax: 239-495-5004

**From:** Danny Letsinger [mailto:dannyletsinger@gmail.com]
**Sent:** Tuesday, May 26, 2015 7:27 PM
**To:** Ben Sudano; Jim Guido
**Subject:** 36ct Seedless

Guys:

I have another 36ct Seedless coming in to you tomorrow AM. Please check it out and let me know what you think.

Will be my ABL 17825.

It will be on New Era Produce paperwork.

Thanks,

--
Danny Letsinger
ABL Farms, Inc.
(404) 608-1112 Office
(404) 506-9051 FAX
dannyletsinger@gmail.com

| | |
|---|---|
| **From:** | Danny Letsinger [dannyletsinger@gmail.com] |
| **Sent:** | Tuesday, May 26, 2015 7:56 PM |
| **To:** | Ben Sudano; Jim Guido |
| **Subject:** | Re: 36ct Seedless |

Please revise to ABL 18025 for this one - sorry guys. Thanks.

On Tue, May 26, 2015 at 7:27 PM, Danny Letsinger <dannyletsinger@gmail.com> wrote:
Guys:

I have another 36ct Seedless coming in to you tomorrow AM. Please check it out and let me know what you think.

Will be my ABL 17825.

It will be on New Era Produce paperwork.


Thanks,

--
Danny Letsinger
ABL Farms, Inc.
(404) 608-1112 Office
(404) 506-9051 FAX
dannyletsinger@gmail.com



--
Danny Letsinger
ABL Farms, Inc.
(404) 608-1112 Office
(404) 506-9051 FAX
dannyletsinger@gmail.com

1

| | |
|---|---|
| **From:** | Danny Letsinger [dannyletsinger@gmail.com] |
| **Sent:** | Tuesday, May 26, 2015 7:53 PM |
| **To:** | Greg Holzhausen |
| **Subject:** | Re: 36ct Seedless |

It is 18025 I will resend.

Do ou want me to send you a Bol?

Danny Letsinger

On May 26, 2015, at 7:49 PM, Greg Holzhausen <greg@neweraproduce.com> wrote:

> YOU GAVE ME 18025 FOR SADUNO SHOULD I CHANGE TO YOUR 17825?
>
> Greg Holzhausen
> New Era Produce
>
> greg@neweraproduce.com
>
> Office: 239-495-5002
> Cell: 239-810-4757
> Fax: 239-495-5004
>
> _____
>
> **From:** Danny Letsinger [mailto:dannyletsinger@gmail.com]
> **Sent:** Tuesday, May 26, 2015 7:27 PM
> **To:** Ben Sudano; Jim Guido
> **Subject:** 36ct Seedless
>
> Guys:
>
> I have another 36ct Seedless coming in to you tomorrow AM. Please check it out and let me know what you think.
>
> Will be my ABL 17825.
>
> It will be on New Era Produce paperwork.
>
> Thanks,
>
> --
> Danny Letsinger
> ABL Farms, Inc.
> (404) 608-1112 Office
> (404) 506-9051 FAX
> dannyletsinger@gmail.com



# SUDANO'S PRODUCE, LLC

INVOICE **263085** DATE

BUYER _NEW ERA PRODUCE_

PRODUCT FROM FRESNO

FOR 4TH ROWS OF

36's SEEDLESS

WATERMELONS

AT $300 PER PALLET

PO # 29784

Your signature or that of your agent is an acknowledgement that...
PLEASE REMIT...

# Greg Holzhausen

**From:** Greg Holzhausen
**Sent:** Tuesday, May 26, 2015 2:34 PM
**To:** 'Danny Letsinger'; Greg Holzhausen
**Attachments:** DECAY 2.jpg; DISCOLOR 1.jpg; DISCOLOR 1.jpg; DISCOLOR 2.jpg; GROUP DISCOLOR 2.jpg

MY 29784

PLEASE ADVISE IF YOU CAN HANDLE P.A.S

THANK YOU

GREG

Greg Holzhausen
New Era Produce

greg@neweraproduce.com

Office: 239-495-5002
Cell: 239-810-4757
Fax: 239-495-5004

1

| | |
|---|---|
| **From:** | Danny Letsinger [dannyletsinger@gmail.com] |
| **Sent:** | Tuesday, May 26, 2015 7:27 PM |
| **To:** | Ben Sudano; Jim Guido |
| **Subject:** | 36ct Seedless |

Guys:

I have another 36ct Seedless coming in to you tomorrow AM. Please check it out and let me know what you think.

Will be my ABL 17825.

It will be on New Era Produce paperwork.


Thanks,


--
Danny Letsinger
ABL Farms, Inc.
(404) 608-1112 Office
(404) 506-9051 FAX
dannyletsinger@gmail.com