# EXHIBIT 14

New Era Produce, LLC

(573)547-4787-Fax(573) 547-4783
23150 Fashion Drive
Suite #233

# Invoice

| Date | Invoice # |
|---|---|
| 7/7/2015 | 30499 |

| Bill To | Ship To |
|---|---|
| ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 | ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 |

| P.O. Number | Paca Prompt | Rep | Ship | Via |
|---|---|---|---|---|
| 19107 | 21 days | GH | 7/7/2015 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Freight | CORDALE TO KANKAKEE | 2,000.00 | 2,000.00 |
| 1 | Redelivery | LAYOVER | 850.00 | 850.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agiruclutral Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

If you have questions regarding this invoice or your account please email greg@neweraproduce.com or call 239-495-5002.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH NEW ERA PRODUCE LLC. UNLESS NEW ERA PRODUCE LLC IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT. THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All mercahndise sold FOB shipping point or our place of business no grade, unless otherwise noted above. Past due accounts are subject to interest charge of 1 1/2% per month, maximum 18% per annum. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection.
Suit to enforce collection may be brought in Lee County, Florida.

**Total** $2,850.00

# NEW ERA PRODUCE

PO# Indian Hills

COUNTRY OF ORIGIN USA

INVOICE # 30499

CONFIRMATION # #19107

DATE: 7/7/15

TRUCK

| MAN. | APPROX. | ABL COMMODITY | F.O.B. | DELVD. | TOTAL |
|---|---|---|---|---|---|
| 1 | | Freight - Cordele to Kankakee | | $ 2000.00 | |
| 1 | | layover and re-delivery | | $ 850.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | THX, Greg! | | | |
| | | | | | |
| | | | | | |

Terms How Payable:

Delivered As to Price.
F.O.B. as to Quality & Condition.
No Grade Contract.
Good Delivery Standards Apply.
Sales Confirmation.

# Fax Send Report

Date/Time : JUL-14-2015 02:16PM TUE
Fax Number : 2393905015
Fax Name : New Era Produce
Model Name : SCX-5835_5935 Series
Machine Serial Number : Z2P3BJFFA0003DX

| No. | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 379 | 14045069051 | 07-14 02:15PM | 00'35 | G3 | 001/001 | OK |

INVOICE # 30499

CONFIRMATION # #1907

NEW ERA PRODUCE

PO# Indian Hills

DATE: 7/7/15

TRUCK

COUNTRY OF ORIGIN USA

| MAN. | APPROX. | COMMODITY | F.O.B. | DELVD. | TOTAL |
|---|---|---|---|---|---|
| 1 | | A&L Freight - Carlisle to [illegible] | | $2000.00 | |
| 1 | | layover as re-delivery | | $850.00 | |
| | | Thx, Greg! | | | |

Terms How Payable:

Delivered As to Price.
F.O.B. as to Quality & Condition.
No Grade Contract.
Good Delivery Standards Apply.
Sales Confirmation.

Office 365 Outlook

New

Search Mail and People

Folders

Favorites

Inbox 4

Sent Items 97

Drafts

certifications

Greg Holzhausen

Inbox 4

Drafts

Sent Items 97

Deleted Items 3339

certifications

Junk Email 3

Junk E-mail

Notes

RSS Subscriptions

SONGS

Del Monte Quality

# Kankakee, IL Freshcut Oper[illegible]ns Inbound Receiving Form

Facility Location: Kankakee, IL FCO

Date of inspection: 7-10-15

Inspector Name/Signature: LAURA KEARNS

Trucking Company:

QA Verification Signature:

Vendor: New Era Produce

**Security Checks**

| | |
|---|---|
| Non Dm-Driver ID? | Yes or No |
| Delivery on Time? | Yes or No |
| Trailer Banded/Locked? | Yes or No |
| Band Number? | # |

**Loading Safety and Load Lock Checks**

| | | |
|---|---|---|
| Trailer Placement Correct? | Yes or No | Trailer # |
| Wheels Chocked and Dock Plate Secure? | Yes or No | License Plate# |
| Loading Aria/Trailer Interior Well Lit? | Yes or No | |
| Load Locks Properly Placed? | Yes or No | |

| | |
|---|---|
| Trailer Condition ( damage to walls, door or ducts) | Good Average Fair Poor |
| Clean (Free of Dirt, Foreign Matter | Good Average Fair Poor |
| Pest Conditions | Good Average Fair Poor |
| Odor ( No Off-odors) | Good Average Fair Poor |
| Pallet Condition (Clean, no nails, Splinters) | Good Average Fair Poor |

