**EXHIBIT 15**

**New Era Produce, LLC**
(573)547-4787-Fax(573) 547-4783
23150 Fashion Drive
Suite #233
Estero, FL 33928

# Invoice

| Date | Invoice # |
|---|---|
| 7/17/2015 | 30514 |

| Bill To | Ship To |
|---|---|
| ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 | ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 |

| P.O. Number | Paca Prompt | Rep | Ship | Via |
|---|---|---|---|---|
| 19284 | 21 days | GH | 7/17/2015 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 52 | Seedless Bins<br>Prod of US | 36'S<br>Paid for a load that never shipped and/or loaded. | 130.00 | 6,760.00 |

\* ABL PAID BACK Freight

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agiruclutral Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

If you have questions regarding this invoice or your account please email greg@neweraproduce.com or call 239-495-5002.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH NEW ERA PRODUCE LLC. UNLESS NEW ERA PRODUCE LLC IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT. THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All mercahndise sold FOB shipping point or our place of business no grade, unless otherwise noted above. Past due accounts are subject to interest charge of 1 1/2% per month, maximum 18% per annum. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection.
Suit to enforce collection may be brought in Lee County, Florida.

| Total | $6,760.00 |
|---|---|



**ABL Farms, Inc.**
675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# INVOICE

**Invoice #:** 19284
**Invoice:** Jul 14, 2015
**Ship:** Jul 14, 2015
**Pay Terms:** 10 Days

**Sold To:** New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

**Ship To:** New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7654

Page 1 of 1

**Sale Terms:** DEL
**Order** Jul 14, 2015
**Cust PO:** 30514

**Salesperson:** Danny Letsinger
**Via:**
**Currency:** USD

**Carrier:**
**Trailer lic:**             **St:**
**Broker:**

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 36 Ct Seedless Watermelons Good Delivery USA | USA | 52 | bin | 130.00 | 6,760.00 |
| INVOICE TOTAL: | | 52 | | | 6,760.00 |

*NEW ERA PAID*
*Load Never Loaded*
*+ We PAID*

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Thank You!

Cam                          Sat, Jul 11   1:39 PM
to Danny - ABL

## Re: Upcoming Sams Club orders

Danny,

NE# 30515 - ABL#   - MacClenny, FL - Delivers 7/12 615am - @ $123.00 delivered
NE# 30514 - ABL#   - Arcadia, FL - Delivers 7/15 at 515am - @ $130.00 delivered
NE# 30517 - ABL#   - Monroe, GA - Delivers 7/15 at 715am - @ $120.00 delivered
NE# 30516 - ABL#   - MacClenny, FL - Delivers 7/15 at 615am - @ $ $123.00 delivered

Thanks,

Cam Bulloch
New Era Produce

352-514-4654 - Mobile
239-390-5014 - Office
239-495-5004 - Fax

Cam                  Thu, Jul 16   5:38 PM
to Danny - ABL

Re: Arcadia #s

NE# 30514

Wmart po# 7023570961

delivers 315am 7/17 del#64628838

Faxing bill over now.

Thanks,

Cam Bulloch
New Era Produce

352-514-4654 - Mobile
239-390-5014 - Office
239-495-5004 - Fax



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

# PASSING

**Sold To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

**Ship To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7654

**Order No:** 19284
**Ship:** Jul 14, 2015
**Pay Terms:** 10 Days
**Sale Terms:** DEL

| Cust PO: 30514 | Salesperson: Danny Letsinger | Broker: | Quantity: | 52 |
| Delivery: | Carrier: | | Pallets: | 52 |
| Via: | Trailer Lic: | St: | Weight: | 37440 |

| Description | Product Of | Shipped | UOM | Price |
|---|---|---|---|---|
| 36 Ct Seedless Watermelons Good Delivery USA | USA | 52 | bin | 130.00 |

Load Never Delivered

Thank You!

**New Era Produce, LLC**
10560 San Marino Point Dr. 104
Fort Myers, FL 33913
Phone: 239.433.9838  Fax: 239.433.9825

19284

**Straight Bill of Lading - Original - Not Negotiable**

TRAILER/CAR NUMBER: #2307
BILL DATE: _____

### TO
| | |
|---|---|
| Consignee | Sam's Club |
| Street | 6785 SW Enterprise Blvd |
| Destination | |
| City/State/Zip | Arcadia, FL 34269 |
| Route | |

### FOR PAYMENT, SEND BILL TO
| | |
|---|---|
| Name | New Era Produce |
| Company | |
| Street | 23150 Fashion Dr. #233 |
| City/State/Zip | Estero, FL 33928 |

### FROM
| | |
|---|---|
| Shipper | New Era Produce, LLC |
| Street | 10560 San Marino Point, Unit 104 |
| Origin | |
| City/State/Zip | Fort Myers, FL 33913 |
| Shipper PO# | 30514 |

### SHIPPER'S INSTRUCTIONS
7023570961

Product of USA

| NO. SHIPPING UNITS | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | WEIGHT | CLASS |
|---|---|---|---|
| 52 | Seedless (36) | | |
| | 7/17/15 @ 3:15 am | 79460 34960 | |
| | Del # 646028838 | 44500 2860 | |
| | | 71640 | |
| | | 187380 | |

Contract Terms and Conditions
1. Where used in this Bill of Lading, the term Carrier means the person, firm or corporation operating the motor vehicle and in possession of the property...
2. The Carrier agrees to transport of property under protective services, at the temperature specified, between the origin and destination shown in this contract...
3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments...
4. Claims against either or both the Carrier or Truck Broker, if any must be filed within nine months of delivery...
5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that this shipment is covered by a presently effective cargo insurance policy...
6. All parties agree that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent...

Shipper: JANE CAMBULEV    Date: 7-16-15

Carrier: PREFERRED    Date: _____

Received above in good shipping condition and verified count

Printed Name: _____    Cell #: _____

Consignee: _____    Date: _____

Received above perishable property in good order, except as noted

LOAD Never Delivered