# EXHIBIT 16

# Fax Send Report

Date/Time : JUL-23-2015 10:26AM THU
Fax Number : 2393905015
Fax Name : New Era Produce
Model Name : SCX-5835_5935 Series
Machine Serial Number : Z2P3BJFFA0003DX

| No. | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 787 | Ryeco/12155519036 | 07-23 10:25AM | 00'35 | G3 | 001/001 | OK |



NEW ERA PRODUCE
7/23 Noon ETA on Truck
COUNTRY OF ORIGIN USA
DATE: 7/23/15
PO #: 30765

| INVOICE # | MAN. | APPROX. | COMMODITY | F.O.B. | DELVD. | TOTAL |
|---|---|---|---|---|---|---|
| | | 58 | Ryeco, LLC 60 ct Seedless | | $190.00 | |

Thx, Greg.

Rejected Back
ABC
ABC # 1944

# NEW ERA PRODUCE

INVOICE # 36765  
CONFIRMATION # _____  
CUS _____  
PO # 19446  

COUNTRY OF ORIGIN: USA  
DATE: 7/24/15  
TRUCK: _____

| MAN. | APPROX. | COMMODITY | F.O.B. | DELVD. | TOTAL |
|------|---------|-----------|--------|--------|-------|
|      | 1       | Freight Cordele to Philly | | 2200.00 | |
|      | 1       | layover / Re-delivery | | 450.00 | |

Thx!  
Greg

Terms How Payable: _____

Delivered As to Price.  
F.O.B. as to Quality & Condition.  
No Grade Contract.  
Good Delivery Standards Apply.  
Sales Confirmation.

# Fax Send Report

| | | |
|---|---|---|
| Date/Time | : | JUL-27-2015 01:08PM MON |
| Fax Number | : | 2393905015 |
| Fax Name | : | New Era Produce |
| Model Name | : | SCX-5835_5935 Series |
| Machine Serial Number | : | Z2P3BJFFA0003DX |

| No. | Name/Number | Start Time | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 918 | ABL/15614316292 | 07-27 01:07PM | 00'35 | G3 | 001/001 | OK |



NEW ERA PRODUCE

INVOICE # 36765
CONFIRMATION #
PO # 19446
DATE: 7/24/15
COUNTRY OF ORIGIN: USA
TRUCK:

CUS

| MAN. | APPROX. | COMMODITY | F.O.B. | DELVD. | TOTAL |
|---|---|---|---|---|---|
| | 1 | Freight Corsicle to Ashlyn Layover / Re-delivery | | 2200.00 450.00 | |

Thx,
Greg.

New Era Produce, LLC

(573)547-4787-Fax(573) 547-4783
23150 Fashion Drive
Suite #233

# Invoice

| Date | Invoice # |
|---|---|
| 7/24/2015 | 30765 |

| Bill To | Ship To |
|---|---|
| ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 | ABL Farms Inc.<br>675 Seminole Ave.<br>Ste. 103<br>Atlanta, GA 30307 |

| P.O. Number | Paca Prompt | Rep | Ship | Via |
|---|---|---|---|---|
| 19446 | 21 days | GH | 7/24/2015 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Freight | CORDALE TO PHILADELPHIA | 2,200.00 | 2,200.00 |
| 1 | Lay Over | REDELIVERY | 450.00 | 450.00 |

*Handwritten note:* ReJected @ Reyco ABL had New Era Send To Lancaster For ABL Account

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agiruclutral Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

If you have questions regarding this invoice or your account please email greg@neweraproduce.com or call 239-495-5002.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE IN WRITING WITH NEW ERA PRODUCE LLC. UNLESS NEW ERA PRODUCE LLC IS NOTIFIED OF ALL CLAIMS IN WRITING WITHIN 24 HOURS OF RECEIPT OF PRODUCT. THEN ALL CLAIMS ARE WAIVED AND THIS INVOICE MUST BE PAID IN FULL. NO CLAIMS WILL BE ACCEPTED UNLESS ACCOMPANIED BY A U.S.D.A. INSPECTION CONDUCTED WITHIN 24 HOURS OF ARRIVAL. All mercahndise sold FOB shipping point or our place of business no grade, unless otherwise noted above. Past due accounts are subject to interest charge of 1 1/2% per month, maximum 18% per annum. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection.
Suit to enforce collection may be brought in Lee County, Florida.

