UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVERGREEN FARMS & PRODUCE, LLC, *et al.*, | § § § |
| Plaintiffs, | § CIVIL ACTION NO. § 1:15-CV-03171- MLB-JKL |
| v. | § § JUDGE MICHAEL L. BROWN § |
| ABL FARMS, INC., *et al.*, | § § |
| Defendants. | § |

**ORDER TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT**

This matter is before the Court following the Unopposed Motion for Disbursement of Funds from the Registry of the Court and after due consideration of the unopposed motion requesting this Court enter this Order, **HEREBY ORDERS** as follows:

The Court's Financial Administrator is authorized and directed to draw a check from the Registry of the Court in the amount of $65,000.00 plus all earned interest, minus any statutory users fees, payable to "Stokes Law Office, LLP IOLTA Account" for the benefit of New Era Produce, LLC, Williams Farms, LLC, Dean Tucker Farms Produce, Inc., C.H. Robinson Worldwide, Inc., Fresh-Pro, Inc., Delightful Quality Produce Company, LLC, Ward Thomas d/b/a Majestic Produce Sales, Coast to Coast Produce, LLC, Delfino Marketing, Inc., Sandia Depot, Inc., William Manis Produce Marketing, Hapco Farms, LLC, Jim Rash,

1

Inc., Hendrix Produce, Inc., Evergreen Farms & Produce, LLC, and Pura Vida Farms, LLC, Plaintiffs in this action.

The check shall be mailed to:

Stokes Law Office, LLP
Attn. Craig A. Stokes, Esq.
3330 Oakwell Court, Suite 225
San Antonio, TX 78218

Following entry of this Agreed Order, the Clerk is hereby directed to forward a copy to the Court's Financial Administrator for processing.

**SO ORDERED** this 25th day of February, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

TO THE COURT
it is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court PRINCIPAL BALANCE OF $65,000. plus interest of $784.51 as of JANUARY 24TH, 2019

Deputy Clerk
Financial Intake Section

2