**Product Temperature Recorder Sheet**

Farm /Brand Information:

Unloading Start Time

Unloading Stop Time:

Temp Recorder — Yes or No

Pulp Temperature — Front 70.0 °F — Mid 59.7 °F — By Doors: 59.9 °F

No. of Pallets: — Pallet Type: — No. of Recorders:

**Quality Assurance/Raw Product Inspection**

PO # and Order# 748585

Product/Brand: Watermelon

Wt./Count: Bins / LB

Qty: 56

Lot/Box Code: 7485850!

Total Defect %:

| Color Stage | Sizing | Shape | Average Pressure Reading | Scars % | Bruises % | Composite Brix | Average Brix | Pitting/Sunken areas % | Sunburn % | Chill % | Decay/Mold % | Cracks % | Discolor % | Shrivel % | COUNTRY OF ORIGIN | ACCEPT? YES/HOLD/NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | X (NO) |

**Quality Assurance/Allergen Inspection**

Transfer or order#

Product/Brand:

Wt./Count:

Qty:

Lot/Box Code:

Allergens (circle): Milk Soy Egg

BIUB:

COUNTRY OF ORIGIN

ACCEPT? YES/NO

Comments: (Include General Box/Pallett Condition; Overall Fruit Condition; OK for FIFO or if marginally acceptable, needs WIFO movement?; If Rejected, was Federal Inspection or Surveyor called, etc.)

| Brix: | | | Pressure: | | |
|---|---|---|---|---|---|
| 9 | 10 | 12 | | | |
| 10 | 9 | 11 | | | |
| 11 | 11 | 12 | | | |
| 9 | 10 | | | | |
| 9 | 11 | | | | |
| 11 | 11 | | | | |
| 10 | 11 | | | | |
| 11 | 12 | | | | |
| 10 | 12 | | | | |
| 10 | 10 | | | | |

Far

(#4032) SEEDLESS Watermelon PRODUCT OF USA MAY CONTAIN OCCASIONAL SEED 6 33383 40240 0

Small Sizes 100%
Deep Seeding 50%
White Veins 10%
Secondary Growth 10%
Chill Damage / Translucent 15%
Mealy 20%
Under Ripe / Pale Pink 20%

Reject

If Hold; Final Status

Circle all that apply

USDA inspection: Pass/Fail

Accepted per Procurement/GM

Cost Reduction

Under Full Protection

Rejected Load

Word Online — Print | Find | Download | ? Help | ...

Del Monte

# Kankakee, IL Freshcut Operations Inbound Receiving Form

Facility Location: Kankakee, IL FCO

Date of Inspection: 7-10-15

Inspector Name/Signature: LAURA KEARNS

Trucking Company:

QA Verification Signature:

Vendor: New Era Produce

| Security Checks | | | Loading Safety and Load Lock Checks | | |
|---|---|---|---|---|---|
| Non Del-Driver ID? | Yes or No | | Trailer Placement Correct? | Yes or No | Trailer #: |
| Delivery on Time? | Yes or No | | Wheels Checked and Dock Plate Secure? | Yes or No | License Plate#: |
| Trailer Sealed/Locked? | Yes or No | | Loading Area/Trailer Interior Well Lit? | Yes or No | |
| Band Number? | # | | Load Locks Properly Placed? | Yes or No | |

| Trailer Condition | | Product Temperature Recorder Sheet | | | |
|---|---|---|---|---|---|
| Trailer Condition (damage to walls, door or ducts) | Good Average Fair Poor | | Form / Brand Information: | | |
| Clean (Free of Dirt, Foreign Matter) | Good Average Fair Poor | | Unloading Start Time | | Unloading Stop Time: |
| Pest Conditions | Good Average Fair Poor | | Temp Recorder | Yes or No | |
| Odor (No Off-odors) | Good Average Fair Poor | | Pulp Temperature | Front 70.0 °F | Mid 59.7 °F / By Doors 59.7 °F |
| Pallet Condition (Clean, no nails, Splinters) | Good Average Fair Poor | | No. of Pallets: | Pallet Type: | No. of Recorders: |