| | Total | $2,650.00 |
|---|---|---|



# ABL Farms, Inc.
675 Seminole Ave. Ste 103
Atlanta, GA 30307
Phone 404-608-1112  *  Fax 404-506-9051

## Bill Of Lading

423-313-5284
13/15 724
C-5

**Sold To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

210

**Ship To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314-444-7654

**Order No:** 19445
**Order:** Mon 07, 2015
**Ships:** Mon 07, 2015
**Pay Terms:** 10 Days
**Sale Terms:** FOB

RYECO
55@

**Cust PO:** 30765
**Delivery:** 79704
**Salesperson:** Danny Leisinger
**Carrier:**
**Quantity:** 58
**Weight:** 40600

| Description | Product of | Quantity | UOM |
|---|---|---|---|
| 60 Ct Seedless Watermelons Good Delivery USA | USA | 58 | bin |
| | Total: | 58 | |

Rejected

Over Ripe
Very Low sugar
immature

Holding for Pick-up 58
Bins  D. Alexander

Date In: 7/27/15
Received By: Dave ___
Pallets In: 58
Pallets Out: ___
Unloading Fee: $60
Gate Fee: ___

Received for count only.
Quality acceptance is
subject to USDA inspection.

**Date:** 7-22-15
**Name of Driver:** KUMAR
**Trailer Plate #:** 4NU5807 Ca
**Cell Phone #:** 423 3135284

**Name on Truck:** SIMRAN TRANSPORT  TRC#18
**Broker Name:** TBL
**Received By:** ___

Jul 21, 2015 19:51:35      Certified Copy      Page 1 of 1



# ABL Farms, Inc.

675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112  *  Fax 404-506-9051

## PASSING

**Sold To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

**Ship To:**
New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7654

**Order No:** 19446
**Ship:** Jul 20, 2015
**Pay Terms:** 10 Days
**Sale Terms:** FOB

| Cust PO: 30765 | Salesperson: Danny Letsinger | Broker: | Quantity: | 58 |
| --- | --- | --- | --- | --- |
| Delivery: | Carrier: | | Pallets: | 58 |
| Via: | Trailer Lic: | St: | Weight: | 40600 |

| Description | Product Of | Shipped | UOM | Price |
| --- | --- | --- | --- | --- |
| 60 Ct Seedless Watermelons Good Delivery USA | USA | 58 | bin | 133.00 |

*Rejected to ABL per Danny*
*Sent to Lancaster*

*Driver Sulander*
*562 676 5972*
*ETA: 9am 200miles*
*Noon ETA*
*loaded 1opm last*

Jul 23, 2015 10:01:53

Thank You!

Capstone Logistics, LLC
Receipt for Services

6025 The Corners Pkwy
Norcross, GA 30092
404-564-1222
Fed ID#
45-2807555

07/24/2015 12:29:56

Dock: PERISHABLE

| Receipt# | Location |
|---|---|
| 9402633473 | LANCASTER FOODS JESSUP |

Po Number(s)
30765-13444

| Work Date | Door | Cases | Weight |
|---|---|---|---|
| 07/24/15 | 10 | 58 | 0 |

| Pallets In | Fin Pallets | Vendor |
|---|---|---|
| 58 | 58 | Abl Cases=0 |

| Trailer # | Tractor # | Live Load BOL |
|---|---|---|
| 18846 | | Yes |

| Bad Wood | Restacks | Check Num |
|---|---|---|
| 0 | 0 | CC74B8054BE5 |

Carrier: Simran Trans.
Pay Type: Check

Lead: Estevens
Unloader Name: TOBE S.
Splits: 1

Bill Code: BC002_H6268
Base Load Cost: $80.00
-------------------
Total Charges: $80.00



(No subject)

 Reply  Reply all  Forward

**GH**  Greg Holzhausen  Mark as unread
Thu 7/23/2015 10:07 PM

To: 2676700287@vzwpix.com;

JOHN

REGARDING THIS LOAD

DANNY WANTS TO MOVE THE LOAD IF WE CANT PAY FOR THE LOAD IN FULL. PLEASE I JUST SPOKE TO HIM AND HE WANS TO TAKE THE LOAD BACK BUT THE PAPERWORK IS BEING HELD BY YOUR RECIEVER. I WOULD AT THIS POINT SEE HOW THE MOURNING GOES AND IF YOU CAN MAKE IT WORK SELL IT BUT IF NOT LEAVE ON THE TRUCK AND CALL BE WHEN YOU DECIDE ASAP. SORRY I WILL HAVE MY PHONE ON MY CHEST WAITING FOR YOUR CALL.