Quality Assurance/Raw Product Inspection

| PO # and Order# | Product/Brand: | Wt/Count: | Qty: | Lot/Box Code: | Total Defect %: |
|---|---|---|---|---|---|
| 748385 | Watermelon | Bins / LB | 56 | 7485850: | |

| Color Stage | Sizing | Shape | Average Pressure Reading | Score % | Bruises % | Composite Brix | Average Brix | Rfing/Stefan ... % | Sunburn % | Chill % | Decay/Mold % | Cracks % | Discolor % | Shrivel % | COUNTRY OF ORIGIN | ACCEPT? YES/HOLD/NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | NO |

Quality Assurance/Allergen Inspection

| Transfer or order# | Product/Brand: | Wt/Count: | Qty: | Lot/Box Code: |
|---|---|---|---|---|
| | | | | |

| Allergens (circle): Milk Soy Egg | BTUB: | | COUNTRY OF ORIGIN | ACCEPT? YES/NO |
|---|---|---|---|---|
| | | | | |

Comments: (Include General Box/Pallet Condition, Overall Fruit Condition; OK for FIFO or if marginally acceptable, mark WITO ...)

| Brix: | | | Pressure: | | |
|---|---|---|---|---|---|
| 9 | 10 | 12 | | | |
| 10 | 9 | 11 | | | |
| 11 | 11 | 12 | | | |
| 9 | 10 | | | | |
| 9 | 11 | | | | |
| 11 | 11 | | | | |
| 10 | 11 | | | | |
| 11 | 12 | | | | |
| 10 | 12 | | | | |
| 10 | 10 | | | | |

64032 SEEDLESS Watermelon

Small Sizes 100%
Deep Seeding 50%
White Veins 10%
Secondary Growth 10%
Chill Damage / Translucent 15%
Mealy 20%
Under Ripe / Pale Pink 20%

Reject

If Hold; Final Status

Circle all that apply

USDA Inspection: Pass/Fail

Accepted per Procurement/GM

Cost Reduction

Under Full Protection

Rejected Load

X:\QA Documentation Folder\KKW Sanitation & QA\QA Documentation Folder\QA Daily Papers\CQF 1 - 23.3-10 QA Incoming Inspection Form

Office 365 Outlook

New

Search Mail and People

Folders

Favorites

Inbox 4

Sent Items 97

Drafts

certifications

Greg Holzhausen

Inbox 4

Drafts

Sent Items 97

Deleted Items 3339

certifications

Junk Email 3

Junk E-mail

Notes

RSS Subscriptions

SONGS

INBOX Conversations by Date

All Unread To me Flagged

Yesterday

Don Schwer
New Era PO#1282992 Fri 12:46p
-----Original Message----- From: Daniel L...

Danny Letsinger
Todays watermelon Fri 12:04p
I was not told this load was going to Del...

Danny Letsinger
Fw: Todays watermelon Fri 12:01p
What is my number? Where did this load...

Greg Holzhausen; Connie
Todays watermelon Fri 11:59a
WE NEED A USDA OR SEND TO INDIAN...

mrodriguez@giumarra.co
Invoice 20479103 Fri 11:14a
Hello Greg, Can you please foward to you...

John P. Crow
Railex - Conference Call / Rate det: Fri 10:13a
Greg – Dial In # 712-775-7031 Access Co...

Thursday

John Reese Franklin
Trouble Files still need to Close Thu 3:46p
Greg, So here are the orders that remain...

Rob Soto
your 29889 Thu 1:54p
Greg don't think we ever finalized this on...

Nate Stone
freight rate confusion Thu 1:47p
Hi there Greg. Fun to talk with you today....

Scott Zelnosky
Fw: Fw: Watermelon load updates Thu 12:25p
260224 / ABL #18854 260225 / ABL #188...

Scott Zelnosky
Direct Ship Loads need POD's 1 43 Thu 10:45a
What was the ABL # on your #30274 ? Al...

Randy Johnston
No Shows 148705 and 148713 Thu 10:07a
I need 3 straight loads minimum of Gold...