THANK YOU

GREG

*Proof Rejected* (handwritten)

VZ  2676700287@vzwpix.com
Thu 7/23/2015 7:40 PM

## Office 365 Outlook

○ New

Search Mail and People

○ Folders

**Favorites**
- Inbox — 39
- Sent Items — 97
- Drafts — 32
- certifications

**Greg Holzhausen**
- Inbox — 39
- Drafts — 32
- Sent Items — 97
- Deleted Items — 3548
- ABL
-   MARTORI
- certifications
- Junk Email — 104
- Junk E-mail
- Notes
- RSS Subscriptions
- SONGS

---

**SENT ITEMS** — Conversations by Date
All   Unread   To me   Flagged

☐ 2676700287@vzwpix.com — 10:08p
(No subject)
JOHN REGARDING THIS LOAD DANNY...

☐ 2676700287@vzwpix.com — 10:07p
(No subject)
JOHN REGARDING THIS LOAD DANNY...

Nathan Decoster — 7:33p
NE# 30841
YOU JUST LOST EVERY DELMONTE ORDE...

Christopher Graves — 7:22p
Del Monte - Watermelon
THANK YOU VERY MUCH CHRIS _____

johnnyp@codfresh.com — 6:51p
Call me were is your truck at? Have
Sent from my iPhone

Lisa Croft — 4:49p
seedless
YES I CAN THANK YOU LISA _____

Karli Nalls — 3:27p
60ct seedless watermelons PO#12{
_____ Fr...

Karli Nalls — 3:16p
NEED PASSINGS FAXED TO MY OF
_____ From: Aus...

Karli Nalls — 3:04p
inspection
_____ Fr...

Shayne Taylor — 2:45p
order
YES _____ From:...

Christopher Graves; CGrav — 1:59p
Chris I'm holding watermelons for :
THANK YOU _____

John Gates — 1:57p
new personal po
30863 _____ Fro...

Kenny Grubbs — 1:53p
$195 on a 60ct s/l in North Carolin
NO THANKS _____

Karli Nalls — 1:32p
passing
_____ Fr...

Tim Bootz — 1:32p
pick up the other orders also today
WORKING THESE PHONES FOR YOU WIS...

Arek Zima — 1:05p
AQUILA TOMORROW
AREK- MY 30864 ORDER 206352 PHONE...

Tim Bootz — 1:02p
MY PO # 30864 HALF 5/6CT TOMC
THANK YOU _____

Dan Pupillo — 12:55p
MWBP #32561
please handle p.a.s. _____

Karli Nalls — 12:48p
Del Monte- Watermelon 750346

---

**(No subject)**

Reply   Reply all   Forward

**GH  Greg Holzhausen**   Mark as unread
Thu 7/23/2015 10:08 PM

To: ☐ 2676700287@vzwpix.com;

JOHN

REGARDING THIS LOAD

DANNY WANTS TO MOVE THE LOAD IF WE CANT PAY FOR THE LOAD IN FULL.  PLEASE I JUST SPOKE TO HIM AND HE WANS TO TAKE THE LOAD BACK BUT THE PAPERWORK IS BEING HELD BY YOUR RECIEVER. I WOULD AT THIS POINT SEE HOW THE MOURNING GOES AND IF YOU CAN MAKE IT WORK SELL IT BUT IF NOT LEAVE ON THE TRUCK AND CALL BE WHEN YOU DECIDE ASAP.  SORRY I WILL HAVE MY PHONE ON MY CHEST WAITING FOR YOUR CALL.