Bruce Ghiloni
Order #14881 - Sale Confirmation Thu 10:04a
Order #14881 - Sale Confirmation proces...

Bruce Ghiloni
Order #15083 - Sale Confirmation Thu 10:02a
Order #15083 - Sale Confirmation proces...

ted pesqueira
quote sheet Thu 10:02a
Good morning Greg, spoke to you yester...

Bruce Ghiloni
Order #14980 - Sale Confirmation Thu 10:00a
Order #14980 - Sale Confirmation proces...

Michael Petro
Sam's Status Thu 10:00a
Can't bill without it so please help us out...

Eddie Stoller
PRICE SHEET FOR SENDING.xlsx Thu 9:21a

Fw: Todays watermelon

GH Greg Holzhausen
Fri 7/10/2015 12:04 PM
19107

Reply Reply all Forward

DL Danny Letsinger <dannyletsinger Mark as unread
Fri 7/10/2015 12:01 PM

To: Greg Holzhausen; Cam;

You replied on 7/10/2015 12:04 PM.

Action Items Get more apps

What is my number? Where did this load? Need more information?

On Fri, Jul 10, 2015 at 11:59 AM, Greg Holzhausen <greg@neweraproduce.com> wrote:

WE NEED A USDA OR SEND TO INDIAN HILLS?

---

From: Steve Farmer <SFarmer@FreshDelmonte.com>
Sent: Friday, July 10, 2015 10:22 AM
To: Greg Holzhausen
Cc: Connie Wilson
Subject: Todays watermelon

Greg please see the attached inspection sheet and pictures they are requesting to reject this load

Thanks,
Steve Farmer
Del Monte Fresh Produce, N.A. Inc.
14 Stuart Dr., Kankakee, IL 60901
Telephone: 815-936-7400 Extn: 228
Fax: 815-936-7409
www.freshdelmonte.com

-----Original Message-----
From: us-kk-fco-pt001@freshdelmonte.com [mailto:us-kk-fco-pt001@freshdelmonte.com]
Sent: Friday, July 10, 2015 9:10 AM
To: Steve Farmer; Connie Wilson
Subject: Message from "US-KK-FCO-PT001"

This E-mail was sent from "US-KK-FCO-PT001" (Aficio MP 301).

Scan Date: 07.10.2015 09:10:13 (-0500)
Queries to: us-kk-fco-pt001@freshdelmonte.com

--
Danny Letsinger

Office 365 Outlook

New

Search Mail and People

Folders

- Favorites
  - Inbox 1
  - Sent Items 97
  - Drafts 1
  - certifications
- Greg Holzhausen
  - Inbox 1
  - Drafts 1
  - Sent Items 97
  - Deleted Items 3339
  - certifications
  - Junk Email 3
  - Junk E-mail
  - Notes
  - RSS Subscriptions
  - SONGS

INBOX Conversations by Date

All Unread To me Flagged

Greg Holzhausen; Randy Jol — 5:58p
Invoice #148696 - Customer Passing
BUBBA ANY HELP ON THIS ONE BECAUSE T...

Cam — 5:53p
WM / REJECTION / 6062305291 / NE'
We went over this one Wednesday haha It's ...

Randy Johnston — 5:10p
your 29889
What is my #? Randy Johnston DFI Marketin...

Yesterday

Don Schwer — Fri 12:46p
New Era PO#1282992
-----Original Message----- From: Daniel La...

Danny Letsinger — Fri 12:04p
Todays watermelon
I was not told this load was going to Del Mo...

Thursday

Greg Holzhausen — Thu 12:58a
Fw:
TRUCK MISSED THE DELIVERY SO I HAD TO ...

Wednesday

Greg Holzhausen; Kenneth — Wed 12:57a
(No subject)
CUSTOMER HAS HAD THESE MELONS RETU...

## Todays watermelon

DL Danny Letsinger <dannyletsinger@gmail.com>
Fri 7/10/2015 12:04 PM

To: Cam; Greg Holzhausen;

Action Items

I was not told this load was going to Del Monte - Greg said it wa
tell me where stuff is going so I can load the right stuff?