THANK YOU

GREG

---

**GH  Greg Holzhausen**
Thu 7/23/2015 7:50 PM
PLEASE CALL ME!!!

**VZ  2676700287@vzwpix.com**
Thu 7/23/2015 6:11 PM



# ABL Farms, Inc.
675 Seminole Ave. Ste 103
Atlanta, GA 30307

Phone 404-608-1112 * Fax 404-506-9051

## INVOICE

**Invoice #:** 19446
**Invoice:** Jul 20, 2015
**Ship:** Jul 20, 2015
**Pay Terms:** 10 Days

**Sold To:** New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928

**Ship To:** New Era Produce
23150 Fashion Drive
Suite 233
Estero, FL 33928
314 444-7654

Page 1 of 1

**Sale Terms:** FOB
**Order:** Jul 20, 2015
**Cust PO:** 30765
**Salesperson:** Danny Letsinger
**Via:**
**Currency:** USD
**Carrier:**
**Trailer lic:**
**Broker:**
**St:**

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 60 Ct Seedless Watermelons Good Delivery USA | USA | 58 | bin | 133.00 | 7,714.00 |
| INVOICE TOTAL: | | 58 | | | 7,714.00 |

*Rejected per Danny to ABL*

---

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Thank You!



| Office 365 | Outlook | | Settlement - DMS 1798 / 31176 |
|---|---|---|---|

○ New

Search Mail and People

○ Folders

Favorites
- Inbox 29
- Sent Items 97
- Drafts 67
- certifications

Greg Holzhausen
- Inbox 29
- Drafts 67
- Sent Items 97
- Deleted Items 3819
- ABL
-   MARTORI
- certifications
- EMILIO PICTURES
- Junk Email 258
- Junk E-mail
- Notes 1
- RSS Subscriptions
- SONGS

INBOX　　　　　　Items by Date
All　Unread　To me　Flagged

☐ **Danny Letsinger**　　3:47p
Settlement - DMS 1798 / 31176
Settlement: 54 bins @ $126.00 Less $120...

**Tony Ross**　　3:47p
Tony from Steadfast
Greg, I faxed over my BB listing like you a...

**Danny Letsinger**　　3:44p
Re: Fw: ABL Approval
APPROVED - THANK YOU. On Fri, Aug 7,...

**Connie Wilson**　　3:37p
RE: Watermelon
I'm working... on something else please h...

**Bob Schuster**　　3:14p
two pos for Wednesday, will these l
Please run the trucks cold 40 degrees PO...

**Justin Horne**　　3:09p
RE: MELONS PRICES
Can you send me Pick up info on the 140...

**Paul Ryan**　　3:07p
Re:
Tonight or am to go to Chicago call me 1...

**Pam Stephens**　　2:38p
ABL Approval
Thanks Pamela Stephens Accounting Pho...

**Bob Schuster**　　2:37p
can you get 2 loads in monday
Bob Schuster District Sales Manager Del...

**Brian Wright**　　2:34p
looking for a load of cantaloupe 1!

**Iryna Romanenko**　　2:33p
DRC: Notice to Members - General
August 7, 2015 NOTICE TO MEMBERS M...

**Gilberto Rodriguez, Jr.**　　2:20p
FW: Del Monte- Watermelon 7511
Best regards, G. Rodriguez Gilberto Rodri...

**Brian Wright**　　1:57p
(No subject)
Please send pick up information for anot...

**Justin Horne**　　1:09p
RE: MELONS PRICES
Have a 140 or 150ct? From: Greg Holzha...

**Theresa Faust**　　1:06p
Re: New Era File # 29319
Good afternoon Greg- Were you able to...

**Dana Webster**　　1:02p
Files
Greg use 262130 for 30578 261116 for 3...

**Allen Warner**　　12:48p
my po#
File# my # 152397-8082 152327-8083 15...

**Mike Dierks**　　12:26p
RE: MELONS PRICES
I received your phone message. Sue boo...

**Sev Yeterian**　　11:17a
Re: Potential business opportunity.

### Settlement - DMS 1798 / 31176

Reply　Reply all　Forward

**DL**　Danny Letsinger <dannyletsinger@gmail>　　Mark as read
　　Fri 8/7/2015 3:47 PM
　　Inbox

To:　Greg Holzhausen; ☐ Cam;

Settlement:

54 bins @ $126.00

Less $1200.00 repacking
Less $200.00 cross docking
Less $140.00 bin replacement
Less $800.00 profit

$4464.00 NET RETURN

thanks.

--
Danny Letsinger
ABL Farms, Inc.
(404) 608-1112 Office
(404) 506-9051 FAX
dannyletsinger@gmail.com