There's nothing wrong with that fruit - you sent me pictures of tw

On Fri, Jul 10, 2015 at 12:03 PM, Cam <cam@neweraproduce.com

ABL 19107

Cordele

Pull

Cam Bulloch
New Era Produce

239-495-5002 - Office
352-514-4654 - Mobile
239-495-5004 - Fax

On Jul 10, 2015, at 12:01 PM, Danny Letsinger <dannyletsinger(

What is my number? Where did this load? Need more in

On Fri, Jul 10, 2015 at 11:59 AM, Greg Holzhausen <greg

WE NEED A USDA OR SEND TO INDIAN HILLS?

From: Steve Farmer <SFarmer@FreshDelmonte.com>
Sent: Friday, July 10, 2015 10:22 AM

Ben Novykov

**Darek Podzorny**

1937 / 3581

| | |
|---|---|
| **From:** | Cam |
| **Sent:** | Friday, July 10, 2015 1:15 PM |
| **To:** | Darek Podzorny |
| **Subject:** | Re: Delmonte |

Monday for $500 works.

Indian Hills - 5253 S. Decker Road, Vincennes IN, 47591. Ph# 812-886-6933.

You are re-delivering for ABL at this point.

Thanks,

Cam Bulloch
New Era Produce

Mon 9Am

352-514-4654 - Mobile
239-390-5014 - Office
239-495-5004 - Fax

**From:** Darek Podzorny
**Sent:** Friday, July 10, 2015 2:07 PM
**To:** Cam

If delivery is Saturday morning 750 (I would have to dead head truck back empty)
If we can delivery Monday morning 500

**From:** Cam [mailto:cam@neweraproduce.com]
**Sent:** Friday, July 10, 2015 12:23 PM
**To:** Darek Podzorny
**Subject:** Re: Delmonte

Ok getting info now ill send over asap

Cam Bulloch
New Era Produce

352-514-4654 - Mobile
239-390-5014 - Office
239-495-5004 - Fax

**From:** Darek Podzorny
**Sent:** Friday, July 10, 2015 1:19 PM
**To:** Cam

Ok will do

Advise your numbers when you can Linda needs yours she said

Trucks are there?

Just one was empty in cordele I have him at truck stop

But I have trucks on the rest they are ways out

Proof

Today 2:05 PM

It's ok to send 19107 to Vincennes correct?

Delivered


Delivered

Ok



DOOR#13

ABL Farms, Inc.

Atlanta, GA

Phone 404-608-1112 * Fax 404-506-9051

# Bill Of Lading

IH#

**Sold To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

**Ship To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7654

**Order No:** 19107
**Order:** Tue 07, 2015
**Ship:** Tue 07, 2015
**Pay Terms:** 10 Days
**Sale Terms:** FOB

**Cust PO:** 30499
**Delivery:**

**Salesperson:** Danny Letsinger
**Carrier:**

**Quantity:** 58
**Weight:** 40600

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 60 Ct Seedless Watermelons Good Delivery USA | USA | 58 | bin |
| | Total: | 58 | |

954
600
0690

Del Monte Fresh Produce N.A., Inc.
Kankakee FCO
Receipt Date 7-10-15
Signature
Print Name
Trailer Lic #
Goods Received Pending Futher Inspection
Pallets Not Exchanged at time of Delivery are Forfeited.

Rejected

Date: 7-8-15

Name of Driver: Andriy

Trailer Plate #: 408548 IL

Cell Phone #: 954 600 0690

Indian Hill
Name on Truck: JKC

Broker Name:

Received By: [signature] 7-13-15

Jul 08, 2015 20:25:32

Proof

**** All trucks are required to get an empty scale ticket AND a loaded scale ticket. Lack of tickets will result in deductions on rate.
***** $250 fine for not notifying New Era Produce IF late for appt. Call 239-495-5002.

---

**From:** Danny - ABL
**Sent:** Saturday, July 11 2015 3:37 PM
**To:** Cam

Correct.

On Saturday, July 11, 2015 at 3:36 PM, Cam < cam@neweraproduce.com> wrote:

> Please approve - this load was originally shipped from ABL to Joliet, IL delivering on Friday 7/10.
>
> The load was rejected for decay, over 10%.
>
> The load was rejected back by shipper, and we will now re-deliver to Indian Hills Farms, for Monday 7/13.
>
> Please void New Era #30474 and ABL# 19086 from the list.
>
> Thanks,
>
> Cam Bulloch
> New Era Produce
>
> 352-514-4654 - Mobile
> 239-390-5014 - Office
> 239-495-5004 - Fax

--
Danny Letsinger
ABL Farms, Inc.
(404) 608-1112 Office
(404) 506-9051 FAX
dannyletsinger@gmail.com

New Era Produce, LLC
(573)547-4787-Fax(573) 547-4783
23150 Fashion Drive
Suite #233

# Invoice

| Date | Invoice # |
|---|---|
| 7/13/2015 | 30474 |

| Bill To | Ship To |
|---|---|
| ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 | ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 |

| P.O. Number | Paca Prompt | Rep | Ship | Via |
|---|---|---|---|---|
| 19086 | 21 days | GH | 7/13/2015 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Freight | | 2,100.00 | 2,100.00 |
| 1 | Redelivery | | 500.00 | 500.00 |
| 4 | Lay Over | extra days - refer unit running | 150.00 | 600.00 |
| 3 | Lay Over | | 250.00 | 750.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agiruclutral Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

If you have questions regarding this invoice or your account please email greg@neweraproduce.com or call 239-495-5002.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH NEW ERA PRODUCE LLC. UNLESS NEW ERA PRODUCE LLC IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT. THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All mercahndise sold FOB shipping point or our place of business no grade, unless otherwise noted above. Past due accounts are subject to interest charge of 1 1/2% per month, maximum 18% per annum. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection.
Suit to enforce collection may be brought in Lee County, Florida.

| Total | $3,950.00 |
|---|---|

# Fax Send Report

| | |
|---|---|
| Date/Time | : JUL-17-2015 10:41AM FRI |
| Fax Number | : 2393905015 |
| Fax Name | : New Era Produce |
| Model Name | : SCX-5835_5935 Series |
| Machine Serial Number | : Z2P3BJFFA0003DX |

| No. | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 531 | ABL/15614316292 | 07-17 10:40AM | 00'35 | G3 | 001/001 | OK |

**NEW ERA PRODUCE**

COUNTRY OF ORIGIN USA

INVOICE # 30474

CONFIRMATION # 19086

PO# Indian Hills

DATE: 7/13/15

TRUCK

| MAN. | APPROX. | ABL COMMODITY | F.O.B. | DELVD. | TOTAL |
|---|---|---|---|---|---|
| | 1 | Freight | | $2100.00 | |
| | 1 | Re-delivery | | $500.00 | |
| | 4 | Extra days refer unit running | | $150.00 | |
| | 3* | days laid over until received | | $250.00 | |
| | | * Indian Hills said they would not receive until Monday, after we worked all day Friday for confirmation of re-delivery! | | | |
| | | THX, Greg! | | | |

Terms How Payable: ______

Delivered As to Price.
F.O.B. as to Quality & Condition.
No Grade Contract.
Good Delivery Standards Apply.
Sales Confirmation.

# Fax Send Report

Date/Time : SEP-02-2015 04:22PM WED
Fax Number : 2394955004
Fax Name : New Era Produce
Model Name : SCX-5835_5935 Series
Machine Serial Number : Z2P3BJFF5000Q0K

| No. | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 233 | 15614161022 | 09-02 04:21PM | 00'17 | ECM | 001/001 | OK |

LETSINGER FARMS

**ABL Farms, Inc.**
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

**Bill Of Lading**

Sold To:
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

Ship To:
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7854

Order No: 19088
Order: Tue 07, 2015
Ship: Tue 07, 2015
Pay Terms: 10 Days
Sale Terms: FOB

Cust PO: 30474
Delivery:
Salesperson: Danny Letsinger
Carrier:
Quantity: 58
Weight: 40600

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 60 ct Seedless Watermelons Good Delivery USA | USA | 58 | bin |
| | Total: | 58 | |

REFUSED 10% DECAY
PUT BACK ON TRUCK

RECONSIGNED TO:
INDIAN HILLS PRODUCE
5253. S. DECKER ROAD
VINCENNES, IN 47591
812-886-6933

X [signature] 7-13-15
RECEIVED

58

Date: 7/8/15
Name of Driver: ALEX
Trailer Plate #: 53269
Cell Phone #: 773 255 8431
Name on Truck: ROYAL [illegible]
Broker Name:
Received By:



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 * Fax 404-506-9051

## Bill Of Lading

**Sold To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

**Ship To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7651

**Order No:** 19066
**Order:** Tue 07, 2015
**Ship:** Tue 07, 2015
**Pay Terms:** 10 Days
**Sale Terms:** FOB

**Cust PO:** 30474
**Delivery:**
**Salesperson:** Danny Letsinger
**Carrier:**
**Quantity:** 58
**Weight:** 40600

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 60 Ct Seedless Watermelons Good Delivery USA | USA | 58 | bin |
| | Total: | 58 | |

REFUSED 10% DECAY
PUT BACK ON TRUCK

5253 S. Decker Road
Vincennes, IN 47591
ph 812 886 6933

Rejected
load

58

Date: 7/8/15
Name of Driver: ALEX
Trailer Plate #: 53269
Cell Phone #: 773 255 8431

Name on Truck: ROYAL TRANSPORT
Broker Name:
Received By:

Jul 07, 2015 10:34:35



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112 • Fax 404-506-9051

# Bill Of Lading

**Sold To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

**Ship To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7654

**Order No:** 19086
**Order:** Tue 07, 2015
**Ship:** Tue 07, 2015
**Pay Terms:** 10 Days
**Sale Terms:** FOB

**Cust PO:** 30474
**Delivery:**
**Salesperson:** Danny Letsinger
**Carrier:**
**Quantity:** 58
**Weight:** 40600

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 60 ct Seedless Watermelons Good Delivery USA | USA | 58 | bin |
| | Total: | 58 | |

REFUSED 10% DECAY
PUT BACK ON TRUCK

5253 S. Decker Road
Vincennes, IN 47591
ph 812 886 6933

Rejected load

258

**Date:** 7/8/15

**Name of Driver:** ALEX

**Trailer Plate #:** 53269

**Cell Phone #:** 772 255 8431

**Name on Truck:** ROYAL TRANSPORT

**Broker Name:**

**Received By:**

Jul 07, 2015 18:34:35

Office 365 Outlook

New

Search Mail and People

Folders

- Favorites
  - Inbox 1
  - Sent Items 97
  - Drafts 1
  - certifications
- Greg Holzhausen
  - Inbox 1
  - Drafts 1
  - Sent Items 97
  - Deleted Items 3339
  - certifications
  - Junk Email 3
  - Junk E-mail
  - Notes
  - RSS Subscriptions
  - SONGS

INBOX Conversations by Date

All Unread To me Flagged

WM / REJECTION / 6062305291 / 5:53p
We went over this one Wednesday haha ...

Randy Johnston
your 29889 5:10p
What is my #? Randy Johnston DFI Mark...

Yesterday

Don Schwer
New Era PO#1282992 Fri 12:46p
-----Original Message----- From: Daniel ...

Danny Letsinger
Todays watermelon Fri 12:04p
I was not told this load was going to Del ...

Thursday

Greg Holzhausen
Grower approver IMPORTANT Thu 12:59a
2 REQUEST ALL AUDITS NEEDED PLEASE ...

Greg Holzhausen
Fw: Thu 12:58a
TRUCK MISSED THE DELIVERY SO I HAD ...

Greg Holzhausen; Randy
Invoice #148696 - Customer Passin Thu 12:39a
BUBBA WHAT HAPPEND TO 1680 ? WO...

Wednesday

Nathan Decoster
*** SPAM ***Fwd: 29885 Ayco to M Wed 1:52p
Have you been paid by Margiotta yet? Fr...

Danny Stoller
settlement Wed 12:57p
Greg I replied to this email several days a...

Danny Letsinger
19095 and 19086 Wed 7:26a
Cam: 19095 arrived to the melon shed at ...

Greg Holzhausen; Kennet
(No subject) Wed 12:57a

## 19095 and 19086

DL Danny Letsinger <dannyletsinger@gmail.com>
Wed 7/8/2015 7:26 AM

To: Cam; Greg Holzhausen;

Cam:

19095 arrived to the melon shed at 10:30pm - he will load this morning.

19086 told us he was going to the truck stop and we kept trying to bring

Thanks

Danny Letsinger